Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

## UNITED STATE BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY R GRIMM | * | |
| 837 SWEDE ST. | * | Case No #17-10625 |
| NORRISTOWN, PA 19401 | * | Chapter 13 |

### CERTIFICATE OF SERVICE

I certify that on February 22, 2017 a true and correct copy of Creditors Matrix List

was caused to be served upon the following:

United State Bankruptcy Court
Eastern District Of Pennsylvania
900 Market St. Suite 400
Philadelphia, PA 19107
Att: Timothy B. McGrath, Clerk of Court

Manner of Service:
☒ Regular First Class Mail
☐ Certified Mail
☐ Other (specify):_____

Gary Grimm