United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary Richard Grimm  
Gary R. Grimm  
    Debtors

Case No. 17-10625-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Mar 10, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.  
db        +Gary R. Grimm,   MAILING ADDRESS,   837 Swede Street,   Norristown, PA 19401-3980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:  
          MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                            TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter** 13 |
| Gary Richard Grimm | : | |
| | : | **Bankruptcy No.**17-10625 |
| **Debtor** | : | |

**ORDER**

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before **March 24, 2017**.

Dated: March 9, 2017

Magdeline D. Coleman
United States Bankruptcy Judge

extend.frm
(11/95)