**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : |
| | :    **CHAPTER 7** |
| **GARY RICHARD GRIMM,** | : |
| | :    **BANKRUPTCY NO. 17-10625-MDC** |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

    I, Michael D. Vagnoni, Esquire, attorney for Montgomery County Tax Claim Bureau, hereby certify that on March 15, 2017, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

                                                                     */s/ Michael D. Vagnoni*
                                                                  Michael D. Vagnoni, Esquire

5136052

## SERVICE LIST

WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MATTEO SAMUEL WEINER on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

Gary R. Grimm
837 Swede Street
Norristown, PA 19401