United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gary Richard Grimm
Gary R. Grimm
    Debtors

Case No. 17-10625-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Apr 05, 2017
                  Form ID: pdf900    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
```
db           +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db           +Gary Richard Grimm,    404 Ross Rd.,    King of Prussia, PA 19406-2111
cr           +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
               Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100
13870957     +M&T Bank,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
               Phila., PA 19106-1541
13887232     +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
               Obermayer Rebmann Maxwell & Hippel LLP,    Centre Square West, Suite 3400,    1500 Market Street,
               Philadelphia, PA 19102-2131
13869026     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 06 2017 01:35:29      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2017 01:35:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2017 01:35:26      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 01:25:30      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13874014     +E-mail/Text: cio.bncmail@irs.gov Apr 06 2017 01:35:06      IRS,    600 Arch St.,
               Phila., PA 19106-1611
13874013      E-mail/Text: camanagement@mtb.com Apr 06 2017 01:35:08      M&T Bank,    PO Box 1288,
               Buffalo, NY 14240
13874012      E-mail/Text: bankruptcygroup@peco-energy.com Apr 06 2017 01:35:08       PECO,    2301 Market St.,
               Phila., PA 19103-1380
13879235     +E-mail/Text: bankruptcygroup@peco-energy.com Apr 06 2017 01:35:08       PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
              michael.vagnoni@obermayer.com,    michele.emory@obermayer.com;Lucille.acello@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                      :          Chapter 13

                                           :

Gary Richard Grimm                         :

                                           :

                  Debtor                   :          Bankruptcy No. 17-10625MDC

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated 1/27/17 and Orders extending deadlines to

3/3/17 and 3/24/17 and this case is

hereby DISMISSED.

April 5, 2017

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

Summary of Assets and Liabilities Form B106
Chapter 13 Plan