*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm

      Debtor(s)

Case No: 17–10625–mdc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for Reconsideration of Dismissal

      on: 5/11/17

      at: 11:00 AM

      in: Courtroom #2, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  4/20/17

Timothy B. McGrath
Clerk of Court