Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

## UNITED STATE BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| GARY R GRIMM<br>837 SWEDE ST.<br>NORRISTOWN, PA 19401<br>Debtor: | Chapter 13<br>Case No #17-10625 MDC |
|---|---|

### REORGANIZATION PLAN

Debtor, Gary r Grimm, hereafter referred to as Grimm, wishes to utilize a 5 year payback plan, except in the case of his Mortgage for 404 Ross Rd, King of Prussia, PA. Grimm wishes to pay creditors directly. Grimm expects to pay all secured creditors, except those believed to be in error, or legal offsets will be obtained and thereafter removed. Grimm does not believe it will be necessary to give up property.

Grimm's single largest debt, his mortgage at 404 Ross Rd, King of Prussia, PA. will be resubmitted for refinancing. A refinance should lower Grimm's monthly payment to less than a half of what was paid previously over a thirty year period.

Payment to Trustee will be in accordance with the federal law.

Grimm will obtain a roommate by years end .Expected income would be $650 per month. Other house related expenses are taxes at $2500 per year & insurance at $850 per year. Rental income should offset all house related expenses .

Grimm's other Real Property asset; 337 E Marshall St., Norristown, PA has not been addressed in reorganization plan. Grimm has never put any personal funds into the property, or received any income from the property. The property is managed by Grimm Brothers Realty Co. who controls and handles all financing for the property.

| CREDITOR | DEBT | MONTHLY PAYMENT | YEARLY INTERST | NOTE |
|---|---|---|---|---|
| M&T Bank | $67,839.37 | $253.34 | 5% | Refinance |
| PECO | $1,579 | 20.00 | | Part of debt qualifies for LIHEAP assistance |

*[signature]*
Gary Grimm