United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-10625-mdc
Gary Richard Grimm                                                          Chapter 13
Gary R. Grimm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi          Page 1 of 1         Date Rcvd: May 12, 2017
                           Form ID: pdf900       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db           +Gary R. Grimm,   MAILING ADDRESS,   837 Swede Street,   Norristown, PA 19401-3980
db           +Gary Richard Grimm,   404 Ross Rd.,   King of Prussia, PA 19406-2111
cr           +Montgomery County Tax Claim Bureau,   c/o Michael D. Vagnoni, Esquire,
              Centre Square West, Suite 3400,   1500 Market Street,   Philadelphia, PA 19102-2100
13870957     +M&T Bank,   c/o Matteo S. Weiner, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13887232     +Montgomery County Tax Claim Bureau,   c/o Michael D Vagnoni, Esquire,
              Obermayer Rebmann Maxwell & Hippel LLP,   Centre Square West, Suite 3400,   1500 Market Street,
              Philadelphia, PA 19102-2131
13869026     +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov May 13 2017 01:04:09   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:14
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:38   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 01:06:22   Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13874014      E-mail/Text: cio.bncmail@irs.gov May 13 2017 01:02:27   IRS,   600 Arch St.,
              Phila., PA 19106-1611
13874013      E-mail/Text: camanagement@mtb.com May 13 2017 01:02:32   M&T Bank,   PO Box 1288,
              Buffalo, NY 14240
13874012      E-mail/Text: bankruptcygroup@peco-energy.com May 13 2017 01:02:30     PECO,   2301 Market St.,
              Phila., PA 19103-1380
13879235     +E-mail/Text: bankruptcygroup@peco-energy.com May 13 2017 01:02:30     PECO Energy Company,
              Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
                                                                                        TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI   on behalf of Creditor   Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,   michele.emory@obermayer.com;Lucille.acello@obermayer.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                  TOTAL: 4
```

Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE | * | Chapter 13 |
| GARY RICHARD GRIMM | * | Bankruptcy No. 17-10625MDC |
| DEBTOR | * | |

## ORDER

AND NOW, this _11th_ day of _May_____, 2017, upon consideration of the

attached Motion, it is hereby ORDERED and DECREED that this case is hereby REINSTATED

and the previous Order to dismiss this case dated 4/5/17 is hereby VACATED.


_Magdeline D. Co_____
Magdeline D. Coleman
United States Bankruptcy Judge

GG-LEGAL-OR 17-ORDER-MOTION-4-17-17