**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                              Case No. 17-10625-3-MDC
                                                              Chapter 13

GARY RICHARD GRIMM

Debtor(s).

## **NOTICE OF APPEARANCE**

**M&T Bank**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 8th day of June, 2017.

                                                          By:    */s/ William E. Miller, Esquire*
                                                                 William E. Miller, Esquire, Bar No: 308951
                                                                 Stern & Eisenberg, PC
                                                                 1581 Main Street, Suite 200
                                                                 The Shops at Valley Square
                                                                  Warrington, PA 18976
                                                                  Phone: (215) 572-8111
                                                                  Fax: (215) 572-5025
                                                                  wmiller@sterneisenberg.com
                                                                  Attorney for Creditor

---

1   Full title of Creditor is as follows: M&T Bank.
2   This Loan is currently serviced by M&T Bank.
3   For reference, the property address associated with the undersigned's representation is 404 Ross Road, King of Prussia, PA 19406.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 6th day of June, 2017, to the following:

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com
*Chapter13 Trustee*

and by standard first class mail postage prepaid to:

Gary Richard Grimm, PRO SE
837 Swede Street
Norristown, PA 19401
*Debtor(s)*

Dated this 8th day of June, 2017.

                                                  By:  */s/ Elisa Selmani, Legal Assistant*
                                                        Elisa Selmani, Legal Assistant
                                                        Stern & Eisenberg, PC
                                                        1581 Main Street, Suite 200,
                                                        Warrington, PA 18976
                                                        Phone: (215) 572-8111
                                                        Fax: (215) 572-5025
                                                        eselmani@sterneisenberg.com