**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | |
| : | **CHAPTER 7** |
| **GARY RICHARD GRIMM,** : | |
| : | **BANKRUPTCY NO. 17-10625-MDC** |
| Debtor. : | |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, an associate with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on June 14, 2017, a true and correct copy of the Joinder of the Montgomery County Tax Claim Bureau to the Chapter 13 Standing Trustee's Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307 was served via Court's CM/ECF system upon the following.

Dated: June 15, 2017        */s/ Michael D. Vagnoni*
                            Michael D. Vagnoni, Esquire

5162313

## SERVICE LIST

JACQUELINE M. CHANDLER on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD MILLER on behalf of Creditor M&T BANK
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MATTEO SAMUEL WEINER on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

5162313