Rev. 12/15/11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| GARY RICHARD GRIMM | : | CASE NO 17-10625-MDC |
| | : | |
| **Debtor** | : | (Indicate if applicable) |
| | : | |
| | : | ORIGINAL PLAN |
| | : | |
| | : | X  AMENDED PLAN |

### YOUR RIGHTS WILL BE AFFECTED

If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan

### PLAN PROVISIONS DISCHARGE: (Check one)

☒ The debtor will seek a discharge of debts pursuant to Section 1328(a).

☐ The debtor is not eligible for a discharge of debts because the debtor has previously received a discharge described in 1328(f).

### NOTICE OF SPECIAL PROVISIONS: (Check if applicable)

☐ This plan contains special provisions that are not included in the standard plan as recommended by the Chapter 13 standing trustees in the Eastern District of Pennsylvania. Those provisions are set out in the OTHER PLAN PROVISIONS section of this plan.

### 1. PLAN FUNDING AND LENGTH OF PLAN

A. Payments by the debtor of $ __$200__ per month for __60__ months. This monthly plan payment will begin nc later that 30 days following the date of the filing of the bankruptcy petition or the date of conversion to Chapter 13.

B.    In addition to the above specified plan payments, the debtor agrees to dedicate to the plan the
estimated amount of sale proceeds as follows: $ _____ N/A _____ from the sale of property
(describe property) _____ N/A _____ All sales will be completed by
_____.

Other lump sum payments shall be paid to the trustee as follows:    $0.00
_____.

Other payments from any source (describe specifically) shall be paid to the trustee as follows:
N/A
_____.

C.  For amended plans:
(1)  The plan payments by the debtor shall consist of the total amount previously paid
($ _____ N/A _____ ) added to the new monthly payment in the amount of $ _____ for the
remaining _____ months of the plan for a total base amount, as amended, of $ 0
plus other payments and property stated in Paragraph B above.
(2)  The payment amount shall change effective _____ N/A _____ .
(3)  The debtor shall take appropriate action to ensure that all wage attachment payments are
adjusted to conform to the terms of the amended plan.
D.  The debtor is responsible for funding the plan.

2.    SECURED CLAIMS

A.    Adequate Protection Payments under Section 1326. Adequate protection payments in the
following amounts will be paid by the debtor to the trustee. The trustee will disburse pre-
confirmation adequate protection payments for which a proof of claim has been filed as soon as
practicable after receipt of said payments from the debtor. Adequate protection payments will
terminate upon confirmation of the debtor's Chapter 13 Plan, and any further payments to a creditor
previously receiving adequate protection payments will be governed according to the terms of the
confirmed plan.

| Name of Creditor | Address of Creditor | Account # | Payment | Month of 1st Payment |
|---|---|---|---|---|
| M & T BANK | P.O. BOX 1288 BUFFALO, NY 14240 | 9504960 | $ 200 | AUGUST |
|  |  |  | $ |  |

* SEE INSERT
NEXT PG

B.    Mortgages and Other Direct Payments by Debtor. Payments will be made outside the plan
according to the original contract terms, with no modification of contract terms and with liens
retained.

2

3

C. Arrears

| Name of Creditor | Description of Collateral | Pre-Petition Arrears to be Cured | Interest Rate | Total to be paid in plan |
|---|---|---|---|---|
| M&T BANK | 404 ROSS ROAD KING OF PRUSSIA, PA 19406 | $ 27885.53 | 7.6 % | $SEE PG 6, #8B |
| | | $ | % | $ |
| | | $ | % | $ |
| | | $ | % | $ |
| | | $ | % | $ |

*SEE NEXT PG

| Name of Creditor | Description of Collateral | Contractual Monthly Payment | Principal Balance of Claim | Contract Rate of Interest |
|---|---|---|---|---|
| WSAEMC, P.O. BOX 211, NORRISTOWN, PA 19401, | ACCT NO#.4594 | $ | $ 145.04 | % |
| UPPER MERION UTIL AUTHORITY 925 HARVEST DRIVE BLUE BELL, PA 19422 | ACCT NO#.0131 | $ | $ 4,126.00 | % |
| R&R PROPERTIES 837 SWEDE STREET NORRISTOWN PA 19401 | ACCT NO#.0132 | $ | $ 21,729.00 | % |
| INTERNAL REVENUE SERVICE | ACCT NO#.7099 , | $ | $ 30,610.55 | % |
| MUN. OF NORRISTOWN, 235 EAST AIRY ST NORRISTOWN, PA, 19401, | ACCT NO#.1936 | $ | $ 411.30 | % |

D. Secured Claims Paid According to Modified Terms. These amounts will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. A MOTION AND/OR AN ADVERSARY ACTION, AS APPROPRIATE SHALL BE FILED UNDER SECTION 506(a) TO DETERMINE THE EXTENT, VALIDITY, AND PRIORITY OF THE LIEN.

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Total Payment | Plan* or Adversary Action |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | $ | % | $ | Plan ☐ Adversary ☐ |
| | | $ | % | $ | Plan ☐ Adversary ☐ |
| | | $ | % | $ | Plan ☐ Adversary ☐ |

E. Other Secured Claims.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be paid in plan |
|---|---|---|---|---|
| N/A | | | | |
| | | $ | % | $ |
| | | $ | % | $ |
| | | $ | % | $ |

F. Surrender of Collateral:

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| N/A | |
| | |
| | |

5

G. **Lien Avoidance:** The debtor moves to avoid the liens of the following creditors pursuant to Section 522(f):

| Name of Creditor | Description of Collateral |
|---|---|
| N/A | |
| | |
| | |

### 3. PRIORITY CLAIMS

A. Allowed unsecured claims entitled to priority under section 507 will be paid in full with the exception of certain assigned Domestic Support Obligations that may be paid less than 100% pursuant to section 1322(a)(4).

| Name of Creditor | Total Payment |
|---|---|
| N/A | $ |
| | $ |
| | $ |

B. Administrative Claims:  (1) Trustee fees. Percentage fees payable to the trustee will be paid at the rate fixed by the United States Trustee, not to exceed 10%.
(2) Attorney Fees.  In addition to the retainer of $_____ already paid by the debtor, the amount of $_____ in the plan.

### 4. UNSECURED CLAIMS

A. Claims of Unsecured Non-Priority Creditors Specially Classified.  Includes unsecured claims, such as co-signed unsecured debts, that will be paid in full even though all other unsecured claims may not be paid in full:

| Name of Creditor | Reason for Special Classification | Amount of Claim | Interest Rate | Total Payment |
|---|---|---|---|---|
| PECO ENERGY | SEE PG 6, #6C | $2617.28 | N/A  % | $2617.28 |
| | | $ | % | $ |

B. Claims of General Unsecured Creditors. The debtor estimates that a total of $ ___N/A___ will be available for distribution to unsecured creditors. The debtor calculates that a minimum of $_____ must be paid to unsecured creditors in order to comply with the liquidation test for confirmation and the debtor calculates that a minimum of $_____ must be paid to unsecured, non-priority creditors in order to comply with the Means Test.

C. Funding (check one)
[  ] Pro Rata
[  ] 100%

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

A. The following executory contracts and unexpired leases are assumed (and pre-petition arrears to be cured in the plan) or rejected (so indicate):

| Name of Creditor | Reason for Special Classification | Amount of Claim | Interest Rate | Total Payment |
|---|---|---|---|---|
| N/A | | | | |
| | | $ | % | $ |
| | | $ | % | $ |

**6. OTHER PLAN PROVISIONS:**

A. Debtor will be *RETIRING IN A ROONATE*

B. Debtor plans on applying for reverse mortgage as debt on property is *LESS THAN ½* of value.

C. Debtor is applying to LIHEAP and other hardship assistance programs for funds.

D. *DEBTOR WILL BE APPLYING FOR SS BENEFITS*

E. _____

F. _____

G. _____

H. _____

I. _____

## 7. ORDER OF DISTRIBUTION:

Payments from the plan will be made by the trustee in the following order:

Level 1: M&T BANK
Level 2:
Level 3:
Level 4:
Level 5:
Level 6:
Level 7:
Level 8:

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Domestic Support Obligations.
Level 3: Debtor's attorney's fees.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: General unsecured claims.
Level 8: Untimely filed unsecured claims to which the debtor has not objected.

## 8. REVESTING OF PROPERTY (CHECK ONE)

☐ Property of the estate will vest in the debtor upon confirmation

☒ Property of the estate will vest in the debtor upon closing of the case.

## GENERAL PRINCIPLES APPLICABLE TO ALL PLANS

1.   All pre-petition arrears and cramdowns shall be paid to the trustee and disbursed to creditors through the plan.

2.   If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the trustee will treat the claim as allowed, subject to objection by the debtor. Claims filed after the bar date that are not properly served on the trustee will not be paid. The debtor is responsible for reviewing claims and filing objections, if appropriate.

3.   In the event that any creditor in any class refuses any disbursement from the standing trustee, the standing trustee shall be authorized to disburse those funds to other creditors in the same class, or if all such similarly classified creditors have already been paid, to other creditors in the next level of priority, without seeking a modification of the plan.

4.   If debtor is successful in obtaining a recovery in any personal injury or other litigation in which debtor is the plaintiff during the term of this plan, any such recovery in excess of any applicable exemption will be paid to the trustee as a special plan payment, in addition to debtor's regular plan payments, for the benefit of the unsecured creditors.

8

Debtor

Attorney for Debtor

Dated: 9/5/17

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Fill in this information to identify your case:**

| Debtor 1 | GARY | RICHARD | GRIMM |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  17-10625
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____ MM / DD / YYYY

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | REAL ESTATE MANAGEMENT | |
| Employer's name | GRIMM BROS REALTY CO. | |
| Employer's address | 837 SWEDE STREET | |
| | Number    Street | Number    Street |
| | | |
| | NORRISTOWN    PA    19401 | |
| | City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 40 YRS | 40 YRS |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 1,485.00 | $ |
| 3. Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $ 1,485.00 | $ |

page 2

Official Form 106I

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) | 17-10625 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** .................................................. →| 4. | $ 1,485.00 | $ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | $ 296.70 | $ |
| 5b. | Mandatory contributions for retirement plans | $ 0.00 | $ |
| 5c. | Voluntary contributions for retirement plans | $ 0.00 | $ |
| 5d. | Required repayments of retirement fund loans | $ 0.00 | $ |
| 5e. | Insurance | $ 0.00 | $ |
| 5f. | Domestic support obligations | $ 0.00 | $ |
| 5g. | Union dues | $ 0.00 | $ |
| 5h. | Other deductions. Specify: _____ | $ 0.00  +$ | $  +$ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | $ 296.70 | $ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | $ 1,198.30 | $ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | $ 0.00 | $ |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends | $ 0.00 | $ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | $ 0.00 | $ |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation | $ 0.00 | $ |
| 8e. | Social Security | $ 0.00 | $ |
| 8f. | **Other government assistance that you regularly receive** | $ 124.00 | $ |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____ | | |
| 8g. | Pension or retirement income | $ 0.00 | $ |
| 8h. | Other monthly income. Specify: _____ | $ 0.00  +$ | $  +$ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | $ 0.00 | $ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. | $ 1,322.30  +  $ = | $ 1,322.30 |
| | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | |

11. **State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____     11. + $ 1,322.30

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies     12. $ 1,322.30    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    See Attached

Debtor 1    **GARY**            **RICHARD**            **GRIMM**            Case number *(if known)* 17-10625

    First Name        Middle Name        Last Name

21. **Other.** Specify: _____                                    21. + $      0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                                        22a. $ 1,260.67

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b. $     0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.                     22c. $ 1,260.67

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.               23a. $ 1,322.30

    23b. Copy your monthly expenses from line 22c above.                                23b. – $ 1,260.67

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                                        23c. $    61.63

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.    Explain here:    Upon the removal of liens that should no longer be on Debtors home in King of Prussia, debtor
              will be applying for a reverse mortgage. The debtor has in excess of 50% equity in the property
              and is over 65 years of age. As hearings must be scheduled for 2 of the liens, 1 which must
              follow the other, The debtor epects to take a legal process to take a minimum of 6 months.

𝕲𝖆𝖗𝖞 𝕲𝖗𝖎𝖒𝖒

837 Swede Street
Norristown, Pa. 19401
610-275-5855
garygrimm@hotmail.com

September 5, 2017

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107

RE: Schedule I

Subject – Item 13 responses

Debtor will be applying for Social Security benefits within the next 4 months.

Presently, debtor quality's for $1340 a month at full retirement age, December 20, 2017, per Social Security Administration records. Their records are not complete. The Administration did not include income for years where debtor's income did not require his filing taxes. Additionally debtor's benefit calculations do not include his x-wife's income of 17 years which should be included in debtor's income calculations. Her income was in excess of 15 times debtor's income for those 17 years. This will increase Debtors monthly payment considerably. The exact amount will have to be calculated by the Administration.

Also, upon completion of some repairs to the property, hopefully by year's end, debtors plans to bring in a roommate to his home in King of Prussia. Comparable rentals in the area would put the unit's value at a minimum of $500 per month.

Sincerely,

Gary Grimm

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | GARY | RICHARD | GRIMM |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number _____
(If known)    17-10625

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. Does Debtor 2 live in a separate household?

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**        ☑ No

Do not list Debtor 1 and    ☐ Yes. Fill out this information for
Debtor 2.                                each dependent..........................

Do not state the dependents'
names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $      775.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $      202.17 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $       48.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $       40.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $        0.00 |

Debtor 1  GARY RICHARD GRIMM

| First Name | Middle Name | Last Name |

Case number (if known) 17-10625

| | | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | $ LIHEAP* 83.00 |
| 6b. | Water, sewer, garbage collection | $ 42.50 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | $ 0.00 |
| 6d. | Other. Specify: _____ | $ 0.00 |
| 7. | **Food and housekeeping supplies** | $ SNAP* ($124) +10.00 |
| 8. | **Childcare and children's education costs** | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | $ 0.00 |
| 10. | **Personal care products and services** | $ 5.00 |
| 11. | **Medical and dental expenses** | $ MEDICAID* 5.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | $ 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | $ 20.00 |
| 14. | **Charitable contributions and religious donations** | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | $ 0.00 |
| 15b. | Health insurance | $ 0.00 |
| 15c. | Vehicle insurance | $ 0.00 |
| 15d. | Other insurance. Specify: _____ | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | $ 0.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | $ 0.00 |
| 17c. | Other. Specify: _____ | $ 0.00 |
| 17d. | Other. Specify: _____ | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| 20a. | Mortgages on other property | $ 0.00 |
| 20b. | Real estate taxes | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | $ 0.00 |

## Schedule J: Your Expenses    page 3

21. **Other.** Specify: _____    21. +$    0.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a. $    1,260.67

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $    0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c. $    1,260.67

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.    23a. $    1,322.30

23b. Copy your monthly expenses from line 22c above.    23b. − $    1,260.67

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c. $    61.63

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:    Upon the removal of liens that should no longer be on Debtors home in King of Prussia, debtor
will be applying for a reverse mortgage. The debtor has in excess of 50% equity in the property
and is over 65 years of age. As hearings must be scheduled for 2 of the liens, 1 which must
follow the other. The debtor epects the legal process to take a minimum of 6 months.

Fill in this information to identify your case:

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | GARY | RICHARD | GRIMM |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 17-10625
(If known)

☒ Check if this is an amended filing

## Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income                                    04/16

To fill out this form, you will need your completed copy of Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.  **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.                        [ 1.00 ]

**National Standards**

You must use the IRS National Standards to answer the questions in lines 6-7.

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                    $ 639

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Official Form 122C-2    Chapter 13 Calculation of Your Disposable Income    page 2

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) 17-10625 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**People who are under 65 years of age**

7a. Out-of-pocket health care allowance per person   $ __0.00__

7b. Number of people who are under 65     ____ ×   1

7c. Subtotal. Multiply line 7a by line 7b.   $ __0.00__   Copy here →   $ __0.00__

**People who are 65 years of age or older**

7d. Out-of-pocket health care allowance per person   $ __0.00__

7e. Number of people who are 65 or older     ____ ×   1

7f. Subtotal. Multiply line 7d by line 7e.   $ __0.00__   +   Copy here →   $ __0.00__

7g. **Total.** Add lines 7c and 7f. .............................................. $ __0.00__   Copy here →   $ __0.00__

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

■ Housing and utilities – Insurance and operating expenses

■ Housing and utilities – Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $ __1,210.__ (  )

9. **Housing and utilities – Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $ __1,913__

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| | $ __775.00__ |
| | $ _____ |
| | $ _____ + |

Total average monthly payment   $ __775.00__   Copy here →   $ __775.00__   Repeat this amount on line 33a.   – $ __775.00__

9c. Net mortgage or rent expense.

Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expenses). If this number is less than $0, enter $0.    $ __775.00__   Copy here →   $ __775.00__

10. If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.    $ _____

Explain
why:

| Debtor 1 | GARY | RICHHARD | GRIMM | Case number (if known) 17-10625 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**11. Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.
☐ 1. Go to line 12.
☐ 2 or more. Go to line 12.

**12. Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.                    $ 0.00

**13. Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    Describe Vehicle 1: _____

13a. Ownership or leasing costs using IRS Local Standard ...........................    $ 0.00

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e,
add all amounts that are contractually due to each secured
creditor in the 60 months after you file for bankruptcy. Then divide
by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment | | |
|---|---|---|---|
| | $ | | |
| | + $ | | |
| | $ 0.00 | Total average monthly payment | $ 0.00 ← Copy here → — $ 0.00 Repeat this amount on line 33c. |

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0.    $ 0.00 ← Copy net Vehicle 1 expense here

**Vehicle 2**    Describe Vehicle 2: _____

13d. Ownership or leasing costs using IRS Local Standard .............................    $ 0.00

13e. Average monthly payment for all debts secured by Vehicle 2.
Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment | | |
|---|---|---|---|
| | $ | | |
| | + $ | | |
| | $ 0.00 | Total average monthly payment | $ 0.00 ← Copy here → — $ 0.00 Repeat this amount on line 33c. |

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this number is less than $0, enter $0.    $ 0.00 ← Copy net Vehicle 2 expense here

**14. Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.**    $ 0.00

**15. Additional public transportation expense: If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.**    $ 0.00

Debtor 1  GARY    RICHARD    GRIMM    Case number (if known) 17-10625
          First Name   Middle Name   Last Name

**Other Necessary Expenses:**

In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.        $ 2,976.7 @

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.        $ 0.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.        $ 0.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.        $ 20.00

20. **Education:** The total monthly amount that you pay for education that is either required:
■ as a condition for your job, or
■ for your physically or mentally challenged dependent child if no public education is available for similar services.        $ 0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.        $ 0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.        $ 0.00

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted.        + $ 0.00

24. **Add all of the expenses allowed under the IRS expense allowances.**        $ 4158 .

Add lines 6 through 23.

**Additional Expense**
**Deductions**
These are additional deductions allowed by the Means Test.
Note: Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

Health insurance        $ 0.00

Disability insurance        $ 0.00

Health savings account        + $ 0.00

Total        $ 0.00        Copy total here → →        $ 0.00

Do you actually spend this total amount?
☐ No.    How much do you actually spend?        $ 0.00
☐ Yes.

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).        $ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential.        $ 0.00

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) 17-10625 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**28. Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.
If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8,
then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount
claimed is reasonable and necessary.                                                                                    $ _____0.00

**29. Education expenses for dependent children who are younger than 18.** The monthly expenses (not more
than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a
private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount
claimed is reasonable and necessary and not already accounted for in lines 6-23.                                          $ _____0.00

*  Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.

**30. Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are
higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more
than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate
instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.                                            $ _____0.00

**31. Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial
instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).

Do not include any amount more than 15% of your gross monthly income.                                                  + $ _____0.00

**32. Add all of the additional expense deductions.**
Add lines 25 through 31.                                                                                                  $ _____0.00

### Deductions for Debt Payment

**33. For debts that are secured by an interest in property that you own, including home mortgages, vehicle
loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due
to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | Average monthly payment |
|---|---|---|
| **33a.** Mortgages on your home. | | |
| Copy line 9b here. | → | $ _____775.00 |
| **Loans on your first two vehicles.** | | |
| **33b.** Copy line 13b here. | → | $ _____0.00 |
| **33c.** Copy line 13e here. | → | $ _____0.00 |

**33d.** List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| | | ☐ No ☐ Yes | $ _____0.00 |
| | | ☐ No ☐ Yes | $ _____0.00 |
| | | ☐ No ☐ Yes | + $ _____0.00 |

**33e.** Total average monthly payment. Add lines 33a through 33d.      $ _____775.00  → Copy total here → $ _____775.00

Debtor 1    GARY    RICHARD    GRIMM    Case number (if known) 17-10625

| | First Name | Middle Name | Last Name | |

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.  Go to line 35.

☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| _____ | _____ | $ _____ ÷ 60 = | $ _____ |
| _____ | _____ | $ _____ ÷ 60 = | $ _____ |
| _____ | _____ | $ _____ ÷ 60 = | $ _____ |
| | | Total | $ 0.00 | Copy total here ➔ $ 0.00 |

**35. Do you owe any priority claims—such as a priority tax, child support, or alimony—that are past due as of the filing date of your bankruptcy case? 11 U.S.C. § 507.**

☒ No.  Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. ............................................  $ _____ ÷ 60    $ _____

**36. Projected monthly Chapter 13 plan payment.** ............................  $ 0.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.    x    0

Average monthly administrative expense ...........................    $ 0.00    Copy total here ➔ $ 0.00

**37. Add all of the deductions for debt payment. Add lines 33e through 36.** ...........................    $ 0.00

**Total Deductions from Income**

**38. Add all the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ...................    $ 4158

Copy line 32, *All of the additional expense deductions* .....................    $ 0.00

Copy line 37, *All of the deductions for debt payment* ......................    $ + 0.00

Total deductions ..................................................................    $ 4158    Copy total here ➔ $ 4158

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) 17-10625 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

**39.** **Copy your total current monthly income from line 14 of Form 122C-1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** ...................... $ _____ ( )

**40.** **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part 1 of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child. $ 0.00

**41.** **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19). $ 0.00

**42.** **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here ➔ $ 4158 

**43.** **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |
| | + $ 0.00 |

Total | $ 0.00 ← Copy here

**44.** **Total adjustments.** Add lines 40 through 43. $ 4158 → Copy here – $ 4158

**45.** **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39. $ 0

## Part 3: Change in Income or Expenses

**46.** **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☑ 122C-1 | ROOMMATE | | | ☑ Increase | $ 500.00 |
| ☐ 122C-2 | | | | ☐ Decrease | |
| ☐ 122C-1 | | | | ☐ Increase | $ |
| ☐ 122C-2 | | | | ☐ Decrease | |
| ☐ 122C-1 | | | | ☐ Increase | $ |
| ☐ 122C-2 | | | | ☐ Decrease | |
| ☐ 122C-1 | | | | ☐ Increase | $ |
| ☐ 122C-2 | | | | ☐ Decrease | |

Debtor 1 GARY RICHARD GRIMM — Case number (if known) 17-10625

First Name / Middle Name / Last Name

**Part 4: Sign Below**

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

✘ [signature]
Signature of Debtor 1

✘ ______________________
Signature of Debtor 2

Date 09/05/2017
MM / DD / YYYY

Date ______________
MM / DD / YYYY

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | GARY | RICHARD | GRIMM |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number     17-10625MDC
(if known)

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first, then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:        Summarize Your Assets

| | | Your assets |
| | | Value of what you own |
|---|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* .......................................................... | $ | 337,500.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................................ | $ | 129,240.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................... | $ | 466,740.00 |

### Part 2:        Summarize Your Liabilities

| | | Your liabilities |
| | | Amount you owe |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........ | $ | 94,394.70 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ....... | $ | |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .... | + $ | |
| | **Your total liabilities** | $ | 94,394.70 |

### Part 3:        Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | | |
| Copy your combined monthly income from line 12 of *Schedule I* .............................................. | $ | 1,323.30 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | | |
| Copy your monthly expenses from line 22c of *Schedule J* ...................................................... | $ | 1,810.29 |

Official Form 106Sum      Summary of Your Assets and Liabilities and Certain Statistical Information

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) | 17-10625MDC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the Statement of Your Current Monthly Income:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 1,785

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

Total claim

| | | |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 55,860.34 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ | 0.00 |
| 9g. Total. Add lines 9a through 9f. | $ | 55,860.34 |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | GARY | RICHARD | GRIMM |
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)

First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  17-10625
(if known)

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☒ Check if this is an amended filing

# Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Average Monthly Income

1. What is your marital and filing status? Check one only.

☐ Not married. Fill out Column A, lines 2-11.

☐ Married. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 1,495 | $ |
| 3. Alimony and maintenance payments. Do not include payments from a spouse. | $ 0.00 | $ |
| 4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. Net income from operating a business, profession, or farm. | | |

Gross receipts (before all deductions)     Debtor 1   Debtor 2

$ 0.00

Ordinary and necessary operating expenses    – $ 0.00    – $

Net monthly income from a business, profession, or farm    $ 0.00    Copy here→    $

| | | |
|---|---|---|
| 6. Net income from rental and other real property | | |

Gross receipts (before all deductions)    $ 0.00

Ordinary and necessary operating expenses    – $ 0.00    – $

Net monthly income from rental or other real property    $ 0.00    Copy here→    $

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) 17-10625 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|

7. **Interest, dividends, and royalties** | $ 0.00 | $ |

8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ⬆

For you ........................................ $

For your spouse ........................... $

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | | $ 0.00 | $ |
| | | $ | $ |

Total amounts from separate pages, if any. | + $ | + $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 1,485 | + $ | = $ 1,485.00 | Total average monthly income |

## Part 2: Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11. ........................................ $ 1,485

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | $ |
| | $ |
| | + $ |
| Total | $ 0.00 | Copy here ➡ | − 0.00 |

14. **Your current monthly income.** Subtract the total in line 13 from line 12. | 1485 |

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ | $

Multiply line 15a by 12 (the number of months in a year). | x 12 |

15b. The result is your current monthly income for the year for this part of the form. | $ 17820 |

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) 17-10625 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** (continued)

16. Calculate the median family income that applies to you. Follow these steps:

16a. Fill in the state in which you live. ................................................ PA

16b. Fill in the number of people in your household. ....................... 1

16c. Fill in the median family income for your state and size of household. ................................................................. $ 50,501.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. How do the lines compare?

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, Disposable income is not determined under 11 U.S.C. § 1325(b)(3). Go to Part 3. Do NOT fill out Calculation of Your Disposable Income (Official Form 122C–2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, Disposable income is determined under 11 U.S.C. § 1325(b)(3). Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2). On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:** Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

18. Copy your total average monthly income from line 11. ....................................................... $ 1782C

19. Deduct the marital adjustment if it applies. If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

18a. If the marital adjustment does not apply, fill in 0 on line 18a. .......... $ 0.00

19b. Subtract line 19a from line 18. .......... − $ 0.00

20. Calculate your current monthly income for the year. Follow these steps:

20a. Copy line 19b. ................................................................... $ ____

                                                             Multiply by 12 (the number of months in a year).    x 12

20b. The result is your current monthly income for the year for this part of the form. .................. $ 1782C

20c. Copy the median family income for your state and size of household from line 16c. ................ $ 50,501.00

21. How do the lines compare?

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, The commitment period is 3 years. Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, The commitment period is 5 years. Go to Part 4.

**Part 4:** Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____    X _____
Signature of Debtor 1              Signature of Debtor 2

Date 09/05/2017                    Date _____
     MM / DD / YYYY                     MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| Debtor 1 | GARY | RICHARD | GRIMM | Case number (if known) 17-10625 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:    Calculate the median family income that applies to you. Follow these steps:

16a.  Fill in the state in which you live.                                    PA

16b.  Fill in the number of people in your household.                    1

16c.  Fill in the median family income for your state and size of household. ..............................    $ 50,501.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

## 17.  How do the lines compare?

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under*
*11 U.S.C. § 1325(b)(3).* Go to Part 3. Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under*
*11 U.S.C. § 1325(b)(3).* Go to Part 3 and fill out *Calculation of Your Disposable Income* (Official Form 122C–2).
On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3:    Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

18.  Copy your total average monthly income from line 11. .................................................    $ 1,782.0

19.  Deduct the marital adjustment if it applies. If you are married, your spouse is not filing with you, and you contribute all of
calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy
the amount from line 13. ................................................................. –    $ 0.00
18a.  If the marital adjustment does not apply, fill in 0 on line 18a.

19b.  Subtract line 19a from line 18.  ...............................    $

20.  Calculate your current monthly income for the year. Follow these steps:

20a.  Copy line 19b.  ..............................    $
Multiply by 12 (the number of months in a year).    x 12

20b.  The result is your current monthly income for the year for this part of the form. ...    1,782.0

20c.  Copy the median family income for your state and size of household from line 16c. ..............    $ 50,501.00

## 21.  How do the lines compare?

21. ☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3,
*The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
check box 4, *The commitment period is 5 years.* Go to Part 4.

## Part 4:    Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X ⟨signature⟩                                        X

Signature of Debtor 1                                Signature of Debtor 2

Date  02/05/2017                                     Date
MM / DD  / YYYY                                      MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.