R.

**Fill in this information to identify your case:**

Debtor 1: GARY RICHARD GRIMM
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 17-10625
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | REAL ESTATE MANAGEMENT | _____ |
   | Employer's name | GRIMM BROS REALTY CO. | _____ |
   | Employer's address | 837 SWEDE STREET<br>Number   Street<br><br>NORRISTOWN   PA   19401<br>City   State   ZIP Code | Number   Street<br><br>City   State   ZIP Code |
   | How long employed there? | 40 YRS | 40 YRS |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,485.00 | $ _____ |
| 3. Estimate and list monthly overtime pay. | + $ 0.00 | + $ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | $ 1,485.00 | $ _____ |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1   GARY   RICHARD   GRIMM          Case number (if known) 17-10625
           First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............ → 4. | $ 1,485.00 | $ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions   5a. | $ 296.70 | $ |
| 5b. Mandatory contributions for retirement plans   5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans   5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans   5d. | $ 0.00 | $ |
| 5e. Insurance   5e. | $ 0.00 | $ |
| 5f. Domestic support obligations   5f. | $ 0.00 | $ |
| 5g. Union dues   5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____   5h. | +$ 0.00 | +$ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 296.70   $

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 1,198.30   $

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $

8b. Interest and dividends   8b.   $ 0.00   $

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $

8d. Unemployment compensation   8d.   $ 0.00   $

8e. Social Security   8e.   $ 0.00   $

8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 124.00   $

8g. Pension or retirement income   8g.   $ 0.00   $

8h. Other monthly income. Specify: _____   8h.   +$ 0.00   +$

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00   $

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 1,322.30 + $ = $ 1,322.30

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11.   +$ 1,322.30

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12.   $ 1,322.30
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain: SEE ATTACHED

Official Form 106I          Schedule I: Your Income          page 2

Debtor 1  GARY          RICHARD          GRIMM                 Case number (if known) 17-10625
          First Name    Middle Name      Last Name

21. **Other.** Specify: _____     21.  +$          0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                    22a.  $      1,260.67

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $          0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $      1,260.67

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $      1,322.30

    23b. Copy your monthly expenses from line 22c above.            23b.  –$      1,260.67

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                    23c.  $         61.63

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.  Explain here: Upon the removal of liens that should no longer be on Debtors home in King of Prussia, debtor will be applying for a reverse mortgage. The debtor has in excess of 50% equity in the property and is over 65 years of age. As hearings must be scheduled for 2 of the liens, 1 which must follow the other, The debtor epects that legal process to take a minimum of 6 months.

# Gary Grimm

837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

September 5, 2017

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107

RE: Schedule I
Subject –Item 13 responses

    Debtor will be applying for Social Security benefits within the next 4 months. Presently, debtor quality's for $1340 a month at full retirement age, December 20, 2017, per Social Security Administration records. Their records are not complete. The Administration did not include income for years where debtor's income did not require his filing taxes. Additionally debtor's benefit calculations do not include his x-wife's income of 17 years which should be included in debtor's income calculations. Her income was in excess of 15 times debtor's income for those 17 years. This will increase Debtors monthly payment considerably. The exact amount will have to be calculated by the Administration.
    Also, upon completion of some repairs to the property, hopefully by year's end, debtors plans to bring in a roommate to his home in King of Prussia. Comparable rentals in the area would put the unit's value at a minimum of $500 per month.

Sincerely,

*(signature)*
Gary Grimm

Fill in this information to identify your case:

Debtor 1  GARY  RICHARD  GRIMM
         First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  17-10625
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Your Household**

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?   ☑ No
   Do not list Debtor 1 and     ☐ Yes. Fill out this information for each dependent.
   Debtor 2.
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ☑ No   ☐ Yes

**Part 2: Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 775.00

   If not included in line 4:

   4a. Real estate taxes   4a. $ 202.17
   4b. Property, homeowner's, or renter's insurance   4b. $ 48.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 40.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  GARY  RICHARD  GRIMM  
        First Name    Middle Name    Last Name

Case number (if known) 17-10625

|  | Your expenses |
|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |
| 6. Utilities: | |
|   6a. Electricity, heat, natural gas | 6a. $ LIHEAP* 83.00 |
|   6b. Water, sewer, garbage collection | 6b. $ 42.50 |
|   6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 0.00 |
|   6d. Other. Specify: _____ | 6d. $ 0.00 |
| 7. Food and housekeeping supplies | 7. $ SNAP* ($124) +10.00 |
| 8. Childcare and children's education costs | 8. $ 0.00 |
| 9. Clothing, laundry, and dry cleaning | 9. $ 0.00 |
| 10. Personal care products and services | 10. $ 5.00 |
| 11. Medical and dental expenses | 11. $ MEDICAID* 5.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 0.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ 20.00 |
| 14. Charitable contributions and religious donations | 14. $ 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
|   15a. Life insurance | 15a. $ 0.00 |
|   15b. Health insurance | 15b. $ 0.00 |
|   15c. Vehicle insurance | 15c. $ 0.00 |
|   15d. Other insurance. Specify: _____ | 15d. $ 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ 0.00 |
| 17. Installment or lease payments: | |
|   17a. Car payments for Vehicle 1 | 17a. $ 0.00 |
|   17b. Car payments for Vehicle 2 | 17b. $ 0.00 |
|   17c. Other. Specify: _____ | 17c. $ 0.00 |
|   17d. Other. Specify: _____ | 17d. $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
|   20a. Mortgages on other property | 20a. $ 0.00 |
|   20b. Real estate taxes | 20b. $ 0.00 |
|   20c. Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
|   20d. Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
|   20e. Homeowner's association or condominium dues | 20e. $ 0.00 |

Official Form 106J        Schedule J: Your Expenses        page 2

Debtor 1  GARY   RICHARD   GRIMM            Case number (if known) 17-10625
          First Name  Middle Name  Last Name

21. **Other.** Specify: _____   21.  +$ _____ 0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                    22a.  $ _____ 1,260.67

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $ _____ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.  22c.  $ _____ 1,260.67

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.  $ _____ 1,322.30

    23b.  Copy your monthly expenses from line 22c above.            23b.  −$ _____ 1,260.67

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                   23c.  $ _____ 61.63

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.   Explain here: Upon the removal of liens that should no longer be on Debtors home in King of Prussia, debtor will be applying for a reverse mortgage. The debtor has in excess of 50% equity in the property and is over 65 years of age. As hearings must be scheduled for 2 of the liens, 1 which must follow the other, The debtor epects that legal process to take a minimum of 6 months.