Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | * | **Chapter 13** |
| **GARY RICHARD GRIMM** | * | **Bankruptcy No. 17-10625-MDC** |
| **DEBTOR** | * | |

### DOCUMENTS PRODUCED BY DEBTOR PER ORDER OF THE COURT SEPTEMBER 28, 2017

A) AFFIDAVIT-referencing tax files for previous years for debtor

B) BANK STATEMENTS-December 2016 and January 2017. The two months prior to the filing for bankruptcy by debtor

C) INSURANCE – 337 East Marshall St., Norristown and 464 Forge Springs Way, King of Prussia PA. The delay in putting immediately retaining insurance by debtor on the property at King of Prussia was due to the mortgage company maintaining its own insurance on the property. Debtor had to have mortgage company remove their insurance so he would not be paying for two insurance policies at the same time.

D) GARY GRIMM VS. ROBERT LESSACK- case #2001 – 23445. Judgment in his favor that debtor must have entered on the record in order to have a property liens removed on King of Prussia property. Case to be scheduled for prehearing settlement conference in January 2018. Date and judge to preside Rule will follow after County appoints judges for the Different Court divisions for the new year

E) PROPERTY LIEN-case #1999 – 20131, King of Prussia property. Lien held by R&R properties Inc.(Robert Lessack) to be removed after judgment obtained against Robert Lessack.

Gary Richard Grimm

Date: December 5, 2017

Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                       *       Chapter 13
GARY RICHARD GRIMM                          *       Bankruptcy No. 17-10625 MDC
DEBTOR                                      *

## AFFIDAVIT

I Gary Grimm certify that the facts set forth in the following statement are true and

correct to the best of my knowledge, information, and belief.  I make this Affidavit subject to the

penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities, which

provides that if I knowingly make false statements, I may be subject to criminal penalties.

I filed no taxes for the years 2013- 2016 as my income was below the minimum that

required filing taxes.

Gary Grimm                                          October 31, 2017

EXHIBIT



# ✖ Citizens Bank

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

ROP-450
PO Box 7000
Providence RI 02940



Checking Account
Statement

**1** OF 3

Beginning November 26, 2016
through December 23, 2016

GARY R GRIMM
837 SWEDE ST
NORRISTOWN PA 19401-3980

## Checking

US759   1   1

### SUMMARY

GARY R GRIMM
Green Checking
622583-906-6

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 375.97 |
| Checks | 57.88 - |
| Withdrawals & Debits | 217.20 - |
| Deposits & Credits | 834.00 + |
| **Current Balance** | **934.89 =** |

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in
your account of $1,500 or by making 5 qualifying transactions that post to your account during
the statement period.
  Your average daily balance used to qualify this statement period is:        $632
  Your number of qualifying transactions this statement period is:              9
Your next statement period will end on January 26, 2017.

Previous Balance
375.97

### TRANSACTION DETAILS

**Checks**

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1057 | 57.88 | 11/30 | | | |

Total Checks
57.88

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 12/12 | 35.13 | 8867 Dbt Purchase - 781682 Landis Creek Golf Limerick PA |
| 12/16 | 22.95 | 8867 Dbt Purchase - 220008 Usps PO 4160880801norris PA |
| 12/19 | 12.01 | 8867 Dbt Purchase - 677600 Bp#6776421w. Main Norristown PA |
| 12/19 | 40.00 | 8867 Dbt Purchase - 908475 Twenty 9 Restauranmalvern PA |
| 12/22 | 60.00 | 8867 ATM Cash - Ml6174 East Norriton 2, Norristown PA |
| 12/22 | 25.93 | 8867 POS Debit - 356500 Wal Wal-Mart S East Norri Stopa |
| 12/23 | 9.52 | 8867 Dbt Purchase - 000030 Harbor Freight Tooeast Norri Tonp |
| 12/23 | 11.66 | 8867 Dbt Purchase - 240009 Dollar Tree Norristown PA |

Total Withdrawals & Debits
217.20

Member FDIC ⌂ Equal Housing Lender

**EXHIBIT B**

 **Citizens Bank**

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

 **2** OF  3

Beginning November 26, 2016
through December 23, 2016

GARY R GRIMM
Green Checking
622583-906-6

|  | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | .00 | 41.99 |
| Total Returned Item Fees | .00 | .00 |

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 12/08 | 498.66 | Deposit |
| 12/19 | 335.34 | Deposit |

(+) Total Deposits & Credits
834.00

(=) Current Balance
934.89

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 318.09 | 12/16 | 758.67 | 12/22 | 956.07 |
| 12/08 | 816.75 | 12/19 | 1,042.00 | 12/23 | 934.89 |
| 12/12 | 781.62 |  |  |  |  |

### NEWS FROM CITIZENS

--Effective January 1, 2017 Citizens Bank is discontinuing the sale of travelers cheques.
We will continue to honor travelers cheques for deposit from our customers.
--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you
earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take
advantage of our Purchase and Relationship Bonuses you can earn even more for a total of
1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222.
MasterCard(R) is a registered trademark of MasterCard International Incorporated.

Member FDIC  Equal Housing Lender

# ❄️ Citizens Bank

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

**3** OF 3

Beginning November 26, 2016
through December 23, 2016

Images for account 622583-906-6

---

GARY R GRIMM
837 SWEDE ST
NORRISTOWN, PA 19401

Date 11/23/16

1057

Pay to the order of  PECO                          $ 57.88

FIFTY SEVEN DOLLARS & 88/100 Dollars

Citizens Bank
Pennsylvania

100-9/16/16

for #02296-06 017

Gary Grimm

⑃036076150⑃ 62255839066⑃  1057

| 1057 | 11/30/2016 | $57.88 |
|------|------------|--------|

 **Citizens Bank**

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

(1)    OF    3

Beginning December 24, 2016
through January 26, 2017

ROP-450
PO Box 7000
Providence RI 02940



GARY R GRIMM
837 SWEDE ST
NORRISTOWN PA 19401-3980

---

## Checking

US759    2    1

| SUMMARY | | GARY R GRIMM |
|---|---|---|

Green Checking
622583-906-6

### Balance Calculation

| | |
|---|---|
| Previous Balance | 934.89 |
| Checks | 231.87 − |
| Withdrawals & Debits | 1,166.35 − |
| Deposits & Credits | 2,332.44 + |
| Current Balance | 1,869.11 = |

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in
your account of $1,500 or by making 5 qualifying transactions that post to your account during
the statement period.

Your average daily balance used to qualify this statement period is:        $838
Your number of qualifying transactions this statement period is:             24
Your next statement period will end on February 24, 2017.

---

Previous Balance

**TRANSACTION DETAILS**                                                                                       934.89

### Checks

| Check #<br>1058 | Amount<br>16.18 | Date<br>01/26 | Check #<br>1059 | Amount<br>215.69 | Date<br>01/25 |
|---|---|---|---|---|---|

                                                    Total Checks

231.87

### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 12/30 | 400.00 | 8867 ATM Cash - MI6027 Conshohocken, Conshohocken PA |
| 01/04 | 50.00 | 8867 ATM Cash - Pm3854 215 W Lancaster Wayne PA |
| 01/04 | 3.00 | Non-Citizens ATM Fee - Pm3854 215 W Lancaster Wayne PA |
| 01/17 | 8.18 | 8867 Dbt Purchase - 904245 Elis Bakery Cafe Norristown PA |
| 01/18 | 18.80 | 8867 Dbt Purchase - 290006 Usps PO 4160880801norris PA |
| 01/18 | 10.10 | 8867 Dbt Purchase - 250006 Usps PO 4160880801norris PA |
| 01/19 | 77.00 | 8867 POS Debit - 990245 Costco Whse #0245 King Of PR Usspa |
| 01/19 | 15.59 | 8867 POS Debit - 990245 Costco Whse #0245 King Of PR Usspa |
| 01/19 | 170.43 | 8867 Dbt Purchase - 220101 The Home Depot #41kng Of Pru Ssap |
| 01/23 | 14.78 | 8867 Dbt Purchase - 210101 The Home Depot #41norristown PA |
| 01/23 | 11.41 | 8867 Dbt Purchase - 230000 Shoprite Drexelinedrexel Hil L PA |
| 01/23 | 94.00 | 8867 Dbt Purchase - 140053 Plymouth Animal Hoconshohock En P |
| 01/23 | 39.19 | 8867 Dbt Purchase - 258890 Sunoco 0005047609 Conshohock En P |
| 01/23 | 35.00 | 8867 Dbt Purchase - 000000 Craigslist.Org 415-399-52 00 CA |
| 01/24 | 64.84 | 8867 Dbt Purchase - 114608 Wal-Mart #3565 Norristown PA |
| 01/24 | 25.21 | 8867 Dbt Purchase - 001 Staples 0010east Norri Stopa |
| 01/25 | 5.73 | 8867 Dbt Purchase - 1 Weis Markets 233 Norristown PA |
| 01/25 | 30.90 | 8867 Dbt Purchase - 763692 Yerty Auto Service814-22923 7 PA |
| 01/25 | 6.12 | 8867 Dbt Purchase - 017312 Roma Bakery Blue Bell PA |
| 01/25 | 50.00 | 8867 ATM Cash - Pm3924 706 E. Gay St West Chest Er PA |

---

Member FDIC ⌂ Equal Housing Lender

 **Citizens Bank**

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

  **2**  OF  3

Beginning December 24, 2016
through January 26, 2017

**ATM/Purchases (continued)**

| Date | Amount | Description |
|------|--------|-------------|
| 01/25 | 3.00 | Non-Citizens ATM Fee - Pm3924 706 E. Gay St West Chest Er PA |
| 01/26 | 20.00 | 8867 Dbt Purchase - 209800 Arisu Blue Bell PA |
| 01/26 | .75 | 8867 Dbt Purchase - 057938 Bor.Of W. Chester West Chest Er P |
| 01/26 | 12.32 | 8867 Dbt Purchase - Lk8249 Carlino's Specialtwest Chest Er P |

GARY R GRIMM
**Green Checking**
622583-906-6

⊖     Total Withdrawals & Debits

1,166.35

|  | Total For This Period | Total Year-To-Date |
|--|------------------------|---------------------|
| Total Overdraft Fees | .00 | 41.99 |
| Total Returned Item Fees | .00 | .00 |

**Deposits & Credits**

| Date | Amount | Description |
|------|--------|-------------|
| 12/30 | 332.44 | Deposit |
| 01/25 | 2,000.00 | Online Transfer From Savings 6263145109 |

⊕     Total Deposits & Credits

2,332.44

=     Current Balance

1,869.11

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/30 | 867.33 | 01/18 | 777.25 | 01/24 | 229.80 |
| 01/04 | 814.33 | 01/19 | 514.23 | 01/25 | 1,918.36 |
| 01/17 | 806.15 | 01/23 | 319.85 | 01/26 | 1,869.11 |

Member FDIC ⌂ Equal Housing Lender

 **Citizens Bank**

**1-888-910-4100**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

 **3** of 3

Beginning December 24, 2016
through January 26, 2017

Images for account 622583-906-6

---

GARY R GRIMM
837 SWEDE ST
NORRISTOWN, PA 19401                                    1058

Date 12/30/16

Pay to the order of   PA AMERICAN WATER   $ 16.18

SIXTEEN DOLLARS & 18/100   Dollars

Citizens Bank
Pennsylvania

for 1024-2100 34710428          Gary Grimm

⑆036076150⑆ 622558340066⑈ 1058

---

GARY R GRIMM
837 SWEDE ST
NORRISTOWN, PA 19401   Please   COMPANY EXPRESS   1059

Date 12/30/16

Pay to the order of   PECO  de pur uyse   $ 215.69

TWO HUNDRED & FIFTEEN DOLLARS & 69/100   Dollars

Citizens Bank
Pennsylvania

for 98229 - 87001          Gary Grimm

⑆036076150⑆ 622558390066⑈ 1059

---

| 1058 | 01/26/2017 | $16.18 | | 1059 | 01/25/2017 | $215.69 |

Member FDIC ⌂ Equal Housing Lender

POLICY NUMBER: HBD 10012255    022 01
2

**Renewal of: HBD100122551**

# COMMON POLICY DECLARATIONS

| Hudson Specialty Insurance Company<br>100 William Street, 5th floor<br>New York, NY 10038 | Burns & Wilcox - PA<br>325 Sentry Parkway Blue Bell, PA 19422 |
|---|---|
| NAMED INSURED: | Gary Grimm |
| DBA: | |
| MAILING ADDRESS: | 837 Swede Rd, Norristown, PA, 19401 |
| POLICY PERIOD:    FROM: 09/10/2017    TO: 09/10/2018 | AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE |

| FORM OF BUSINESS | Individual |
|---|---|
| BUSINESS DESCRIPTION | property owner |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  |  | PREMIUM |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | Minimum Premium | $    500 |
| COMMERCIAL PROPERTY COVERAGE PART | Minimum Premium | $    500 |
| LIQUOR LIABILITY COVERAGE PART | | $    0 |
| TERRORISM COVERAGE | | $    0 |
| | TOTAL PREMIUM | $  1,000 |
| **Other Charges** | | |
| Surplus Lines Tax | | $  30.00 |
| Stamping Fee | | $  20.00 |
| Policy Fee | | $  200.00 |
| | Total: | $  1,250.00 |

Forms and endorsement(s) made part of this policy at time of issue: **See Schedule of Forms and Endorsements**

Countersigned: September 8, 2017                    By:

*Patrick Glover*

     **(Date)**                          **(Authorized Representative)**

**HUD-IL 1000 09 12**      Includes copyrighted material of ISO Properties with permission

**EXHIBIT C**

# HOMEOWNER POLICY DECLARATIONS

### SCOTTSDALE INSURANCE COMPANY®

Home Office:
One Nationwide Plaza Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center DriveScottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**Policy Number**
HOS1405821

1210-HOS1405821-17

NEW ISSUE

NEW
Renewal of Number

**Named Insured and Mailing Address:**

GARY GRIMM
646 FORGE SPRINGS WAY
KING OF PRUSSIA PA 19406

**General Agent:**  PENNOCK INSURANCE INC

**Insured's Producer:**  SIDNEY SACKS AGENCY, INC.

199 W JOHNSON HWY
EAST NORRITON          PA 19401
(610)270-9180

**Agent No.:**  5720          **Program No.:**

| **Policy Period:** | **From:** 12-04-2017 | **To:** 12-04-2018 | **Term:** 1 Year |
|---|---|---|---|

**12:01 A.M. Standard Time at the Described Location.**

---

This insurance applies to the Residence Premises, Coverage for which a Limit of Liability or Premium is shown and Perils Insured Against for which a Premium is stated. The Residence Premises:
646 FORGE SPRINGS WAY, KING OF PRUSSIA, PA 19406

| Property Coverages: | Limits of Liability | | Premiums |
|---|---|---|---|
| A—Dwelling | $ | 160,361 | $ 843 |
| B—Other Structures | $ | 16,036 | $ INCLUDED |
| C—Personal Property | $ | 80,180 | $ INCLUDED |
| D—Loss of Use | $ | 32,072 | $ 79 |

| Additional Perils Insured Against: | Limits of Liability | | Premiums |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

| Liability Coverages: | Limits of Liability | | Premiums |
|---|---|---|---|
| E—Personal Liability | $ | 300,000 | $ 33 |
| F—Medical Payments to Others | $ | 2,000 | $ 15 |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

| Optional Coverages: | Limits of Liability | | Premiums |
|---|---|---|---|
| Loss Assessment | $ | 1,000 | $ INCLUDED |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**Deductibles:** Property Deductible(s): $ 2,500   Wind/Hail: 2%   Earthquake:
Personal Liability Deductible:

**Form(s) and endorsement(s) made part of this policy for this location:** See Schedule of Forms and Endorsements - Form UTS-SP-2L

**Mortgagee(s), Additional Insured(s) and Lienholder(s) made a part of this policy for this location:**
NONE

**Rating Information:**  Year of Construction: 1950   Territory: 002   Fire District or Town:   Protection Class: 04
Construction: MASONRY   No. of Families: 1   Occupancy: PRIMARY
Feet From Hydrant: 1000   Miles From Fire Station: 5   Square Feet: 1350

| Policy Totals: | Sub-Total Premium: | $ | 970.00 |
|---|---|---|---|
| | | $ | |

Billed to:

No Flat Cancellations

| | Total Taxes and Fees: | $ | 129.10 |
|---|---|---|---|
| | **Total Policy Premium:** | **$** | **1,099.10** |
| | Minimum Earned Premium: | $ | 243.00 |

**THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.**

HOS-D-2 (8-01)

12-06-17    MTAR
MTAR

Insured Copy

 SCOTTSDALE INSURANCE COMPANY®

## SCHEDULE OF TAXES, SURCHARGES OR FEES

Policy No. HOS1405821

Effective Date: 12-04-17
12:01 A.M., Standard Time

Named Insured   GARY GRIMM

Agent No. 37001

| | | |
|---|---|---|
| Surplus Lines Tax | $ | 29.10 |
| Fully Earned Policy Fee | $ | 80.00 |
| Stamping Fee | $ | 20.00 |
| Total Taxes and Fees | $ | 129.10 |

UTS-126L (10/93)

Insured Copy

 SCOTTSDALE INSURANCE COMPANY®

## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. HOS1405821

Effective Date: 12-04-17
12:01 A.M., Standard Time

Named Insured   GARY GRIMM

Agent No. 37001

HOMEOWNERS FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| NOTS0133CW | 10-01 | PRIVACY NOTICE |
| NOTX0178CW | 03-16 | CLAIMS REPORTING INFORMATION |
| NOTX0105CW | 04-07 | PRIVACY STATEMENT |
| UTS-COVPG | 01-16 | COVER PAGE |
| HOS-D-2 | 08-01 | HOMEOWNER POLICY DECLARATIONS |
| UTS-126L | 10-93 | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| UTS-SP-2L | 12-95 | SCHEDULE OF FORMS & ENDORSEMENTS |
| UTS-326S | 07-06 | LIBERALIZATION CLAUSE EXCLUSION |
| HO 04 81 | 05-11 | ACTUAL CASH VALUE LOSS SETTLEMENT |
| HO 37 03 | 08-11 | HOMEOWNERS 3 - SPECIAL FORM - PA |
| HOS-116s | 12-10 | WATER DAMAGE - SUBLIMIT |
| IL 09 10 | 12-03 | PENNSYLVANIA NOTICE |
| UTS-419G | 11-11 | MINIMUM EARNED PREMIUM |
| DPS-5 | 01-06 | LEAD CONTAMINATION EXCLUSION |
| FS-18 | 11-86 | TOTAL OR CONSTRUCTIVE LOSS CLAUSE |
| HOS-117S | 01-11 | THEFT & DEBRIS REMOVAL LIMITATION ENDT |
| HOS-14S | 06-09 | BUSINESS PURSUITS EXCL (HOME DAY CARE) |
| HOS-16G | 01-98 | AMENDATORY ENDORSEMENT |
| HOS-85S | 10-04 | MOLD EXCLUSION |
| HOS-86S | 04-05 | EXTERIOR INSULATION AND FINISH SYS EXCL |
| UTS-301G | 11-05 | EARTH OR LAND MOVEMENT EXCLUSION |
| UTS-32G | 11-15 | OCCUPANCY ENDORSEMENT |
| UTS-330S | 04-16 | EXISTING DAMAGE EXCLUSION ENDORSEMENT |
| UTS-39S | 04-11 | POLLUTION LIABILITY EXCLUSION |
| UTS-9G | 05-96 | SERVICE OF SUIT CLAUSE |

UTS-SP-2L  (12/95)

Insured Copy

Case #2001-23445

| Case Number | 2001-23445 |
|---|---|
| Commencement Date | 11/19/2001 |
| Case Type | SUMMONS-CIVIL ACTION |
| PFA Number | |
| Caption Plaintiff | GRIMM, GARY R |
| Caption Defendant | LESSACK, ROBERT A |
| Lis Pendens Indicator | No |
| Status | 3 - OPEN |
| Judge | ROGERS |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| GRIMM, GARY R | 837 SWEDE ST<br>NORRISTOWN, PA 19401 UNITED STATES | UNITED STATES | | Yes | 1 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| LESSACK, ROBERT A | 2015 MCHUGH LN<br>PHOENIXVILLE, PA 19460 UNITED STATES | UNITED STATES | EWING, ROBERT P | Yes | 1 |
| LESSACK, ROBERT A | 2015 MCHUGH LN<br>PHOENIXVILLE, PA 19460 UNITED STATES | UNITED STATES | EWING, ROBERT P | Yes | 2 |
| R & R PROP INC | 827 SWEDE ST<br>NORRISTOWN, PA 19401 UNITED STATES | UNITED STATES | EWING, ROBERT P | Yes | 3 |

## Docket Entries

| Seq. | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 0 | 11/19/2001 | Summons Civil Action | | No | 4737291 |
| 1 | 12/3/2001 | Motion | FOR LEAVE TO EFFECT SPECIAL SERVOF PROCESS UPON DEFTS BY PLTF | No | 4747937 |
| 2 | 12/17/2001 | Order | OF COURT OF 12/14/01 JHODGSON JCOP IES SENT | No | 4758795 |
| 3 | 12/31/2001 | Affidavit/Certificate of Service of | WRIT OF SUMMONS & ORDER ON12/19/01 | No | 4766974 |
| 4 | 12/31/2001 | Affidavit/Certificate of Service of | WRIT OF SUMMONS & ORDER OF COURTSE NT ON 12/19/01 | No | 4766976 |
| 5 | 12/31/2001 | Complaint In | CIVIL ACTION | No | 4766984 |
| 6 | 12/31/2001 | Certification | OF SERV OF PLTFS COMPLT ON12/31/01 | No | 4766986 |
| 7 | 12/31/2001 | Certification | OF SERV OF PET FOR TEMP RESTRAIN-I NG ORDER PREL INJUNCTION &CONSTRCU TIVE TRUST ON 12/31/01 | No | 4766992 |
| 8 | 12/31/2001 | Petition | FOR TEMP RESTRAINING ORDER PRELINJ UNCTION & CONSTRUCTIVE TR BYPLTF | No | 4766995 |
| 9 | 1/7/2002 | (Internal Use Only) Not Found as to | DEFT ROBERT A LESSACK ON 11/23/01 | No | 4770916 |
| 10 | 1/7/2002 | (Internal Use Only) Not Found as to | DEFT R & R PROPS INC ON 11/23/01 | No | 4770918 |
| 11 | 1/8/2002 | Preliminary Objections of | COMPLT | No | 4772029 |
| 12 | 1/9/2002 | Certification | OF SERV OF DEFTS PREL OBJS ON1/8/0 2 | No | 4773852 |
| 13 | 1/10/2002 | Entry of Appearance | STEPHEN G YUSEM ESQ FOR DEFTS | | 4775207 |

**EXHIBIT D**

Case 17-10625-mdc    Doc 56    Filed 12/07/17    Entered 12/07/17 06:42:40    Desc Main
Document    Page 14 of 21

| | | | | | |
|---|---|---|---|---|---|
| 14 | 1/9/2002 | Order for Hearing | OF 1/9/02 BERTIN J COPIES SENT | No | 4778030 |
| 15 | 1/22/2002 | Amended Complaint | | No | 4782949 |
| 16 | 1/22/2002 | Certification | OF SERV OF BRIEF IN SUPPORT OFPET FOR TEMPORARY RESTRAININGORDER PR EL INJUNCTION & CONSTRUCTIVE TR & AMENDED COMPLT ON12/31/01 | No | 4782950 |
| 17 | 1/25/2002 | Praec for Substitution of | VERIFICATION | No | 4790486 |
| 18 | 1/25/2002 | Certification | OF SERV OF PRAE TO SUBSTITUTIEVERI FICATION SENT ON 1/23/02 | No | 4790490 |
| 19 | 2/6/2002 | Order | OF 1/25/02 PET DENIED BRANCA,J CC | No | 4800966 |
| 20 | 2/11/2002 | Preliminary Objections of | TO AMENDED COMPLT | No | 4804635 |
| 21 | 2/12/2002 | Certification | OF SERV OF DEFTS PREL OBJS TOAMEND ED COMPLT ON 2/11/02 | No | 4806128 |
| 22 | 3/4/2002 | Praecipe | TO ATTACH EXHIBIT A TO AMENDEDCOMP LT | No | 4821702 |
| 23 | 3/4/2002 | Certification | OF SERV OF PRAE TO SUBSTITUTEVERIF ICATION SENT ON 3/1/02 | No | 4821703 |
| 24 | 3/4/2002 | Answer/Response | BY PLTF | No | 4821712 |
| 25 | 3/4/2002 | Certification | OF SERV OF ANSWER TO DEFTS PRELOBJ S TO AMENDED COMPLT ON 3/1/02 | No | 4821716 |
| 26 | 1/4/2002 | Order | OF 1/4/02 KEHS CA COPIES SENT | No | 4871866 |
| 27 | 1/22/2002 | Brief | IN SUPPORT OF PET FOR TEMPRESTRAIN ING ORDER, PREL INJ &CONSTRUCTIVE TRUST | No | 4871868 |
| 28 | 1/22/2002 | Certification | OF SERV OF PLTFS BRIEF IN SUPPORTO F PET FOR TEMP RESTRAINING ORDERON 12/31/01 | No | 4871869 |
| 29 | 1/22/2002 | Brief | CONTRA PET FOR PREL INJ | No | 4871871 |
| 30 | 7/3/2002 | Petition | TO WITHDRAW APPEARANCE | No | 4924397 |
| 31 | 7/9/2002 | Certification | OF SERV OF PET TO WITHDRAWAPPEARAN CE ON 7/9/02 | No | 4927850 |
| 32 | 7/11/2002 | Rule | DATE ON 8/6/02 KEHS CA | No | 4929608 |
| 33 | 8/13/2002 | Order | OF 8/9/02 BRANCA,J CC | No | 4956012 |
| 34 | 8/15/2002 | Withdrawal of Appearance of | STEPHEN G YUSEM ESQ FOR DEFTS | No | 4957968 |
| 35 | 9/9/2002 | Praec for Argument | APPEALABLE - PREL OBJS TO AMENDEDC OMPLT | No | 4975771 |
| 36 | 10/31/2002 | Withdrawal of Appearance of | STEVEN N YERMISH ESQ FOR PLTF | No | 5023771 |
| 37 | 10/31/2002 | Entry of Appearance | SEBASTIAN M RAINONE ESQ PLTF | No | 5023772 |
| 38 | 11/25/2002 | Motion | TO COMPEL DISCOVERY BY PLTF | No | 5041392 |
| 39 | 11/29/2002 | Rule | DATE ON 12/31/02-KEHS,CA | No | 5045816 |
| 40 | 12/24/2002 | Certification | OF SERV OF PLTFS MOT TO COMPELDISC OVERY ON 11/21/02 | No | 5083688 |
| 41 | 1/8/2003 | Order | OF 1/8/03 MOT TO COMPEL STRICKENFU RBER J COPIES SENT | No | 5093443 |
| 42 | 1/9/2003 | Order | OF 1/8/03 ALBRIGHT J COPIES SENT1/ 8/03 | No | 5094202 |
| 43 | 1/15/2003 | Certification | OF SERV OF ORDER ON 1/13/03 | No | 5100434 |
| 44 | 1/16/2003 | Motion | TO COMPEL DISCOVERY | No | 5101777 |
| 45 | 1/16/2003 | Certification | OF SERV OF MOT ON 1/13/03 | No | 5101778 |
| 46 | 1/9/2003 | Returned Copy | | No | 5107982 |
| 47 | 1/27/2003 | Certification | OF SERV OF COVER SHEET OF MOVINGPA RTY MOTION TO COMPEL DISCOVERYWITH RULE RETURN SENT ON 1/24/03 | No | 5112357 |
| 48 | 1/29/2003 | Rule | DATE ON 2/18/03-KEHS,CA | No | 5115556 |
| 49 | 2/7/2003 | Order | OF 2/4/03 ALBRIGHT,J COPIES SENTP REL OBJ ARE DISMISSED | No | 5123900 |
| 50 | 2/18/2003 | Motion | OF PLTF GARY GRIMM FOR PARTIALSUMM ARY JUDGT | No | 5132354 |
| 51 | 2/18/2003 | Certification | OF SERV OF PLTF MOTION FOR PARTIAL SUMMARY JUDGT & MEMO OF LAWPURSUAN T TO PA RCP RULE 400 ON2/14/03 | No | 5132391 |

| 52 | 2/18/2003 | Memorandum of Law | IN SUPPORT OF PLTF GARY GRIMM MOTF OR PARTIAL SUMMARY JUDGT | No | 5132394 |
|---|---|---|---|---|---|
| 53 | 2/18/2003 | Entry of Appearance | WENDY G ROTHSTEIN ESQ & NICHOLAS S PULLEN ESQ FOR DEFTS | No | 5133119 |
| 54 | 2/18/2003 | Answer/Response | OF DEFTS TO PLTF MOTION TO COMPELD ISCOVERY | No | 5133122 |
| 55 | 2/18/2003 | Certification | OF SERV OF ANS TO MOT TO COMPELDIS COVERY SENT ON 2/18/03 | No | 5133123 |
| 56 | 2/6/2003 | Returned Copy | | No | 5133691 |
| 57 | 2/26/2003 | Order | OF 2/25/03 PLTFS MOT TO COMPELSTRI CKEN ALBRIGHT J COPIES SENT2/25/03 | No | 5141216 |
| 58 | 3/4/2003 | Rule | DATE ON 3/18/03 KEHS,CA | No | 5146345 |
| 59 | 3/4/2003 | Certification | OF SERV OF COVER SHEET OF MOVINGPA RTY & MOT FOR PARTIAL SUMMARYJUDGT WITH RULE RETURN SENT ON2/28/03 | No | 5146992 |
| 60 | 3/17/2003 | Answer & New Matter by | DEFT TO PLTF AMENDED COMPLT | No | 5158833 |
| 61 | 3/17/2003 | Certification | OF SERV OF DEFTS ANS WITH NEWMATTE R TO PLTFS AMENDED COMPLT ON3/17/0 3 | No | 5158834 |
| 62 | 3/17/2003 | Answer/Response | TO MOT FOR PARTIAL SUMMARY JUDGTBY DEFTS | No | 5158836 |
| 63 | 3/17/2003 | Certification | OF SERV OF DEFTS ANS TO PLTFS MOTF OR PARTIAL SUMMARY JUDGT ON3/17/03 | No | 5158837 |
| 64 | 3/24/2003 | Praec for Argument | APPEALABLE - PLTFS MOT FOR PARTIAL SUMMARY JUDGT & DEFTS ANS THERETO | No | 5167186 |
| 65 | 3/24/2003 | Certification | OF SERV OF ARG PRAE ON PLTFS MOTFO R PARTIAL SUMMARY JUDGT & DEFTSRES P ON 3/18/03 | No | 5167187 |
| 66 | 3/28/2003 | Order | OF 3/28/03 PLTFS MOT DENIEDALBRIGH T J COPIES SENT 3/28/03 | No | 5172938 |
| 67 | 4/9/2003 | Motion | TO WITHDRW DEEMED ADMISSIONS | No | 5184275 |
| 68 | 4/11/2003 | Affidavit/Certificate of Service of | MOT TO WITHDRAW DEEMED ADMISSIONSW ITH RULE RETURN SENT ON 4/10/03 | No | 5185832 |
| 69 | 4/15/2003 | Certification | OF SERV OF ANSWER TO DEFTS NEWMATT ER ON 4/10/03 | No | 5189279 |
| 70 | 4/15/2003 | Reply to New Matter | BY PLTF | No | 5189280 |
| 71 | 4/16/2003 | Rule | DATE OF 5/13/03 KEHS,CA | No | 5189964 |
| 72 | 5/12/2003 | Response | TO MOT TO WITHDRAW DEEMEDADMISSION S BY PLTF | No | 5214238 |
| 73 | 5/12/2003 | Certification | OF SERV OF PLTFS RESPONSE TO DEFTS MOTION TO WITHDRAW DEEMEDADMISSION S WITH MEMORANDUM OF LAWPURSUANT T O PA RCP RULE 400 ON5/9/03 | No | 5214241 |
| 74 | 5/22/2003 | Order | DEFTS MOT TO WITHDRAW DEEMED ADMGR ANTED ALBRIGHT J COPIES SENT5/22/0 3 | No | 5227877 |
| 75 | 6/20/2003 | Affidavit/Certificate of Service of | ANS TO REQ FOR ADMISSIONS SENT ON6 /19/03 | No | 5255752 |
| 76 | 10/26/2004 | Motion | TO COMPEL DEPOSITION | No | 5702651 |
| 77 | 10/26/2004 | Certification | OF SERV OF MOT TO COMPELDEPSOITION ON 10/25/04 | No | 5702658 |
| 78 | 11/5/2004 | Rule | DATE ON 11/30/04 KEHS CA | No | 5711135 |
| 79 | 11/5/2004 | Certification | OF SERV OF MOT TO COMPELDEPOSITION WITH RULE RETURN DATESENT ON 11/1 /04 | No | 5712223 |
| 80 | 11/29/2004 | Answer/Response | TO MOT TO COMPEL DEPO BY DEFTS | No | 5733422 |
| 81 | 11/29/2004 | Certification | OF SERV OF ANS TO MOT TO COMPELDEP O SENTON 11/29/04 | No | 5733425 |
| 82 | 12/13/2004 | Order | OF 12/13/04 ALBRIGHT J COPIES SENT 12/13/04 | No | 5745405 |
| 83 | 1/12/2005 | Petition | TO WITHDRAWL AS COUNSEL | No | 5769982 |
| 84 | 1/14/2005 | Affidavit/Certificate of Service of | PET TO WITHDRAW AS COUNSEL WITHRUL E RETURN SENT ON 1/13/05 | No | 5775266 |
| 85 | 1/19/2005 | Rule | DATE ON 2/8/05-KEHS,CA | No | 5778617 |
| 86 | 1/28/2005 | Answer & New Matter by | PLTF TO PET TO WITHDRAW ASCOUNSEL | No | 5787187 |

| 87 | 1/28/2005 | Certification | OF SERV OF ANS & NEW MATTER TOPET TO WITHDRAW AS COUNSEL ON1/28/05 | No | 5787188 |
|---|---|---|---|---|---|
| 88 | 2/2/2005 | Reply to New Matter | BY FOX ROTHSCHILD LLP | No | 5790295 |
| 89 | 2/2/2005 | Certification | OF SERV OF REPLY TO NEW MATTER TOP ET TO WITHDRAW AS COUNSEL ON2/2/05 | No | 5790297 |
| 90 | 2/8/2005 | Answer/Response | TO PET TO WITHDRAW AS COUNSELBY DE FTS | No | 5795032 |
| 91 | 2/8/2005 | Certification | OF SERV OF ANS TO PET ON 2/8/05 | No | 5795033 |
| 92 | 2/8/2005 | Entry of Appearance | ROBERT P EWING ESQ FOR DEFTS | No | 5795035 |
| 93 | 2/8/2005 | Certification | OF SERV OF ENTRY OF APPEARANCE ON2 /8/05 | No | 5795037 |
| 94 | 2/9/2005 | Returned Copy | | No | 5796832 |
| 95 | 3/8/2005 | Returned Copy | | No | 5823970 |
| 96 | 3/8/2005 | Returned Copy | | No | 5824009 |
| 97 | 3/22/2005 | Withdrawal of Appearance of | WENDY G ROTHSTEIN ESQ FOR DEFTS | No | 5838624 |
| 98 | 3/22/2005 | Entry of Appearance | ROBERT P EWING ESQ FOR DEFTSROBERT A LESSACK & R&R PROPS INC | No | 5838625 |
| 99 | 3/22/2005 | Certification | OF SERV OF WITHDRAWAL OF APPEAR &E NTRY OF APPEAR SENT ON 3/21/05 | No | 5838626 |
| 100 | 10/28/2005 | Withdrawal of Appearance of | SEBASTIAN M RAINONE ESQ FOR PLTF | No | 6040504 |
| 101 | 10/28/2005 | Entry of Appearance | RICHARD L CAPLAN ESQ FOR PLTF | No | 6040505 |
| 102 | 10/28/2005 | Certification | OF SERV OF WITHDRAWAL/ENTRY OFAPPE ARANCE ON 10/26/05 | No | 6040506 |
| 103 | 1/20/2006 | Petition | OF COUNSEL FOR PLTF FOR LEAVE TO W ITHDRAW APPEARANCE | No | 6136987 |
| 104 | 1/25/2006 | Certificate of Service | OF LEAVE TO WITHDRAW ON 1/23/06 | No | 6142924 |
| 105 | 1/31/2006 | Rule | ON 02/21/06 KEHS, C A | No | 6150849 |
| 106 | 2/21/2006 | Answer/Response | & OPPOSITION & NEW MATTER TO PETITION OF COUNSEL FOR PLTF FOR LEAVE TO WITHDRAW APPEARANCE | No | 6173125 |
| 107 | 2/21/2006 | Memorandum of Law | IN SUPPORT OF PLFT'S RESPONSE, OPPOSITION AND NEW MATTER TO PETITION OF COUNSEL FOR PLTF FOR LEAVE TO WITHDRAW APPEARANCE | No | 6173132 |
| 108 | 2/21/2006 | Certificate of Service | OF PLTF'S RESPONSE, OPPOSITION AND NEW MATTER TO PETITION OF COUNSEL FOR PLTF FOR LEAVE TO WITHDRAW APPEARANCE ON 02/21/06 | No | 6173145 |
| 109 | 2/21/2006 | Certificate of Service | OF PLTFS RESPONSE, OPPOSITION AND NEW MATTER TO PETITION OF COUNSEL FOR PLTF FOR LEAVE TO WITHDRAW APPEARANCE ON 02/21/06 | No | 6173160 |
| 110 | 4/7/2006 | Withdrawal of Appearance of | NICHOLAS PULLEN FOR DEFTS | No | 6237350 |
| 111 | 4/7/2006 | Certificate of Service | OF WITHDRAWL OF APPEARANCE ON 4/5/06 | No | 6237353 |
| 112 | 4/19/2006 | Praec to Withdraw | PETITION/WITHDRAW OF APPEARANCE BY PLTF | No | 6247185 |
| 113 | 4/19/2006 | Certificate of Service | OF PRAECIPE/WITHRAW ON 4/18/06 | No | 6247190 |
| 114 | 4/25/2008 | Petition | BY RICHARD CAPLAN FOR PLTF FOR LEAVE TO WITHDRAW APPEARANCE | No | 7031276 |
| 115 | 4/25/2008 | Certificate of Service | OF PET FOR LEAVE PROPOSED ORDER & RULE TO SHOW CAUSE SENT ON 4/25/08 | No | 7031281 |
| 116 | 4/30/2008 | Certificate of Service | OF PETITION ON 4/30/2008 | No | 7035913 |
| 117 | 4/30/2008 | Rule | DATE ON 5/27/08 KEHS CA | No | 7036493 |

| 118 | | 5/27/2008 | Answer/Response | OPPOSITION & NEW MATTER TO PETITION OF COUNEL FOR LEAVE TO WITHDRAW APPEARANCE BY PLTF | No | 7063019 |
|---|---|---|---|---|---|---|
| 119 | | 5/27/2008 | Certificate of Service | OF RESPONSE IN OPPOSITION ON 5/27/08 | No | 7063023 |
| 120 | | 8/6/2008 | Notice of Scheduling | | No | 7135620 |
| 121 | | 8/13/2008 | Memorandum of Law | BY RICHARD CAPLAN | No | 7143820 |
| 122 | | 8/13/2008 | Certificate of Service | OF MEMO OF LAW ON 08/13/2008 | No | 7143825 |
| 123 | | 10/6/2008 | Notice of Scheduling | | No | 7197647 |
| 124 | | 11/12/2008 | Order | OF 11/7/08 ALBRIGHT, J TO BE RELISTED CC | No | 7233783 |
| 125 | | 12/9/2008 | Notice of Scheduling | | No | 7261827 |
| 126 | | 1/9/2009 | Memorandum of Law | BY PLTF | No | 7298902 |
| 127 | | 1/9/2009 | Affidavit/Certificate of Service of | MEMO OF LAW/BRIEF IN SUPPORT OF PLTFS RESPONSE & OPPOSITION TO PET OF COUNSEL FOR LEAVE TO WITHDRAW ON 01/09/2009 | No | 7298903 |
| 128 | | 2/4/2009 | Notice of Scheduling | | No | 7325703 |
| 129 | | 2/10/2009 | Answer/Response | BY RICHARD CAPLAN TO PLTFS RESPONSE TO PETITION OF COUNSEL | No | 7331582 |
| 130 | | 2/10/2009 | Affidavit/Certificate of Service of | DECLARATION OF RICHARD CAPLAN ON 02/10/2009 | No | 7331588 |
| 131 | | 2/24/2009 | Order | OF 2/23/09 ALBRIGHT, J PETION OF RICHARD L CAPLAN FOR LEAVE TO WITHDRAW APPEARANCE FOR PLTF GRANTED CC | No | 7345616 |
| 132 | | 3/4/2009 | Withdrawal of Appearance of | RICHARD L CAPLAN FOR PLTF | No | 7355869 |
| 133 | | 3/4/2009 | Affidavit/Certificate of Service of | PRAECIPE FOR WITHDRAWAL ON 3/4/2009 | No | 7355871 |
| 134 | | 3/6/2009 | Motion | FOR RECONSIDERATION BY PLTF | No | 7361620 |
| 135 | | 3/6/2009 | Affidavit/Certificate of Service of | MOT FOR RECONSIDERATION ON 03/06/2009 | No | 7361623 |
| 136 | | 10/20/2014 | Notice To Terminate | | No | 10007940 |
| 137 | | 11/24/2014 | Notice of Termination Returned | ROBERT P EWING ESQ ON 10/20/14 | No | 10069909 |
| 138 | | 12/22/2014 | Statement Of Intention To Proceed | | No | 10107693 |
| 139 | | 2/13/2015 | Order | OF 2/12/15 CARLUCCIO, J SETTLEMENT/STATUS CONFERENCE SHALL BE HELD ON 3/10/15 THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 02/13/2015 PURSUANT TO PA. R. C. P. 236. | No | 10175962 |
| 140 | | 3/2/2015 | Returned Copy | | No | 10194954 |
| 141 | E | 3/2/2015 | Entry of Appearance | OF SETH C. DANIELS, ESQ. FOR GARY GRIMM, PLAINTIFF | No | 10195726 |
| 142 | | 3/6/2015 | Order | OF 3/4/15 CARLUCCIO,J MATTER RESCHEDULED TO 4/2/15; CC THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 03/06/2015 PURSUANT TO PA. R. C. P. 236. | No | 10199808 |
| 143 | | 3/18/2015 | Returned Copy | | No | 10215089 |
| 144 | | 3/18/2015 | Returned Copy | | No | 10215090 |
| 145 | | 3/18/2015 | Returned Copy | | No | 10215386 |

| | | | | | |
|---|---|---|---|---|---|
| 146 | | 3/24/2015 | Affidavit/Certificate of Service of | ORDER SCHEDULING HEARING ON 03/24/2014 TO ROBERT P EWING, ESQ; ROBERT LESSACK | No | 10230656 |
| 147 | | 3/27/2015 | Affidavit/Certificate of Service of | STATEMENT OF THE CASE ON 03/27/2015 TO ROBERT P EWING: ROBERT LESSACK | No | 10235322 |
| 148 | | 4/2/2015 | Order | OF 4/2/15 CARLUCCIO,J RULE RETURN ON 4/14/15; CC THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 04/03/2015 PURSUANT TO PA. R. C. P. 236. | No | 10244386 |
| 149 | | 4/16/2015 | Returned Copy | | No | 10261519 |
| 150 | | 4/22/2015 | Order | (RULE 1901 SETTLEMENT/STATUS CONFERENCE) OF 4/21/15 CARLUCCIO, J MATTER TO BE PLACED ON TRIAL LIST CC THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 04/22/2015 PURSUANT TO PA. R. C. P. 236. | No | 10268041 |
| 151 | | 5/1/2015 | Returned Copy | | No | 10281856 |
| 152 | E | 9/21/2016 | Petition To Withdraw As Counsel For | GARY R GRIMM WITH SERVICE ON 09/21/2016 | No | 10968126 |
| 153 | | 10/4/2016 | Rule | DATE ON 11/07/2016 KEHS CA | No | 10984716 |
| 154 | | 10/13/2016 | Returned Copy | | No | 10999729 |
| 155 | | 11/18/2016 | Order | (SUR PET TO WITHDRAW AS COUNSEL) OF 11/17/16 MOORE,J PET IS STRICKEN; CC THIS DOCUMENT WAS DOCKETED AND SENT ON 11/18/2016 | No | 11050055 |
| 156 | E | 11/21/2016 | Petition To Withdraw As Counsel For | GARY R GRIMM WITH SERVICE ON 11/21/2016 | No | 11052699 |
| 157 | | 11/23/2016 | Rule | DATE ON 1/9/17 KEHS, CA | No | 11055273 |
| 158 | | 12/1/2016 | Returned Copy | | No | 11064884 |
| 159 | E | 12/7/2016 | Affidavit/Certificate of Service of | COMPLETED COVER SHEET FOR SECOND PETITION TO WITHDRAW AS COUNSEL ON 12/07/2016 TO GARY GRIMM, ROBERT LESSACK, ROBERT EWING | No | 11073385 |
| 160 | | 12/14/2016 | Returned Copy | | No | 11081637 |
| 161 | | 1/18/2017 | Order | OF 1/17/17 BERTIN,S J PETITION BY SETH DANIELS FOR LEAVE TO WITHDRAW AS COUNSEL FOR GARY R GRIMM IS GRANTED THIS DOCUMENT WAS DOCKETED AND SENT ON 01/18/2017 | No | 11125333 |
| 162 | | 1/26/2017 | Returned Copy | | No | 11138475 |
| 163 | | 1/26/2017 | Returned Copy | | No | 11138476 |
| 164 | E | 1/31/2017 | Withdrawal of Appearance of | SETH DANIELS, ESQ. FOR GARY GRIMM | No | 11146412 |

Case #1999-20131

| | |
|---|---|
| **Case Number** | 1999-20131 |
| **Commencement Date** | 11/17/1999 |
| **Case Type** | LIEN-LITIGATION |
| **PFA Number** | |
| **Caption Plaintiff** | R & R PROP INC |
| **Caption Defendant** | GRIMM, GARY |
| **Lis Pendens Indicator** | No |
| **Status** | 5 - OPEN/ON APPEAL |
| **Judge** | SALUS |
| **Remarks** | $4,126.00 FORGE SPR LN |
| **Sealed** | No |
| **Interpreter Needed** | |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| R & R PROP INC | 45 E CITY LINE AVE<br>BALA CYNWYD, PA 19004 | | SMITH, ERIC B | Yes | 1 |
| UPPER MERION MUN UTILITY AUTH | 925 HARVEST DR STE 220<br>BLUE BELL, PA 19422 | | SMITH, ERIC B | Yes | 5 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| GRIMM, GARY | 404 ROSS RD<br>K OF P, PA | | | Yes | 1 |

## Docket Entries

| Seq. | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 0 | 11/17/1999 | Lien Litigation | | No | 132627 |
| 1 | 3/9/2000 | Entry of Appearance | ERIC B SMITH ESQ FOR USE-PLTF R&R PROPERTIES INC | No | 908202 |
| 2 | 3/9/2000 | Judgment Marked or Assigned to | R & R PROP INC ONLY | No | 908203 |
| 3 | 3/9/2000 | Certification of Addresses | | No | 908204 |
| 4 | 3/20/2000 | Praec and Writ of Scire Facias | AGNST DEFT IN AMT OF $4.126.00 | No | 908205 |
| 5 | 4/17/2000 | (Internal Use Only) Posted Premises | ON 4/12/00 (GARY GRIMM) | No | 908206 |
| 6 | 4/20/2000 | (Internal Use Only) Not Found as to | DEFT GARY GRIMM ON 3/30/00 | No | 908207 |
| 7 | 5/5/2000 | Notice | OF AFFIDAVIT OF DEFENSE TO WRIT OF SCIRE FACIAS | No | 908208 |
| 8 | 5/15/2000 | Certification | OF SERV OF AFFADAVIT OF DEFENSE TO WRIT OF SCIRE FACIAS ON 5/15/00 | No | 908209 |
| 9 | 6/1/2000 | Certification | OF SERV OF AFFIDAVIT OF DEFENSE TO WRIT OF SCIRE FACIAS EXHIBITS ON 5/26/00 | No | 908210 |
| 10 | 6/9/2000 | Motion | FOR JUDGT FOR WANT OF SUFFICIENT AFF OF DEFENSE | No | 908211 |
| 11 | 6/9/2000 | Certification | OF SERV OF RULE RETURN & PROPOSED ORDER & MOT FOR JUDGT FOR WANT OF SUFFICIENT AFF OF DEFENSE ON 6/9/00 | No | 908212 |
| 12 | 6/12/2000 | Rule | DATE ON 8/1/00 KEHS,CA | No | 908213 |
| 13 | 8/1/2000 | Response | TO MOT FOR JUDGT FOR WANT OF SUFFICIENT AFFIDAVIT OF DEFENSE BY DEFTS | No | 908214 |
| 14 | 8/3/2000 | Order | SUR MOT FOR JUDGT FOR WANT OF SUFFICIENT AFFIDAVIT OF DEFENSE OF 8/2/00 KEHS,CA COPIES SENT | No | 908215 |
| 15 | 8/8/2000 | Certification | OF SERV OF DEFTS RESPONSE TO MOT FOR JUDGT ON 8/8/00 | | |

**EXHIBIT E**

| 16 | 8/8/2000 | Order | SUR MOT FOR JUDGT FOR WANT OF SUFFICIENT AFFIDAVIT OF DEFENSE OF 8/4/00 KEHS,CA COPIES SENT | No | 908217 |
|---|---|---|---|---|---|
| 17 | 10/10/2000 | Affidavit/Certificate of Service of | FOREGOING ON 5/12/00 | No | 908218 |
| 18 | 10/13/2000 | Certification | OF SERV OF AFF ON 10/13/00 | No | 908219 |
| 19 | 10/26/2000 | Certification | OF SERV OF BRIEF IN SUPPORT OF MOT FOR JUDGT ON 10/26/00 | No | 908220 |
| 20 | 12/19/2000 | Order | OF 12/15/00 MATTERS TRANSFERRED BERTIN,J CC ON 12/15/00 | No | 908221 |
| 21 | 12/21/2000 | Order | OF 12/18/00 SALUS J COPIES SENT ON 12/18/00 | No | 908222 |
| 22 | 1/10/2001 | Petition | FOR PREL OR SPECIAL INJUNCTION BY DEFT | No | 908223 |
| 23 | 1/11/2001 | Certification | OF SERV OF PET FOR PRELIM OR SPECIAL INJUNCY ON 1/10/01 | No | 908224 |
| 24 | 1/11/2001 | Praecipe | TO ATTACH DOCS TO PET FOR PRELIM OR SPECIAL INJUNCT | No | 908225 |
| 25 | 1/11/2001 | Certification | OF SERV OF PRAE TO ATTACH DOCS TO PET FOR PRELIM OR SPECIAL INJUNCT ON 1/11/01 | No | 908226 |
| 26 | 1/11/2001 | Motion | FOR RECUSAL OF SALAS,J FROM HEARING OF DEFTS AFFIDAFIT OF DEFENSE TO WRIT OF SCIRE FASCIA & PLTS MOTION FOR JUDGMENT FOR WANT OF SUFFICIENT AFFIDAVIR OF DEFENSE | No | 908227 |
| 27 | 1/23/2001 | Order | OF 1/12/01 DEFTS MOT FOR RECUSAL DENIED SALUS J COPIES SENT | No | 908228 |
| 28 | 1/23/2001 | Order | OF 1/22/01 PLTFS MOT FOR JUDGT GRANTED SALUS J COPIES SENT 1/22/01 | No | 908229 |
| 29 | 1/24/2001 | Certification | OF SERV OF MOT FOR RECUSAL ON 1/11/01 | No | 908230 |
| 30 | 1/24/2001 | Hearing/Court Reporter | 1/12/01 DONNA JONES | No | 4594113 |
| 32 | 1/25/2001 | Certification | OF SERV OF MOT FOR RECUSSAL SENT ON 1/11/01 | No | 908231 |
| 35 | 1/25/2001 | Order | OF 1/11/01 PETS DENIED SALUS,J CC ON 1/11/01 | No | 908232 |
| 36 | 1/26/2001 | Motion | TO CONSOLIDATE BY DEFT | No | 908233 |
| 37 | 1/26/2001 | Certification | OF SERV OF MOT TO CONSOLIDATE SENT ON 1/26/01 | No | 908234 |
| 38 | 1/30/2001 | Notice of Appeal and Service of Notice to | SUPERIOR CT OF PA FROM ORDERS OF 1/12/01 & 1/22/01 SALUS J | No | 908235 |
| 39 | 1/30/2001 | Certification | OF SERV OF NOTICE OF APPEAL ON 1/30/01 | No | 908236 |
| 40 | 1/30/2001 | Certification | OF SERV OF NOTICE OF APPEAL ON 1/30/01 | No | 908237 |
| 41 | 1/30/2001 | Petition To Proceed In Forma Pauperis | OF SERV OF NOTICE OF APPEAL ON 1/30/01 | No | 908238 |
| 42 | 1/30/2001 | Notice of Appeal and Service of Notice to | SUPERIOR CT OF PA FROM ORDERS OF 12TH & 22ND OF JAN 2001 SALUS J | No | 908239 |
| 43 | 1/30/2001 | Certification | OF SERV OF NOTICE OF APPEAL ON1/30 /01 | No | 4601832 |
| 44 | 1/30/2001 | Certification | OF SERV OF NOTICE OF APPEAL ON1/30 /01 | No | 4601833 |
| 45 | 1/30/2001 | Petition To Proceed In Forma Pauperis | | No | 908240 |
| 46 | 2/1/2001 | Rule | DATE OF 2/27/01 KEHS,CA | No | 908241 |
| 47 | 2/2/2001 | Order | OF 1/31/01 FORMA PAUPERIS DENIED DRAYER J COPY SENT 1/31/01 | No | 908242 |
| 48 | 2/2/2001 | Certification | OF SERV OF MOT TO CONSOLIDATE & RULE RETURN SENT ON 2/2/01 | No | 908243 |
| 49 | 2/9/2001 | Order | OF 2/8/01 SALUS,J CC ON 2/8/01 | No | 908244 |
| 50 | 2/12/2001 | Notice of Appeal and Service of Notice to | SUPERIOR CT OF PA DOCKETED AT 385 EDA 2001 | No | 908245 |
| 51 | 2/20/2001 | Certification | OF SERV OF PLTF NOTICE OF INTENT TO IMPOSE ATTY FEES ON 2/19/01 | No | 908246 |
| 52 | 2/22/2001 | Statement | (CONCISE) OF COMPLT | No | 908247 |
| 53 | 2/22/2001 | Certification | OF SERV OF CONCISE STATEMENT OF COMPLT ON 2/22/01 | No | 908248 |