Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | * | Chapter 13 |
| GARY RICHARD GRIMM | * | Bankruptcy No. 17-10625-MDC |
| DEBTOR | * | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **documents requested by the court on December 4, 2017** was caused to be served on December 18, 2017, upon the following:

Jacqueline M. Chandler
Office of the Chapter 13 Standing Trustee
Septa Building
1234 Market Street
Suite 1813
Philadelphia, Pa 19107

Michael D. Vagnoni, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Manner of Service: E-mail
Jacqui Chandler jchandler@ph13trustee.com
Michael.Vagnoni@OBERMAYER.com

_/s/ Gary Grimm_
Gary Grimm

FILED
DEC 21 2017
TIMOTHY McGRATH, CLERK