### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Gary Richard Grimm

Debtor(s)

Case No: 17−10625−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

***re−scheduled**
Motion to Dismiss Case. Dismiss with Prejudice Filed by WILLIAM C. MILLER, Esq. Represented by JACQUELINE M. CHANDLER

on: 1/25/18

at: 02:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/8/18

Timothy B. McGrath
Clerk of Court