**Gary Grimm**
837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

January 8, 2018

Jacqueline M. Chandler, Esq.
Office of the Chapter 13 Standing Trustee
Septa Building
1234 Market Street, Suite 1813
Philadelphia, Pa 19107

RE: 17-10625-MDC
Subject – meeting of creditors; January 10, 2018

Dear Ms. Chandler,

    Due to the weather conditions of the last week, I had numerous broken water pipes, electric and heat related maintenance emergencies. Repairs I expect to take through this week to complete to make these units habitable.

    Therefore, I need a continuance for the meeting of creditors scheduled for 12:30 PM January 10, 2018.

Sincerely,

*[signature: Gary Grimm]*
Gary Grimm

cc: Judge Magdeline D. Coleman
    Michael Vagnonni Esq.