# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10625-MDC

GARY RICHARD GRIMM

837 SWEDE STREET

NORRISTOWN, PA 19401-

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GARY RICHARD GRIMM

    837 SWEDE STREET

    NORRISTOWN, PA 19401-

**Counsel for debtor(s), by electronic notice only.**
    PRO-SE
    *
    *
    *, * *

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 2/15/2018

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee