## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| GARY RICHARD GRIMM, | BANKRUPTCY NO. 17-10625-MDC |
| Debtor. | Hearing Date: March 23, 2018<br>Hearing Time: 10:30 a.m.<br>Hearing Place: Courtroom 2 |

### SCHEDULING ORDER ON THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, this 22nd day of March, 2018, upon consideration of the Motion of the Chapter 13 Trustee to Dismiss the Chapter 13 Bankruptcy case of Gary Richard Grimm (the "Debtor") with Prejudice (the "Motion") and this Court having held a status conference and set a date for and evidentiary hearing on the Motion, the following pre-trial dates shall apply:

1. All discovery shall be served on or before February 5, 2018.

2. All discovery shall be complete on or before March 5, 2018.

3. On or before 5:00 p.m. on March 16, 2018, the parties shall exchange copies of pre marked exhibits they intend to use the hearing. Failure to comply with this deadline may result in a party being barred from producing evidence in the hearing in this matter or such other sanction as the Court deems appropriate.

4. An evidentiary hearing on the Motion shall be held on March 23, 2018 at 10:30 a.m. in Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

_Magdeline D. Coleman_
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

5230043