**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Gary Richard Grimm, | : | |
| Debtor. | : | Bankruptcy No.   17-10625-MDC |

_____

# O R D E R

**AND NOW**, it is hereby **ORDERED** that:

1. The evidentiary hearing on the Motion of the Chapter 13 Trustee to Dismiss the Chapter 13 Bankruptcy case scheduled for March 23, 2018 is re-scheduled for **May 4, 2018, at 10:30 a.m., in Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.**

2. All other deadlines dates remain the same.

Dated:  March 28, 2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Gary Richard Grimm
837 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107