United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                     Case No. 17-10625-mdc
Gary Richard Grimm                                         Chapter 13
Gary R. Grimm
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Randi              Page 1 of 1         Date Rcvd: Mar 26, 2018
                            Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +Gary R. Grimm,   MAILING ADDRESS,   837 Swede Street,   Norristown, PA 19401-3980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;jonathan.brennan@obermayer.com;angela.baglanzis@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: | : CHAPTER 13 |
|  | : |
|  | : BANKRUPTCY NO. 17-10625-MDC |
| GARY RICHARD GRIMM, | : |
|  | : Hearing Date: March 23, 2018 |
|  | : Hearing Time: 10:30 a.m. |
| Debtor. | : Hearing Place: Courtroom 2 |
|  | : |

**SCHEDULING ORDER ON THE CHAPTER 13 TRUSTEE'S**
**MOTION TO DISMISS CASE WITH PREJUDICE**

AND NOW, this  22nd  day of  March , 2018, upon consideration of the Motion of the Chapter 13 Trustee to Dismiss the Chapter 13 Bankruptcy case of Gary Richard Grimm (the "Debtor") with Prejudice (the "Motion") and this Court having held a status conference and set a date for and evidentiary hearing on the Motion, the following pre-trial dates shall apply:

1. All discovery shall be served on or before February 5, 2018.

2. All discovery shall be complete on or before March 5, 2018.

3. On or before 5:00 p.m. on March 16, 2018, the parties shall exchange copies of pre marked exhibits they intend to use the hearing.  Failure to comply with this deadline may result in a party being barred from producing evidence in the hearing in this matter or such other sanction as the Court deems appropriate.

4. An evidentiary hearing on the Motion shall be held on March 23, 2018 at 10:30 a.m. in Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

*Magdeline D. Coleman*
_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

5230043