# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 13 and Chapter 11 |
|  | : |  |
| Gary GRIMM and | : |  |
| GRIMM BROTHERS REALTY CO. | : | Case No. 17-10625 (MDC)    : |
| Debtors | : | Case No. 17-13697 (MDC) |

## ORDER

It is hereby ordered by the court, that debtor's emergency petition for relief is GRANTED.

Grimm is to be immediately RELEASED from prison to avoid further prejudice and all outstanding matters regarding his arrest are immediately transferred to the bankruptcy court to be heard in this venue.

_____

J.