# Gary Grimm
837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

May 18, 2018

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

RE: 17-10625-MDC
Subject – request for continuance

Dear Judge Coleman,

    Since the municipality of Norristown issued its arrest warrant in late February against me, and today, there has been no forward movement in my personal bankruptcy case. Now that my incarceration has recently ended my total focus has been on catch-up with business maintenance, replacement of work personnel and rentals lost and placing new tenants not taken to contract prior to my incarceration. My schedule for preparing my property for inspection to obtain a reverse mortgage which I had anticipated would be completed by now, was completely destroyed.

    I cannot anticipate getting back to working on my property until the property the company has offered to sell has had work performed on it in preparation for sale which has a very tight time frame. The decision to sell the property was in large part in response to my incarceration.

    I do not realistically anticipate returning to my house for work until the middle of June and expect to spend several weeks there working.

    There is nothing that I can offer the court at this time in defense to the trustee's motion to dismiss my case due to my incarceration.

    Therefore I am requesting that the court consider my request for an additional 30 day continuance to the hearing presently set for June 1, 2018. At that time I would hope to have something positive to present to the court that my proposed reorganization plan is well on its way to finalization.

Sincerely,

*Gary Grimm*
Gary Grimm

CC: Jacqueline M. Chandler, Esq.