# Gary Grimm

837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

May 30, 2018

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

RE: 17-10625-MDC
Subject – request for continuance

Dear Judge Coleman,

On may 18, 2018 I requested a continuance for the hearing scheduled on June 1, 2018 at 10:30 am to dismiss my bankruptcy case. I did not get a response to my request. The reason for this request was due to my incarceration by Norristown and the problems caused to myself and the business. At this point I am still playing catch-up with maintenance. Until this past weekend when I was able to hire a part-time employee ,all maintenance work which had backed up while I was away was being performed by me. Adding to this the time of year with the spring and the introduction of yard care I am well over my head at trying to keep up.

Also, as I informed the court earlier in the year I had a problem with my computer software. Due to a corrupt pocket in my hard drive I was unable to access Microsoft Office documents from September 2017 well into 2018. This past Monday I just regained access to the documents that had previously been lost to me. Not only have I not had the time to work on my house and prepare it for an inspection for a reverse mortgage, but I have not had access to my own files that would have allowed me to begin preparing for the hearing to dismiss my case.

I therefore need to refresh my request for a continuance of the hearing scheduled for this Friday, June 1, 2018 for an additional 30 days to allow me to catch up and be prepared to defend this matter.

Thank you very much for your consideration in this matter

Sincerely,

_Gary Grimm_
Gary Grimm

CC: Jacqueline M. Chandler, Esq.

**Gary Grimm**
837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

May 18, 2018

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

RE: 17-10625-MDC
Subject – request for continuance

Dear Judge Coleman,

    Since the municipality of Norristown issued its arrest warrant in late February against me, and today, there has been no forward movement in my personal bankruptcy case. Now that my incarceration has recently ended my total focus has been on catch-up with business maintenance, replacement of work personnel and rentals lost and placing new tenants not taken to contract prior to my incarceration. My schedule for preparing my property for inspection to obtain a reverse mortgage which I had anticipated would be completed by now, was completely destroyed.

    I cannot anticipate getting back to working on my property until the property the company has offered to sell has had work performed on it in preparation for sale which has a very tight time frame. The decision to sell the property was in large part in response to my incarceration.

    I do not realistically anticipate returning to my house for work until the middle of June and expect to spend several weeks there working.

    There is nothing that I can offer the court at this time in defense to the trustee's motion to dismiss my case due to my incarceration.

    Therefore I am requesting that the court consider my request for an additional 30 day continuance to the hearing presently set for June 1, 2018. At that time I would hope to have something positive to present to the court that my proposed reorganization plan is well on its way to finalization.

Sincerely,

_____

Gary Grimm

CC: Jacqueline M. Chandler, Esq.

**Gary Grimm**
837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

April 5, 2018

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

RE: 17-10625-MDC
Subject – request for continuance

Dear Judge Coleman,

    It appears that I misunderstood what I thought was the setting aside of the complaint against me personally by Norristown. I came back to my office today after consulting with an attorney in the city, to find the attached notice on my door that I needed to turn myself in the following morning by 8 AM. I quickly retained criminal defense counsel. I will be incarcerated in the Montgomery County Correctional facility until there can be a hearing by the judge who put me on probation in relationship to a transfer of a company debt to the officer in charge.

    The charges stem from the legal proceedings with Norristown concerning the Sheriff sale of the property at 839 Swede St. We had filed to set aside the sale, and objected to the disbursement of proceeds from the sale. An order from the court of Common Pleas denied our petitions on March 7, 2017. This all took place during the stay the bankruptcy court had issued on January 18, 2017. The company has retained new counsel who has been in touch with Mr. Callahan. As counsel has indicated to Mr. Callahan, we intend to file for sanctions against Norristown for violating the stay order.

    Company property remains in storage in the basement of the building next door which we accessed on a regular basis with a key given to us by the buyer. I have attached a couple of documents that should explain what happened next.

    I believe the buyer filed a false police report stating that I broke into his property, and the detective who filed the complaint with the court ignored all the information given to him concerning our right to be in the property, and the failure of the buyer to follow due process for locking us out . The detective had the complaint approved by a Norristown district justice who this past October 2017 recused himself, as all other judges in Norristown had for years, due to the ongoing legal disputes I have with Norristown officials that could have influenced in these courts. Unfortunately this is business as usual in Norristown as the same happened to me several years back where I endured an arrest spree by Norristown all resulting in imprisonment for extended periods of time and withdrawal of charges at arraignments.Unfortunately, now that I am a part of the system again, I am forced into their time schedule.

    Therefore, I need to request a continuance for all hearings before you for the month of April and for the hearing scheduled for May 4, 2018

    Thank you very much for your consideration in this matter.

Sincerely,

_____
Gary Grimm
CC: Jacqueline M. Chandler, Esq.

**Gary Grimm**
837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

March 16, 2018

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

RE: 17-10625-MDC
Subject – request for continuance

Dear Judge Coleman,

    I apologize for the late notice but not a lot has been working in my favor lately. I need to request a continuance for my upcoming hearings in the next couple of weeks and the document production scheduling that was set for me. In mine and the ongoing company's disputes with Norristown, I find myself with a criminal complaint issued against me by Norristown.

    I was arrested several times previously by Norristown within the last few years. I was once kept in prison by them for up to almost 2 weeks before being released at my hearing where the meritless charges were withdrawn. Knowing how they operate, I have been spending my time trying to prepare myself, and the business, for my absence, which I almost consider inevitable.

    Also, one of the problems the business facing is with our computer software. We are in between IT contractors and I have been stood up by my last two appointments.

    I also have a gap in my medical coverage until my Medicare takes effect in July. I am looking for interim coverage, but it is not moving along as quickly as I would like especially in the area of filling my pharmaceutical needs. I have a lot on my plate and not functioning at my best lacking the medical attention and medication that I previously had.

    I have been in touch with my mortgage company's legal counsel. Based on our ongoing negotiations I am very confident that one way or another we will come to terms. They have stated they will be continuing our upcoming hearing for March 20, 2018.

    The criminal charges are meritless and I have no doubt will we withdrawn at my hearing. I don't know how long it will take to resolve this problem, but I will contact the court once the problem has been resolved. In the meantime I'm addressing everything that I can find that needs attention, personally, as well is with the business hoping to minimize the disruption based on my absence.

    Thank you very much for your consideration in this matter.

Sincerely,

_____

Gary Grimm

CC: Jacqueline M. Chandler, Esq.