United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-10625-mdc
Gary Richard Grimm                                              Chapter 13
Gary R. Grimm
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Eileen               Page 1 of 2              Date Rcvd: Jun 18, 2018
                               Form ID: 167               Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db            +Gary R. Grimm,   MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db            +Gary Richard Grimm,    404 Ross Rd.,    King of Prussia, PA 19406-2111
cr            +Montgomery County Tax Claim Bureau,     c/o Michael D. Vagnoni, Esquire,
                Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100
13922040      +Christian Fellman,    80 Gordon Drive,    Media, PA 19063-1972
13932460      +M&T Bank,   c/o William E. Miller, Esq.,     Stern & Eisenberg PC,    1581 Main St., Ste. 200,
                The Shops at Valley Square,    Warrington, PA 18976-3400
13870957      +M&T Bank,   c/o Matteo S. Weiner, Esq.,     KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13887232      +Montgomery County Tax Claim Bureau,     c/o Michael D. Vagnoni, Esquire,
                Obermayer Rebmann Maxwell & Hippel LLP,     Centre Square West, Suite 3400,    1500 Market Street,
                Philadelphia, PA 19102-2131
13963017      +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                Norristown, PA 19404-3020
13963706      +Municipality of Norristown,    c/o James R. Wood, Esq.,    Portnoff Law Assocs Ltd.,
                2700 Horizon Dr., Ste. 100,   King of Prussia, PA 19406-2726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2018 02:24:30      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14070240      +E-mail/Text: bankruptcy@cavps.com Jun 19 2018 02:17:48      Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13874014       E-mail/Text: cio.bncmail@irs.gov Jun 19 2018 02:17:37      Dept. of the Treasury,   IRS,
                PO Box 7346,   Phila., PA 19101-7346
13874013       E-mail/Text: camanagement@mtb.com Jun 19 2018 02:17:40      M&T Bank,    PO Box 1288,
                Buffalo, NY 14240
13874012       E-mail/Text: bankruptcygroup@peco-energy.com Jun 19 2018 02:17:39       PECO,   2301 Market St.,
                Phila., PA 19103-1380
13879235      +E-mail/Text: bankruptcygroup@peco-energy.com Jun 19 2018 02:17:39       PECO Energy Company,
                Attn: Merrick Friel,   2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13869026      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 02:24:30
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                Norristown, PA 19404-3020
14070241*     +Cavalry Investments, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13935703*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T BANK,    PO BOX 1288,    Buffalo, NY 14240)
                                                                                             TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
```

```
District/off: 0313-2          User: Eileen               Page 2 of 2                   Date Rcvd: Jun 18, 2018
                              Form ID: 167               Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17−10625−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RE−SCHEDULED\*

Motion to Dismiss Case. Dismiss with Prejudice <i></i> Filed by WILLIAM C. MILLER, Esq. Represented by JACQUELINE M. CHANDLER

on: 7/16/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/18/18

Timothy B. McGrath
Clerk of Court

102 − 36
Form 167