# Gary Grimm
837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

June 26, 2018

US Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

RE: 17-10625-MDC
Subject – request for continuance

Dear Judge Coleman,

    The court has scheduled for July 16, 2018 hearings for the trustee's motion to dismiss debtor's bankruptcy and debtor's objections to claims by the Montgomery County tax claim Bureau. Debtor request that the hearing for the trustee's motion to dismiss be held at a time after the hearing for the Bureau and the court has had the opportunity to rule on debtor's motion.

Debtor's objection is that the Bureau does not have standing in debtor's case as debtor attempted to pay off the tax claim for the property that debtor owns but the Bureau refused the payments. Debtor's claim is that the debt has been extinguished based on this refusal. At the very least, if the court does not accept debtor's objection to the tax claim the court will deny any additional charges: interest, penalties, attorneys fees, cost etc. associated with the tax that were incurred after the date that the debtor forwarded the payments.

The Bureau has submitted debtor's entire record to be argued over for the trustee's hearing to dismiss debtor's bankruptcy. This would require hours of court time, and related attorneys fees, that would be charged to debtor under the rule that debtor is required to pay for all associated cost for the Bureau to collect taxes.

Thank you very much for your consideration in this matter

Sincerely,

*Gary Grimm* (signature)
Gary Grimm

CC: Jacqueline M. Chandler, Esq.

RECEIVED
JUN 27 2018
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA