IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gary Richard Grimm | | |
| | Debtor(s) | CHAPTER 13 |
| M&T Bank | | |
| | Movant | |
| vs. | | NO. 17-10625 MDC |
| Gary Richard Grimm | | |
| | Debtor(s) | |
| William C. Miller, Esq. | | |
| | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 7th day of August, 2018, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 646 Forge Springs Way F/K/A 404 Ross Road F/K/A 609 Valley Forge Road, King Of Prussia, PA 19406 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee)~~ from taking any legal action to enforce or establish its right to possession of the Property.

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Gary Richard Grimm
837 Swede Street
Norristown, PA 19401

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

JACQUELINE M. CHANDLER
Office of the Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532