*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17–10625–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for Reinstatement of Automatic Stay for M&T Bank

  on: 10/1/18

  at: 10:30 AM

  in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/24/18

Timothy B. McGrath
Clerk of Court

122 – 121
Form 167