*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17–10625–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*\*
Motion to Dismiss Case. Dismiss with Prejudice Filed by WILLIAM C. MILLER, Esq. Represented by JACQUELINE M. CHANDLER

on: 2/15/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/4/18

Timothy B. McGrath
Clerk of Court

141 – 36
Form 167