United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary Richard Grimm  
Gary R. Grimm  
    Debtors

Case No. 17-10625-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Eileen         Page 1 of 2        Date Rcvd: Dec 04, 2018  
                 Form ID: 167       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.

```
db            +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db            +Gary Richard Grimm,    404 Ross Rd.,    King of Prussia, PA 19406-2111
cr            +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100
13922040      #+Christian Fellman,    80 Gordon Drive,    Media, PA 19063-1972
13932460      +M&T Bank,    c/o William E. Miller, Esq.,    Stern & Eisenberg PC,    1581 Main St., Ste. 200,
                The Shops at Valley Square,    Warrington, PA 18976-3403
13870957      +M&T Bank,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13887232      +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                Obermayer Rebmann Maxwell & Hippel LLP,    Centre Square West, Suite 3400,    1500 Market Street,
                Philadelphia, PA 19102-2131
13963017      +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13963706      +Municipality of Norristown,    c/o James R. Wood, Esq.,    Portnoff Law Assocs Ltd.,
                2700 Horizon Dr., Ste. 100,    King of Prussia, PA 19406-2726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2018 03:51:53     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14070240      +E-mail/Text: bankruptcy@cavps.com Dec 05 2018 03:17:44     Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13874014       E-mail/Text: cio.bncmail@irs.gov Dec 05 2018 03:17:21     Dept. of the Treasury,    IRS,
                PO Box 7346,    Phila., PA 19101-7346
13874013       E-mail/Text: camanagement@mtb.com Dec 05 2018 03:17:24     M&T Bank,    PO Box 1288,
                Buffalo, NY 14240
13874012       E-mail/Text: bankruptcygroup@peco-energy.com Dec 05 2018 03:17:24     PECO,    2301 Market St.,
                Phila., PA 19103-1380
13879235      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 05 2018 03:17:24     PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13869026      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2018 03:28:53
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14070241*     +Cavalry Investments, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13935703*    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T BANK,    PO BOX 1288,    Buffalo, NY 14240)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Eileen              Page 2 of 2              Date Rcvd: Dec 04, 2018
                              Form ID: 167              Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:

```
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   Municipality of Norristown jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          LEO M. GIBBONS    on behalf of  John  Campion lgibbons@macelree.com
          LEO M. GIBBONS    on behalf of    JCPR, LLC lgibbons@macelree.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
           anzis@obermayer.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17–10625–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled\*
Objection filed by Debtor to Claim Number 2 by Claimant MONTGOMERY COUNTY TAX CLAIM BUREAU.

on: 2/15/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/4/18

Timothy B. McGrath
Clerk of Court