Gary Grimm
837 Swede St.
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| Gary GRIMM | : | |
| | : | Case No. 17-10625 (MDC) |
| Debtor | : | |

## ORDER

AND NOW this _15th_ day of _February, 2019_ upon consideration of debtor Gary Grimm's Motion for Reinstatement of Automatic Stay for M&T Bank, and any answer thereto, it is hereby ORDERED that debtor's Motion is GRANTED. The Court vacates their order of August 7, 2018 granting relief from stay to M&T bank and reinstates automatic stay.

_____
Judge

1