Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | * | Chapter 13 |
| GARY RICHARD GRIMM | * | Bankruptcy No. 17-10625-MDC |
| DEBTOR | * | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy **Amended Schedules and Plan** filed with the court on April 23, 2019 was caused to be served upon the following:

Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA, 19101 – 7346

M & T Bank care of
KLM Law Group P. C.
701 Market St., Suite 5000
Philadelphia, PA, 19106 – 1541

Montgomery County
PO Box 311
Norristown, PA, 19404 – 0311

Montgomery County Tax Claim Bureau
care of; Obermayer Robmann, Maxwell & Hippel LLP
Centre Square
1500 Market St., Suite 3400
Philadelphia, PA, 19102 – 2101

Municipality of Norristown care of
Portnoff Law Associates Limited
PO Box 3020
Norristown, PA, 19404 – 3020

PNC Bank.
1600 Market St.
Philadelphia, PA, 19103 – 7240



Calvary Investment, LLC
500 Summit Lake Dr., Suite 400
Valhalla, NY 10595 – 1340

Christian Fellman
80 Gordon Dr.
Media, PA, 19063 – 1972

PECO Energy
2301 Market St., Suite 523-1.
Philadelphia, PA, 19103 – 1338

Jacqueline M. Chandler, Esq.
Office of the Chapter 13 Standing Trustee
Septa Building
1234 Market Street Suite 1813
Philadelphia, Pa 19107

Manner of Service:
X Regular First Class Mail
☐ Certified Mail
X Other :or e-mail

_____
Gary Grimm