United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10625-mdc
Gary Richard Grimm                                                  Chapter 13
Gary R. Grimm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi          Page 1 of 1          Date Rcvd: Jul 30, 2019
                             Form ID: 145         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db         +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db         +Gary Richard Grimm,    404 Ross Rd.,   King of Prussia, PA 19406-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              LEO M. GIBBONS    on behalf of  John  Campion lgibbons@macelree.com
              LEO M. GIBBONS    on behalf of   JCPR, LLC lgibbons@macelree.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Gary Richard Grimm
        Debtor(s)

Case No: 17−10625−mdc
Chapter: 13

### NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM

    Please take notice that a hearing will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on 9/12/19 at 01:00 PM , or as soon thereafter as counsel can be heard, to consider the

    Objection to Claim #3 of Christian Fellman

A copy of the objection is attached.

    The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

Date: 7/30/19

Gary Grimm, Pro Se

Attorney for Movant

184 − 183
Form 145