United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary Richard Grimm  
Gary R. Grimm  
    Debtors

Case No. 17-10625-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Aug 27, 2019  
                              Form ID: 145     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.  
db         +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980  
db         +Gary Richard Grimm,    404 Ross Rd.,    King of Prussia, PA 19406-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
        JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
        KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        LEO M. GIBBONS    on behalf of   John Campion lgibbons@macelree.com  
        LEO M. GIBBONS    on behalf of   JCPR, LLC lgibbons@macelree.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                      TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Gary Richard Grimm
        Debtor(s)

Case No: 17−10625−mdc
Chapter: 13

### NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM

    Please take notice that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on 10/10/19 at 11:00 AM , or as soon thereafter as counsel can be heard, to consider the
    Objection to Claim #7 against Gary Grimm by Cavalry Investments LLC

A copy of the objection is attached.

    The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

Date: 8/27/19

Gary Grimm, Pro Se

Attorney for Movant

190 – 189
Form 145