Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

FILED

SEP - 5 2019

TIMOTHY McGRATH CLERK

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                          *        Chapter 13

GARY RICHARD GRIMM                 *        Bankruptcy No. 17-10625-MDC

DEBTOR                                       *

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy **6th Amended Plan** filed with the court on August

30, 2019 was caused to be served upon the following:

M & T Bank care of
KLM Law Group P. C.
701 Market St., Suite 5000
Philadelphia, PA, 19106 – 1541

Montgomery County Tax Claim Bureau
care of; Obermayer Robmann, Maxwell & Hippel LLP
Centre Square
1500 Market St., Suite 3400
Philadelphia, PA, 19102 – 2101

Municipality of Norristown care of
Portnoff Law Associates Limited
PO Box 3020
Norristown, PA, 19404 – 3020

Calvary Investment, LLC
500 Summit Lake Dr., Suite 400
Valhalla, NY 10595 – 1340

Christian Fellman
80 Gordon Dr.
Media, PA, 19063 – 1972

PECO Energy
2301 Market St., Suite 523-1.
Philadelphia, PA, 19103 – 1338

William Miller, Esq.Trusteer
Septa Building
1234 Market Street Suite 1813

Philadelphia, Pa 19107

Manner of Service:
X Regular First Class Mail
☐ Certified Mail
X Other :or e-mail

Gary Grimm