# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 13** |
| **Gary Richard Grimm,** | **BANKRUPTCY NO. 17- 10625 (ELF)** |
| **Debtor.** | Hearing Date:  September 12, 2019<br>Hearing Time:  1:00 a.m.<br>Hearing Place:  Courtroom 2 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, hereby certify that on September 6, 2019, a true and correct copy of the foregoing Objection of Montgomery County Tax Claim Bureau to Debtor's Sixth Amended Chapter 13 Plan was served via First Class Mail upon the individuals listed on the attached service list:

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

## **SERVICE LIST**

Gary Richard Grimm
404 Ross Rd.
King of Prussia, PA 19406

and

Gary Richard Grimm
837 Swede Street
Norristown, PA 19401