*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
       Debtor(s)　　　　　　　　　Case No: 17–10625–mdc

　　　　　　　　　　　　　　　　　Chapter: 13

### *NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM*

    Please take notice that a hearing will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on 11/5/19 at 10:30 AM , or as soon thereafter as counsel can be heard, to consider the

    Objection to Claim #5 filed by IRS

A copy of the objection is attached.

    The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

Date: 9/10/19

                                            Gary Grimm, Pro Se

                                            Attorney for Movant