**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | **CHAPTER 13** |
| : | |
| **Gary Richard Grimm,** : | **BANKRUPTCY NO. 17- 10625 (ELF)** |
| : | |
| : | |
| **Debtor.** : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, hereby certify that on September 10, 2019, a true and correct copy of the foregoing Combined Motion of Montgomery County Tax Claim Bureau for Expedited Consideration, Shortened Time and Limited Notice; and to Strike Debtor's Amended Objections to Claim #2, or in the Alternative, to Preclude all Evidence not Produced in Response to Requests for Production was served via ECF and/or FedEx upon the individuals listed on the attached service list:

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

4839-0396-2788

**SERVICE LIST**

JACQUELINE M. CHANDLER on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

LEO M. GIBBONS on behalf of JCPR, LLC
lgibbons@macelree.com

LEO M. GIBBONS on behalf of John Campion
lgibbons@macelree.com

KEVIN G. MCDONALD on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

WILLIAM EDWARD MILLER on behalf of Creditor M&T BANK
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MATTEO SAMUEL WEINER on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD on behalf of Creditor Municipality of Norristown
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com


Gary Richard Grimm
404 Ross Rd.
King of Prussia, PA 19406

and

Gary Richard Grimm
837 Swede Street
Norristown, PA 19401

4839-0396-2788