IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| | : |
| | : BANKRUPTCY NO. 17-10625 (MDC) |
| GARY RICHARD GRIMM, | : |
| | : |
| Debtor. | : |
| | : |

## ORDER

AND NOW, upon consideration of the **Combined Motion of Montgomery County Tax Claim Bureau ("MCTCB") (I) for Expedited Consideration, Shortened Time and Limited Notice, and (II) to Strike the Debtor's Amended Objections to Claim #2, or in the Alternative, to Preclude All Evidence Not Produced in Response to MCTCB's Requests for Production (the "Motion");** and cause therefore having been demonstrated, it is hereby **ORDERED** as follows:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider that Motion shall be and hereby is scheduled on September 12th, at 1:00 p.m. in the **United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the Debtor, the Chapter 13 Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** September 11, 2019

5. The Movant shall serve this Order and the Notice of Motion in conformance with Local Bankruptcy Form 9014-3 on all parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on September 11, 2019

4811-4151-6451

      6.    The Movant shall file a Certificate of Service as required by Local Bankruptcy Rule 9014-4.

Date: 9/11/2019

BY THE COURT:

*Magdeline D. Coleman*
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

2

4811-4151-6451