United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10625-mdc
Gary Richard Grimm                                                      Chapter 13
Gary R. Grimm
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1           Date Rcvd: Sep 11, 2019
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db             +Gary Richard Grimm,    404 Ross Rd.,   King of Prussia, PA 19406-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              LEO M. GIBBONS    on behalf of  John  Campion lgibbons@macelree.com
              LEO M. GIBBONS    on behalf of    JCPR, LLC lgibbons@macelree.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| | : |
| | : BANKRUPTCY NO. 17-10625 (MDC) |
| GARY RICHARD GRIMM, | : |
| | : |
| Debtor. | : |
| | : |

## ORDER

AND NOW, upon consideration of the **Combined Motion of Montgomery County Tax Claim Bureau ("MCTCB") (I) for Expedited Consideration, Shortened Time and Limited Notice, and (II) to Strike the Debtor's Amended Objections to Claim #2, or in the Alternative, to Preclude All Evidence Not Produced in Response to MCTCB's Requests for Production (the "Motion")**; and cause therefore having been demonstrated, it is hereby **ORDERED** as follows:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider that Motion shall be and hereby is scheduled on _September 12th_, at _1:00 p.m._ in the **United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the Debtor, the Chapter 13 Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** _September 11, 2019_

5. The Movant shall serve this Order and the Notice of Motion in conformance with Local Bankruptcy Form 9014-3 on all parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on _September 11, 2019_

4811-4151-6451

6. The Movant shall file a Certificate of Service as required by Local Bankruptcy Rule 9014-4.

Date: 9/11/2019

BY THE COURT:

*Magdeline D. Coleman*
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE