*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17–10625–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion of Debtor seeking Sanctions and Damages Stay Violation against John Campion and JCPRLLC Filed by Gary Richard Grimm Represented by Self(C

    on: 10/2/19

    at: 11:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/18/19

Timothy B. McGrath
Clerk of Court

220 – 218
Form 167