# Gary Grimm

837 Swede Street
Norristown, Pa. 19401
610-275-5855
garygrimm@hotmail.com

September 19, 2019

US Bankruptcy Court Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

RE: 17-10625-MDC
Subject – Motion for Sanctions for Stay Violation by John Campion

Dear Judge Coleman,

    On September 12, 2019, I filed a Motion for Sanctions for the Automatic Stay Violation by John Campion: docket number #218. Grimm Brothers Realty Company also filed a motion, which has discovery and a hearing date of November 15, 2019: docket number #165. It was my intention to preface my motion with a request for discovery, and a hearing date, that would coincide with the chapter 11 filing hearing, but forgot. I just noted that a hearing has been scheduled for my motion on October 2, 2019.

    I now wish to request discovery, and a hearing date. that would coincide with Grimm Brothers Realty Companies.

Sincerely,

Gary Grimm

CC: Alex Moretsky, Amoretsky@moretskylaw.com
    Leo M. Gibbons, Lgibbons@macelree.com

SEP 26 2019