UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

October 10, 2019

To:
**Alexander Moretsky, Esq.**

In re: **Gary Richard Grimm**
Bankruptcy No. **17-10625MDC**
Adversary No.
Chapter 13

Re **Amended Schedules D, E/F (docket #230, 231)**

The above document(s) were filed in this office on 10/10/19. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |     |
| --- | --- | --- |
| ( ) | Voluntary Petition | |
| ( ) | Adversary Proceeding | |
| (x) | $31.00 Filing Fee for Amendments | 1 $31.00 fee (for either #230 or #231) |
| ( ) | $25.00 Claims Transfer Fee | |
| ( ) | Motion Filing Fee | |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:**Randi Janoff**
Deputy Clerk

*Fee Notice*
*(11/26/18)*