Gary Grimm

Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| Gary GRIMM | : | |
| | : | Case No. 17-10625 (MDC) |
| Debtor | : | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO**
**PROOF OF CLAIM NO. 3 FILED BY CHRISTIAN FELLMAN**

AND NOW this 10th day of October, 2019, upon consideration of Debtor's Objection to Proof of Claim No. 3 filed by Christian Fellman and any response thereto, and for good cause shown, it is hereby ORDERED and DECREED that:

1. The Objection is SUSTAINED and the relief requested in the Objection is granted;

2. Proof of Claim No. 3 filed by Christian Fellman is hereby disallowed in its entirety.

3. This Order is without prejudice to the Debtor's rights to object to any other proofs of claim filed in this Chapter 11 Case and the Debtor shall retain the right to object to the Claim affected hereby on any grounds that applicable bankruptcy or non-bankruptcy law permits;

4. Fellman does not have a priority claim and is not a priority creditor.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

_____
Honorable Magdelene D. Coleman
Chief U.S. Bankruptcy Judge