United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gary Richard Grimm
Gary R. Grimm
    Debtors

Case No. 17-10625-mdc
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Oct 15, 2019 |
|---|---|---|---|
| | Form ID: 145 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db        +Gary R. Grimm,   MAILING ADDRESS,   837 Swede Street,   Norristown, PA 19401-3980
db        +Gary Richard Grimm,   404 Ross Rd.,   King of Prussia, PA 19406-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
    JAMES RANDOLPH WOOD   on behalf of Creditor   Municipality of Norristown jwood@portnoffonline.com,
    jwood@ecf.inforuptcy.com
    KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
    LEO M. GIBBONS   on behalf of   JCPR, LLC lgibbons@macelree.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
    MICHAEL D. VAGNONI   on behalf of Creditor   Montgomery County Tax Claim Bureau
    michael.vagnoni@obermayer.com,
    Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
    anzis@obermayer.com;helen.belair@obermayer.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
    WILLIAM EDWARD MILLER   on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
    bkecf@sterneisenberg.com
                                                                TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm

Debtor(s)                               Case No: 17−10625−mdc

Chapter: 13

### *NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM*

Please take notice that a hearing will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Judge, in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 on 11/5/19 at 11:30 AM , or as soon thereafter as counsel can be heard, to consider the

Objection to Claim #7 against Gary Grimm by Calvary
Investment LLC

A copy of the objection is attached.

The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

Date: 10/15/19

Gary Grimm, Pro Se

Attorney for Movant

247 − 189
Form 145