United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10625-mdc
Gary Richard Grimm                                              Chapter 13
Gary R. Grimm
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1              Date Rcvd: Oct 21, 2019
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db             +Gary Richard Grimm,    404 Ross Rd.,   King of Prussia, PA 19406-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com
              LEO M. GIBBONS    on behalf of  John  Campion lgibbons@macelree.com
              LEO M. GIBBONS    on behalf of     JCPR, LLC lgibbons@macelree.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **GARY RICHARD GRIMM,** | : | |
| Debtor. | : | **BANKRUPTCY NO. 17-10625 (MDC)** |

# O R D E R

**AND NOW**, this 21st day of October 2019, upon consideration of the Sixth Amended Plan of Reorganization of the Debtor filed on August 30, 2019 [Docket No. 199] (the "Plan"), and the Objections thereto, and it appearing that a meeting of creditors was held upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing after notice having been held; the plan complies with the provisions of 11 U.S.C. §§ 1322 and 1325 and with other applicable provisions of title 11 U.S.C.; any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid; it is hereby

**ORDERED** that the Plan is **CONFIRMED** subject to the following requirements:

1. The Debtor shall make monthly plan payments to the Chapter 13 Trustee (the "Trustee") in the amount of $2,157.86 per month commencing on September 29, 2019 and continuing on the 28th day of each month for the life of the plan or until allowed claims are paid in full (the "Monthly Payments").

2. The Debtor shall submit a qualified application (the "Application") to a licensed reverse mortgage lender for a reverse mortgage on his property located at 404 Ross Road, King of Prussia, PA (the "Ross Road Property"), on or before December 31, 2019 and deliver a copy of the Application to the Trustee, Montgomery County Tax Claim Bureau ("MCTCB") and M&T Bank on or before January 7, 2020.

3. All allowed claims against the Debtor or the Debtor's bankruptcy estate, including but not limited to administrative claims, secured claims, priority claims, the Chapter 13 Trustee's commission and any general unsecured claims (collectively, the "Claims"), shall be paid in full, without exception, on or before March 30, 2020 (collectively with the Monthly Payments, the "Plan Payments"); for the sake of clarity, the Plan Payments shall be considered paid by the Debtor once delivered to the Trustee by either money orders or certified checks at the following address:  William C. Miller, P.O. Box 1799, Memphis, TN  38101.

4. The Debtor is permitted to pay the Plan Payments through (i) the Monthly Payments; (ii) a reverse mortgage on the Ross Road property; and/or (iii) any other lawful third party source; however, should the source of any of the Plan Payments be from a transfer of property of a bankruptcy estate other that the Debtor's bankruptcy estate, that transfer must be approved by final order of the Bankruptcy Court.

5. All Plan Payments shall be made directly to the Trustee to be distributed to the Debtor's creditors through interim and a final distribution pursuant to the priority scheme established in Part 8 of the Plan.

6. If the Debtor fails to (i) timely deliver any of the Monthly Payments as set forth in paragraph one (1) of this Order; (ii) deliver the Application on or before January 7, 2020 as set forth in paragraph two (2) of this Order; (iii) pay all Claims in full on or before March 30, 2020 as set forth in paragraph three (3) of this Order; or (iv) if any of the Plan Payments are not negotiable for any reason, the Debtor's bankruptcy shall be dismissed without a hearing on the certification of the Trustee, MCTCB or M&T Bank.

7. MCTCB's claim, fully secured by first position liens on the 337 East Marshall Street, Norristown, Pennsylvania, is allowed in the amount of $25,215.12 as of March 30, 2020 (the "MCTCB Claim") and all prior objections of the Debtor having been stricken by order of the

4840-6965-9046

Bankruptcy Court or otherwise dismissed, the Debtor shall not file an objection to the MCTCB Claim.

8. M&T Bank's claim, fully secured by second position liens on the Ross Road Property, is allowed in an amount to be provided on or before February 15, 2020 and calculated through of March 30, 2020 (the "M&T Claim") and the Debtor shall not file an objection to the M&T Claim.

9. Unless specifically disallowed by a final Order of the Bankruptcy Court or withdrawn by the creditor, the following claims shall be allowed and paid in full:

   a. PECO Energy Company [Claim No. 1-1] in the amount of $2,617.28;

   b. MCTCB [Claim No. 2-1] as set forth in paragraph 8 above;

   c. Christian Fellman [Claim No. 3-2] in the amount of $0.00 (disallowed);

   d. M&T Bank [Claim No. 4-1] as set forth in paragraph 9 above;

   e. Department of the Treasury – Internal Revenue Service [Claim No. 5-2] in the amount of $35,431.70 (objection pending);

   f. Municipality of Norristown [Claim No. 6-1] in the amount of $2,118.00; and

   g. Cavalry Investments, LLC [Claim No. 7-1] in the amount of $2,517.33 (objection pending).

BY THE COURT:

_Magdeline D. Coleman_
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

4840-6965-9046