*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17–10625–mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED*
Motion for Relief from Stay re: 646 Forge Springs Way F/K/A 404 Ross Road F/K/A 609 Valley Forge Road, King of Prussia PA 19406.Filed by M&T BANK Represented by KEVIN G. MCDONALD

on: 11/6/19

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/29/19

Timothy B. McGrath
Clerk of Court

253 – 197
Form 167