### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Gary Richard Grimm
      Debtor(s)

Case No: 17–10625–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**rescheduled*
Objection to Claim Number 7 against Gary Grimm by Calvary Investments LLC

on: 11/6/19

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/29/19

Timothy B. McGrath
Clerk of Court