Gary Grimm
837 Swede St.
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  CHAPTER 13

Gary GRIMM  :

: Case No. 17-10625 (MDC)

Debtor  :

## ORDER

AND NOW this _6_ day of _November_, 2019, upon consideration of Debtor's Objections to Claim Number 7 against Gary Grimm by Calvary Investments, LLC and any response thereto, and for good cause shown, it is hereby ORDERED and DECREED that *disallowed is Sustained. Claim No. 7 is disallowed in full.* debtor's request to dismiss is GRANTED

_Magdeline D. C_____
Honorable Magdeline D. Coleman