Gary Grimm
837 Swede St.
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 13 |
| Gary GRIMM | |
| | Case No. 17-10625 (MDC) |
| Debtor | |

## ORDER

AND NOW this 7th day of November, 2019, upon consideration of Debtor's Objection to the Second Request for Production of Documents directed to Gary Grimm by the Montgomery County Tax Claim Bureau and any response thereto, and for good cause shown, it is hereby ORDERED and DECREED that debtor's request ~~to dismiss is GRANTED~~ *is denied as moot*

*Magdelene D. C——*
Honorable Magdelene D. Coleman