IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| | : |
| GARY RICHARD GRIMM, | : BANKRUPTCY NO. 17-10625 (MDC) |
| | : |
| Debtor. | : |

## ORDER

AND NOW, this ___7th___ day of __November__, 2019, upon consideration of the Motion of Montgomery County Tax Claim Bureau (the "Motion")[1], and the response thereto, and the Court having found that the Debtor's Amended Objections to Claim no. 2 filed August 29, 2019 are untimely, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtor's Amended Objections filed August 29, 2019, are hereby stricken without prejudice _for the reasons stated on the record_.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4811-4151-6451