United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10625-mdc
Gary Richard Grimm                                                    Chapter 13
Gary R. Grimm
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 1           Date Rcvd: Nov 07, 2019
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db             +Gary R. Grimm,   MAILING ADDRESS,   837 Swede Street,   Norristown, PA 19401-3980
db             +Gary Richard Grimm,   404 Ross Rd.,   King of Prussia, PA 19406-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13922040       ##+Christian Fellman,   80 Gordon Drive,   Media, PA 19063-1972
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              LEO M. GIBBONS    on behalf of  John  Campion lgibbons@macelree.com
              LEO M. GIBBONS    on behalf of    JCPR, LLC lgibbons@macelree.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 10

Gary Grimm
837 Swede St.
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 13 |
|  | : |  |
| Gary GRIMM | : |  |
|  | : | Case No. 17-10625 (MDC) |
| Debtor | : |  |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO
## PROOF OF CLAIM NO. 3 FILED BY CHRISTIAN FELLMAN

AND NOW this _7th_ day of _November_, 2019, upon consideration of Debtor's Objection to Proof of Claim No. 3 filed by Christian Fellman and any response thereto, and for good cause shown, it is hereby ORDERED and DECREED that:

1. The Objection is SUSTAINED and the relief requested in the Objection is granted;

2. Proof of Claim No. 3 filed by Christian Fellman is hereby disallowed in its entirety.

3. This Order is without prejudice to the Debtor's rights to object to any other proofs of claim filed in this Chapter 11 Case and the Debtor shall retain the right to object to the Claim affected hereby on any grounds that applicable bankruptcy or non-bankruptcy law permits;

4. Fellman does not have a priority claim and is not a priority creditor.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

_____
Honorable Magdelene D. Coleman