United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10625-mdc
Gary Richard Grimm                                                  Chapter 13
Gary R. Grimm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Nov 07, 2019
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db         +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db         +Gary Richard Grimm,    404 Ross Rd.,    King of Prussia, PA 19406-2111
13887232   +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
             Obermayer Rebmann Maxwell & Hippel LLP,    Centre Square West, Suite 3400,    1500 Market Street,
             Philadelphia, PA 19102-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com
              LEO M. GIBBONS    on behalf of  John   Campion lgibbons@macelree.com
              LEO M. GIBBONS    on behalf of     JCPR, LLC lgibbons@macelree.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                                 TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : CHAPTER 13 |
|---|---|
| In re: | : |
| | : BANKRUPTCY NO. 17-10625 (MDC) |
| GARY RICHARD GRIMM, | : |
| | : |
| Debtor. | : |
| | : |

## ORDER

AND NOW, this ___7th___ day of __November__, 2019, upon consideration of the Motion of Montgomery County Tax Claim Bureau (the "Motion")[1], and the response thereto, and the Court having found that the Debtor's Amended Objections to Claim no. 2 filed August 29, 2019 are untimely, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtor's Amended Objections filed August 29, 2019, are hereby stricken without prejudice _for the reasons stated on the record_.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4811-4151-6451