# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary R. Grimm | |
| Debtor | CHAPTER 13 |
| M&T Bank | |
| Movant | |
| vs. | |
| Gary R. Grimm | NO. 17-10625 MDC |
| Debtor | |
| William C. Miller, Esquire | |
| Trustee | 11 U.S.C. Section 362 |

## AMENDED PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay re: 646 Forge Springs Way F/K/A 404 Ross Road F/K/A 609 Valley Forge Road, King of Prussia PA 19406 of M&T Bank, which was filed with the Court on or about **August 30, 2019 (Doc. No. 197)**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

December 11, 2019