Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | * | Chapter 13 |
| GARY RICHARD GRIMM | * | Bankruptcy No. 17-10625-MDC |
| DEBTOR | * | |

### NOTICE OF OBJECTIONS, RESPONSE DEADLINE AND HEARING DATE

Gary Grimm has filed **MOTION TO EXPEDITE MOTION FOR RECONSIDERATION OF COURT'S ORDER FILED ON OCTOBER 21, 2019**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Objections or if you want the Court to consider your views on the Objections, then on or before 14 days after date of mailing of this notice, you or your attorney must do <u>all</u> of the following:

    (a)    File an answer explaining your position at

        Clerk, United States Bankruptcy Court
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the movant:

        Gary R Grimm
        837 Swede St.
        Norristown, PA 19401

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Objections.

DEC 26 2019

3. A hearing on the Objections has been re-scheduled to be held before the **Honorable Magdeline Coleman on** _____ **at**_____ **in Courtroom 2**, United States Bankruptcy Court, and 900 Market Street, Philadelphia, PA 19107.

4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully submitted,

Dated: December 24, 2019

By *(signature)*
Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855

2