**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **CHAPTER 13** |
| **GARY RICHARD GRIMM,** | **BANKRUPTCY NO. 17-10625 (MDC)** |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, hereby certify that on December 27, 2019 a true and correct copy of the Objection of Montgomery County Tax Claim Bureau to Motion of the Debtor to Expedite Motion for Reconsideration of Order Confirming Sixth Amended Chapter 13 Plan Entered October 21 (the "Objection") was served on the attached Service List "A" electronically via the Court's CM/ECF system and on December 30, 2019 a true and correct copy of the Objection was served via e-mail and first class mail as indicated below, upon the individuals listed on the attached Service List "B".

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

## SERVICE LIST "A"

**VIA CM/ECF**

LEO M. GIBBONS on behalf of JCPR, LLC and John Campion
lgibbons@macelree.com

KEVIN G. MCDONALD on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

WILLIAM EDWARD MILLER on behalf of Creditor M&T BANK
wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD on behalf of Creditor Municipality of Norristown
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

## SERVICE LIST "B"

**VIA FIRST CLASS U.S. MAIL**

Gary Grimm
404 Ross Rd.
King of Prussia, PA 19401

Gary Grimm
837 Swede Street
Norristown, PA 19401

**VIA E-MAIL**

Gary Grimm, Debtor
garyrgrimm@hotmail.com