UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Gary Grimm, | : | |
|                Debtor. | : | Bankruptcy No. 17-10625-MDC |

# ORDER

**AND NOW**, on January 3, 2020, Gary Grimm (the "Debtor") filed the *Amended Motion to Expedite Motion for Reconsideration of Court's Order Filed on October 21, 2019* (the "Motion to Expedite"),[1] requesting expedited consideration of the *Motion for Reconsideration of Court's Order Filed on October 21, 2019* (the "Reconsideration Motion").[2]

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion to Expedite is **DENIED**.

2. A hearing on the Reconsideration Motion shall be held on January 30, 2020, at 11:00 a.m., in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA.**

3. Pending the resolution of the Reconsideration Motion, the Court will not grant any request for the involuntary dismissal of the Debtor's bankruptcy case.

Dated: January 3, 2020

                                                                         MAGDELINE D. COLEMAN
                                                                         CHIEF UNITED STATES BANKRUPTCY JUDGE

Gary Richard Grimm
837 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 285.

[2] Bankr. Docket No. 257.

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Michael D. Vagnoni, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, 34th Floor
Philadelphia, PA 19102

KLM Law Group P.C.
701 Market Street, Suite 5000
Philadelphia, PA, 19106