United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary Richard Grimm  
Gary R. Grimm  
    Debtors

Case No. 17-10625-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 03, 2020  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.
```
db             +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db             +Gary Richard Grimm,    404 Ross Rd.,    King of Prussia, PA 19406-2111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:
```
          JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          LEO M. GIBBONS    on behalf of  John  Campion lgibbons@macelree.com
          LEO M. GIBBONS    on behalf of   JCPR, LLC lgibbons@macelree.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
           anzis@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Gary Grimm, | : | |
|         Debtor. | : | Bankruptcy No. 17-10625-MDC |

# **O R D E R**

      **AND NOW**, on January 3, 2020, Gary Grimm (the "Debtor") filed the *Amended Motion to Expedite Motion for Reconsideration of Court's Order Filed on October 21, 2019* (the "Motion to Expedite"),[1] requesting expedited consideration of the *Motion for Reconsideration of Court's Order Filed on October 21, 2019* (the "Reconsideration Motion").[2]

      It is hereby **ORDERED** and **DETERMINED** that:

      1.     The Motion to Expedite is **DENIED**.

      2.     A hearing on the Reconsideration Motion shall be held on January 30, 2020, at 11:00 a.m., in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA.**

      3.     Pending the resolution of the Reconsideration Motion, the Court will not grant any request for the involuntary dismissal of the Debtor's bankruptcy case.

Dated: January 3, 2020

                                                               MAGDELINE D. COLEMAN
                                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

Gary Richard Grimm
837 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 285.

[2] Bankr. Docket No. 257.

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Michael D. Vagnoni, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, 34th Floor
Philadelphia, PA 19102

KLM Law Group P.C.
701 Market Street, Suite 5000
Philadelphia, PA, 19106