# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **GARY RICHARD GRIMM** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-10625 MDC |

## CERTIFICATION OF DEFAULT

William C. Miller, chapter 13 standing trustee, provides a Certification of Default, and in support thereof, avers the following:

On October 21, 2019, the Court issued a Confirmation Order in the instant matter ("Order"). Debtor was required to provide certain documentation by January 7, 2020, in accordance with Section 6 of the Order. Because the standing trustee has not received such documentation, he is therefore certifying debtor's default. The Montgomery Tax Claim Bureau has also filed a Certification of Default.

The Order contemplated that all allowed claims would be paid in full. The standing trustee currently has a total of $21,784.30 available for distribution to creditors. He has not made any distributions, because there are several claims whose amounts are undetermined. There is an objection pending to the IRS claim, number 5, which contains both priority and secured portions, and M & T Bank's claim, number 2, has not yet been finalized. Pursuant to section 5 of the Order, referencing Part 8 of debtor's plan, priority claims are to be paid before secured claims. If the case is dismissed, the standing trustee requests that the dismissal order provide guidance as to the specific claim amounts to be paid, since there will likely be less than full payment of all claims.

                                                                                                          /s/ William C. Miller
                                                                                                          Chapter 13 Standing Trustee

Dated: January 17, 2020

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Certification of Default on the following as indicated below:

Debtor, at the addresses listed, by first class mail:

>Gary Grimm
>404 Ross Road
>King of Prussia, PA  19401

>Gary Grimm
>837 Swede Street
>Norristown, PA  19401

Others listed, by electronic notice only:

>Leo M, Gibbons, on behalf of JCPR, LLC and John Campion

>Kevin G. McDonald, on behalf of M & T Bank

>William E. Miller, on behalf of M & T Bank

>Rebecca Ann Solarz, on behalf of M & T Bank

>Matteo Samuel Weiner, on behalf of M & T Bank

>James Randolph Wood, on behalf of Norristown

>Michael D. Vagnoni, on behalf of Montgomery County Tax Claim Bureau

>Frederic J. Baker, Esquire
>U.S. Department of Justice
>Office of the United States Trustee


**Date: January 17, 2020**         **/s/ William C. Miller**
                                   **William C. Miller, Esquire**
                                   **Chapter 13 Standing Trustee**