Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | * | Chapter 13 |
| GARY RICHARD GRIMM | * | Bankruptcy No. 17-10625-MDC |
| DEBTOR | * | |

### NOTICE OF OBJECTIONS, RESPONSE DEADLINE AND HEARING DATE

An Objection was filed by Debtor Gary Grimm to Claim No. 5-3 filed by the Internal Revenue Service against the debtor. Your Rights May Be Affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

1. If you do not want the court to grant the relief sought in these matters, then you must either filed a response, or appear at the hearing.

2. A hearing on the Objections has been re-scheduled to be held before the **Honorable Magdeline Coleman on** _____ **at** _____ **in Courtroom 2**, United States Bankruptcy Court, and 900 Market Street, Philadelphia, PA 19107.

3. You may file a response electronically or mailed to:
   United States Bankruptcy Court.
   Eastern District of Pennsylvania
   900 Market St., Suite 400
   Philadelphia, PA, 19107

4. You must mail a copy of your response the day of your filing to:
   Gary Grimm
   837 Swede St.
   Norristown, PA, 19401
   610 – 275 –5855
   Garyrgrimm@Hotmail.com

Dated: January 21, 2020         By _____
                                Gary R Grimm