```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                           Case No. 17-10625-mdc
Gary Richard Grimm                                               Chapter 13
Gary R. Grimm
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: Eileen                 Page 1 of 2                  Date Rcvd: Jan 22, 2020
                               Form ID: 167                 Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Gary R. Grimm,    MAILING ADDRESS,    837 Swede Street,    Norristown, PA 19401-3980
db             +Gary Richard Grimm,    404 Ross Rd.,    King of Prussia, PA 19406-2111
cr             +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100
13932460       +M&T Bank,    c/o William E. Miller, Esq.,    Stern & Eisenberg PC,    1581 Main St., Ste. 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3403
13870957       +M&T Bank,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13887232       +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 Obermayer Rebmann Maxwell & Hippel LLP,    Centre Square West, Suite 3400,    1500 Market Street,
                 Philadelphia, PA 19102-2131
13963017       +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13963706       +Municipality of Norristown,    c/o James R. Wood, Esq.,    Portnoff Law Assocs Ltd.,
                 2700 Horizon Dr., Ste. 100,    King of Prussia, PA 19406-2726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Jan 23 2020 03:58:00       WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 03:54:12       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14070240       +E-mail/Text: bankruptcy@cavps.com Jan 23 2020 03:57:36       Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13874014        E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 03:57:08       Dept. of the Treasury,    IRS,
                 PO Box 7346,    Phila., PA 19101-7346
13874013        E-mail/Text: camanagement@mtb.com Jan 23 2020 03:57:11       M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
13874012        E-mail/Text: bankruptcygroup@peco-energy.com Jan 23 2020 03:57:10       PECO,    2301 Market St.,
                 Phila., PA 19103-1380
13879235       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 23 2020 03:57:10       PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13869026       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 03:54:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                 TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Municipality of Norristown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14070241*      +Cavalry Investments, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13935703*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T BANK,     PO BOX 1288,    Buffalo, NY 14240)
13922040      ##+Christian Fellman,    80 Gordon Drive,    Media, PA 19063-1972
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: Eileen              Page 2 of 2              Date Rcvd: Jan 22, 2020
                                  Form ID: 167              Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:

```
          JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          LEO M. GIBBONS    on behalf of   John   Campion lgibbons@macelree.com
          LEO M. GIBBONS    on behalf of    JCPR, LLC lgibbons@macelree.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
           elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17−10625−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED**

Motion to Enforce Settlement Agreement and Release Against Debtor Filed by John Campion, JCPR, LLC Represented by LEO M. GIBBONS

on: 2/19/20

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 1/22/20

For The Court

Timothy B. McGrath
Clerk of Court

300 − 139
Form 167