*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17–10625–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED*
Motion to Enforce Settlement Agreement and Release Against Debtor Filed by John Campion, JCPR, LLC Represented by LEO M. GIBBONS

    on: 3/10/20

    at: 12:00 PM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/12/20

Timothy B. McGrath
Clerk of Court

308 – 139
Form 167