*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17−10625−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion of Debtor seeking Sanctions and Damages Stay Violation against John Campion and JCPRLLC Filed by Gary Richard Grimm Represented by Self

on: 3/10/20

at: 12:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/12/20

Timothy B. McGrath
Clerk of Court

309 − 218
Form 167