# Gary Grimm

837 Swede Street
Norristown, Pa. 19401
610-275-5855
garyrgrimm@hotmail.com

March 10, 2020

US Bankruptcy Court Eastern District of Pennsylvania
900 Market St # 400
Philadelphia, PA 19107
Att: Judge Magdeline D. Coleman

MAR 1 2 2020

RE: 17-10625-MDC
Subject –Hearing March 12, 2020

Dear Judge Coleman,

Tuesday morning, March 10, 2020, before attending the status hearing, I checked the docket for both my chapter 13 and the companies Chapter 11 case. I found that there was a hearing scheduled for my chapter 13 case for my reconsideration of your order of October 21, 2019 approving my plan, scheduled for March 12, 2020, 12 o'clock.

I t attended the hearing today, sick. I notified the court in November of last year that I was ill with a bacterial infection and was put on antibiotics at that time. They were ineffective. I was then given a script for blood work testing for Lyme disease, and diabetes related issues. I also had an MRI. The MRI came in high, but not alarmingly so. My blood work came back negative. My medical problems continue. I suffer from the constant low fever, headache, congestion, dizziness, ringing in my ears, shortness of breath, sneezing and coughing. I take flu and cold medicine, which only has a mild effect on these symptoms.

On the news this morning I learned that there were three cases of Corona virus within miles of my residence. The schools in this area are closed. The Montgomery County health Department has advised that seniors with chronic medical conditions self quarantine.

I have made an appointment to see my doctor tomorrow to request another script for blood work and more antibiotics. After that I am taking the advice of a health department to self quarantine.

I am requesting that the hearing scheduled for March 12, be continued.

Sincerely,

Gary Grimm

CC; William Miler, trustee
Glenn A Brown Esq.
M & T bank
Michael Vagnonni Esq