Gary Grimm
837 Swede St.
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                         CHAPTER 13

Gary GRIMM

                                                                               Case No. 17-10625 (MDC)
                    Debtor

### ORDER

AND NOW this __12th__ day of __March__, ~~2019~~ 2020, upon consideration of Debtor's request for an Expedited Hearing for its Motion for Reconsideration of the Court's Order of October 21, 2019, and any response thereto, and the Debtor having failed to appear or obtain Court permission to excuse his appearance, it is hereby ORDERED that Debtor's request is ~~GRANTED~~ DENIED for the reasons stated on the record.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge