```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

```
In re:                                                        Case No. 17-10625-mdc
Gary Richard Grimm                                            Chapter 13
Gary R. Grimm
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: John              Page 1 of 1         Date Rcvd: Mar 13, 2020
                            Form ID: pdf900         Total Noticed: 11
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db             +Gary R. Grimm,   MAILING ADDRESS,   837 Swede Street,   Norristown, PA 19401-3980
db             +Gary Richard Grimm,   404 Ross Rd.,   King of Prussia, PA 19406-2111
NONE           +JCPR, LLC,   Leo M. Gibbons,   17 W. Miner Street,   West Chester, PA 19382-3213
NONE           +John Campion,   Leo M. Gibbons,   17 W. Miner Street,   West Chester, PA 19382-3213
cr             +Montgomery County Tax Claim Bureau,   c/o Michael D. Vagnoni, Esquire,
                 Centre Square West, Suite 3400,   1500 Market Street,   Philadelphia, PA 19102-2100
cr             +Municipality of Norristown,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Mar 14 2020 03:44:50     WILLIAM C. MILLER,
                 Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:18    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:38
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2020 03:44:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 03:38:28     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Municipality of Norristown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              LEO M. GIBBONS    on behalf of  John  Campion lgibbons@macelree.com
              LEO M. GIBBONS    on behalf of    JCPR, LLC lgibbons@macelree.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
               elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```

Gary Grimm
837 Swede St.
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :         CHAPTER 13
                                                          :
Gary GRIMM                                                :
                                                          :         Case No. 17-10625 (MDC)
                    Debtor                               :

## ORDER

AND NOW this __12th__ day of __March__, ~~2019~~ 2020, upon consideration of Debtor's request for an Expedited Hearing for its Motion for Reconsideration of the Court's Order of October 21, 2019, and any response thereto, _and the Debtor having failed to appear or obtain Court permission to excuse his appearance_, it is hereby ORDERED that Debtor's request is ~~GRANTED~~ DENIED _for the reasons stated on the record._

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge