Gary Grimm
837 Swede St.
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Gary GRIMM | : | |
| | : | Case No. 17-10625 (MDC) |
| Debtor | : | |

## ORDER

AND NOW this _____ day of _____, 2020, upon consideration of Debtor's Motion for Reconsideration of the Courts order of March 12, 2020, imposed IN ABSENTIA, Denying Debtors motion for the reconsideration of the courts plan approval, and any response thereto. Debtor having requested that the order be withdrawn, amended, and reissued after all relevant information to the plan had been submitted to the Court, Debtor motion is GRANTED. Order is vacated & future hearings are suspended until debtor's medical condition improves.

.

_____
Honorable Magdeline D. Coleman