### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm

      Debtor(s)

Case No: 17−10625−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Hearing Scheduled on Pro Se(#321) Motion for Reconsideration of the Court's Order, Issued in Abstention, March 12, 2020 ( Order on Motion To Reconsider) Filed by Gary Richard Grimm

on: 5/15/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/1/20

Timothy B. McGrath
Clerk of Court

325
Form 167