

# M&T Bank

## PAYOFF STATEMENT

February 07, 2020                                            Re:  Loan No.

Gary Grimm                                                   Gary Grimm

```
Interest Rate:   7.62500%
Principal Balance:                                     $      25,447.42
Total Interest                                                10,988.07
Late Charges Due:                                              1,199.65
Escrow/Impound Overdraft                                      10,524.08
Suspense Balance                                                -379.20
Unpaid Other Fees                                                 68.00
Miscellaneous Expense Due                                      8,990.76
Recording Fees                                                    80.75
Document Preparation                                                .00
Attorney Fees/Costs                                                1.30
Trustee Fee                                                         .00
Subsequent Payoff Lt                                              50.00
Fax Fee (s)                                                       75.00
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $         57,045.83
This statement expires March 30, 2020.

Per diem through the last day of the month only:      $           5.32
The current escrow balance is:                                      .00
```

M&T Bank reserves the right to return partial payoff funds.  Payoff
figures are subject to change.  The total amount required to pay the
loan in full may change if any check previously received is rejected
by the institution upon which it was drawn or if any credits or
disbursements are made to or from your account.  Funds must be
received in our office no later than 3:00 pm (EST)to be
credited that same day.

Please call M&T Bank before funds are sent to verify figures are
correct.

Certified funds must be made payable to M&T Bank.  Please
include the mortgage account number on all correspondence
including the payoff check; mail to:

                     M&T Bank
                     1 Fountain Plaza, 7th Floor
                     Buffalo, NY 14203-1495
                     Attn: Payoff Department

ISSUANCE OF THIS STATEMENT DOES NOT PRECLUDE M&T BANK FROM TAKING
ACTION IN THE CONTEXT OF YOUR BANKRUPTCY CASE.  PLEASE CONTINUE TO
MAKE REGULARLY SCHEDULED MORTGAGE PAYMENTS UNTIL YOUR LOAN IS PAID
IN FULL.

A late charge in the amount of $     38.75 will be assessed if
the current payment or payoff is received after the grace date.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

Ex. B



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
600 Arch St. Room 5200, Philadelphia, PA  19106

Small Business/Self-Employed Division

Date:  In reply refer to:
**March 16, 2020**

SI:Insolvency:T1:G1

WILLIAM C MILLER CHAPTER 13 TRUSTEE
1234 MARKET ST STE 1813
PHILADELPHIA PA 19107

RE: 17-10625 Court: PAE02
GRIMM   GARY RICHARD

William Miller:

Per our conversation on March 13, 2020, in reference to the Internal Revenue Service proof of claim and the debtor's outstanding objection.

The Internal Revenue Service filed a proof of claim with secured and priority classification amounts. Our discussion was to determine the amount that the IRS expects with your pending distribution to Priority and Secured creditors.

The debtor's objection cited that the distribution to the Internal Revenue Service was settled at $6,215.87.

Based on the amounts that your office has on hand to distribute. It seems to be in the best interest to the debtor and the Service to have the IRS receive the total $6,215.87 (priority) and not share in the secured distribution.

If you have further questions regarding this matter, please contact me directly at (267) 941-6301.

Sincerely,

4GCCB  John F Lindinger     Digitally signed by John F. Lindinger
                            Date: 2020.03.16 10:18:57 -04'00'

**John Lindinger**
**Insolvency Manager**
Badge # 1000212590

Case Status Report
Eastern District of Pennsylvania William C Miller Standing Chapter 13 Trustee    Page 1
Status of Case as of    05/12/2020  11:55 AM    Chapter 13

**17-10625-MDC**

GARY RICHARD GRIMM    **21 Rmng of 60 Mos.**

Atty: PRO-SE

Debtor Plan Payment: $2,157.86 / M

| Debtor Type: | Business | Business: 2 | Emplyr: | | | | |
|---|---|---|---|---|---|---|---|
| | | | ----- Last 6 Payments ----- | | | | |
| Filed | 01/27/2017 | | 03/30/2020 | $1,000.00 | 03/30/2020 | $1,000.00 | Total Paid In    $29,429.13 |
| First Mtg Reset | 01/31/2018 | | 03/30/2020 | $157.86 | 03/02/2020 | $157.83 | Base Amount    $73,839.83 |
| Confirmed | 10/21/2019 | | 03/30/2020 | $800.00 | 03/02/2020 | $800.00 | Addtl Amount    $0.00 |
| Plan Filed | 08/03/2017 | | | | | | Total Base Amount    $73,839.83 |
| Start Pmts | 02/27/2017 | | | | | | |
| Bar Date | 04/10/2018 | | | | | | |

Debtor Graduated Payments
Start Date 2/27/2017    End Date 8/27/2019    $11,262.00    Per =    $11,262.00
Start Date 9/27/2019    End Date 1/27/2022    $2,157.86    Per Month =    $62,577.94
SEE NOTES -UPDATED PLAN-//cont. hrg 3/12/2020    Okay to Pay: Y

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRO-SE | | | 000-0 | | Lgl | | | 13 | $0.00 | | | | $0.00 |
| PECO | | $0.01 | 001-0 | | Uns | | | 33 | $2,617.28 | | $2,617.28 | | $2,617.28 0.00 |
| MONTGOMERY COUNTY TAX CLAIM BU | | | 002-0 | 5/8/2020 | Sec | | | 24 | $25,215.12 | $6,291.09 | $12,382.66 | | $18,924.03 |
| Christian Fellman | | | 003-0 | | Pri | | | 23 | $0.00 | | $10,496.00 | | Disallwd |
| M&T BANK | | | 004-0 | 5/8/2020 | Sec | | | 24 | $57,045.83 | $14,232.75 | $74,318.39 | | $42,813.08 |
| INTERNAL REVENUE SERVICE | | | 005-0 | | Sec | | | 24 | $0.00 | | $33,166.29 | | $0.00 |
| INTERNAL REVENUE SERVICE | | | 005-1 | 4/8/2020 | Pri | | | 23 | $6,215.87 | $6,215.87 | | | $0.00 |
| MUNICIPALITY OF NORRISTOWN | | | 006-0 | 5/8/2020 | Sec | | | 24 | $2,118.00 | $528.43 | $2,118.00 | | $1,589.57 |
| Cavalry Investments, LLC | | | 007-0 | | Uns | | | 33 | $0.00 | | $2,517.23 | | Disallwd |
| William Miller | | | TRS-0 | 3/30/2020 | Tru | | | 00 | $6,602.05 | $2,160.98 | | | $4,441.07 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $99,814.15 | $29,429.12 | | | $0.00 |
| Total Debt | $84,378.95 | $6,215.87 | $2,617.28 | $0.00 | $0.00 | $0.00 | $0.00 | Amount Available | | $0.00 |
| Total Paid | $21,052.27 | $6,215.87 | $0.00 | $0.00 | $0.00 | $0.00 | $2,160.98 | Funds Held | | $0.01 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | | $70,385.02 |
| Total Direct Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Debtor Refunds | | $0.00 |
| Balance Due | $63,326.68 | $0.00 | $2,617.28 | $0.00 | $0.00 | | $4,441.07 | Base Amount Bal | | $44,410.70 |
| | | | | | | | | Delinquent | | $0.00 |