## AFFIDAVIT

My name is Mr. Khaled Baki, I am the owner of Vee Galaxy an information technology company. I swear that the information given below is true and correct to the best of my knowledge.

I was contacted by Gary Grimm of Grimm Brothers Realty Company, an existing client, shortly after mid April of this year, requesting support for his computers. He informed me that he had recently been in the hospital for a week. He also stated he believed he screwed something up with the computers' settings that made the computers unusable sometime in March when he was sick.

I did a remote access to his computers on April 29, 2020 and found that the server computer hard drive was corrupt. I instructed him not to attempt to use this computer station. He stated he was having difficulty with the remote station computer applications and Internet. I attempted to repair the problems on the 29th and the following day, April 30. Mr. Grimm informed me that the repairs did not hold, and the problems persisted. I advised Mr. Grimm that he should replace the computers and hope data and programs could be retrieved and transferred.

I assisted Mr. Grimm in purchasing 2 replacement computers on May 7. I have been piecemeal transferring programs and data from the existing server to the new starting on May 14. I am in his office today, May 28, to attempt to complete program and data transfers to the replacement computers.

Sworn to and subscribed before me
this 28 day of MAY 2020

Khaled Baki

Joseph P Grisafi

Commonwealth of Pennsylvania

Notarial Seal
JOSEPH P GRISAFI – Notary Public
NORRISTOWN BORO, MONTGOMERY COUNTY
My Commission Expires Oct 22, 2021

5-28-20