## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  **GARY RICHARD GRIMM**   : CHAPTER 13
                                                :
                                               : No. 17-10625 (mdc)

### ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK :**

Kindly enter my appearance on behalf of Madeline Rice in the above. All parties shall serve notices directed to my clients upon me at the address appearing below.

                                    **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

        By:    */S/ William J. Levant, Esquire*
                      William J. Levant, Esquire
                      **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
                      910 Harvest Drive
                      Post Office Box 3037
                      Blue Bell, PA 19422
                      (610)260-6000
                      (610)684-2020 – Telecopier
                      wlevant@kaplaw.com
                      Counsel for Madeline Rice

Date : June 26, 2020

(N.B.    I hereby certify that on the date set forth above, I sent copies of this Entry of Appearance to the *pro se* Debtor, at 404 Ross Road, King of Prussia, PA 19406, and 837 Swede Street, Norristown, PA 19401, by first class mail).