## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  **GARY RICHARD GRIMM**   : CHAPTER 13
                                           :
                                           : No. 17-10625 (mdc)

### ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK :**

Kindly enter my appearance on behalf of Tyler Shipley in the above. All parties shall serve notices directed to my client upon me at the address appearing below.

                        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
          William J. Levant, Esquire
          **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
          910 Harvest Drive
          Post Office Box 3037
          Blue Bell, PA 19422
          (610)260-6000
          (610)684-2020 – Telecopier
          wlevant@kaplaw.com
          Counsel for Tyler Shipley

Date : July 1, 2020