*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary Richard Grimm
    Debtor(s)

Case No: 17–10625–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Motion of Debtor seeking Sanctions and Damages Stay Violation against John Campion and JCPRLLC Filed by Gary Richard Grimm Represented by Self

    on: 10/23/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 8/14/20

For The Court

Timothy B. McGrath
Clerk of Court

342 – 218
Form 167