Gary Grimm
827 Swede St
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 13 |
| Gary GRIMM | Case No. 17-10625 (MDC) |
| Debtor | |

### ORDER

AND NOW this 28th day of October, 2020, upon consideration of Debtor's Motion of Debtor Seeking Sanctions and Damages for Stay Violation against John Campion and JCPR LLC, and any response thereto, and for good cause shown, it is hereby ORDERED and DECREED that debtor's motion is DENIED for the reasons stated on the record at the hearing on October 23, 2020.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge