United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10625-mdc
Gary Richard Grimm     Chapter 13
Gary R. Grimm
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary R. Grimm, MAILING ADDRESS, 837 Swede Street, Norristown, PA 19401-3980 |
| db | + | Gary Richard Grimm, 404 Ross Rd., King of Prussia, PA 19406-2111 |
| NONE | + | JCPR, LLC, Leo M. Gibbons, 17 W. Miner Street, West Chester, PA 19382-3213 |
| NONE | + | John Campion, Leo M. Gibbons, 17 W. Miner Street, West Chester, PA 19382-3213 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALEXANDER MORETSKY | on behalf of Attorney Alex Moretsky amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 4 |

mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

**CARLA ARIAS**
on behalf of Commonwealth of PA UCTS carias@pa.gov

**ERIK B. JENSEN**
on behalf of Debtor Grimm Brothers Realty Co. jeffrey@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

**GLENN A. BROWN**
on behalf of Interested Party GLENN A. BROWN glenn.brown@realworldlaw.com  noticeme.realworldlaw@gmail.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Norristown Municipal Waste Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

**JAMES W. ADELMAN**
on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

**JEFFREY KURTZMAN**
on behalf of Trustee TERRY P. DERSHAW Kurtzman@kurtzmansteady.com

**JOSHUA LOUIS THOMAS**
on behalf of Debtor Grimm Brothers Realty Co. joshualthomas@gmail.com

**KEVIN G. MCDONALD**
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

**KEVIN P. CALLAHAN**
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**LEO M. GIBBONS**
on behalf of John Campion lgibbons@macelree.com

**LEO M. GIBBONS**
on behalf of JCPR  LLC lgibbons@macelree.com

**LEO M. GIBBONS**
on behalf of JCPR LLC lgibbons@macelree.com

**LYNN R. ZACK**
on behalf of Creditor 2301 Market Street  S23-1 lynn.zack@exeloncorp.com, Jennifer.brodheim@exeloncorp.com

**MATTEO SAMUEL WEINER**
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

**MICHAEL D. VAGNONI**
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

**REBECCA ANN SOLARZ**
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

**ROBERT MITCHELL MORRIS**
on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

**STEVEN KAPUSTIN**
on behalf of Creditor Madeline Rice skapustin@regerlaw.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM C. MILLER, Esq.**
ecfemails@ph13trustee.com  philaecf@gmail.com

**WILLIAM C. MILLER, Esq.**
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

**WILLIAM EDWARD MILLER**
on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

**WILLIAM J LEVANT**
on behalf of Creditor Madeline Rice efile.wjl@kaplaw.com

**WILLIAM J LEVANT**
on behalf of Creditor Tyler Shipley efile.wjl@kaplaw.com

District/off: 0313-2 User: Adminstra Page 3 of 3
Date Rcvd: Oct 28, 2020 Form ID: pdf900 Total Noticed: 4
TOTAL: 30

Gary Grimm
827 Swede St
Norristown, PA 19401
610 – 275-5855
GaryrGrimm@Hotmail.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :        CHAPTER 13
                                :
Gary GRIMM                      :
                                :        Case No. 17-10625 (MDC)
            Debtor              :

## ORDER

AND NOW this 28th day of October, 2020, upon consideration of Debtor's Motion of Debtor Seeking Sanctions and Damages for Stay Violation against John Campion and JCPR LLC, and any response thereto, and for good cause shown, it is hereby ORDERED and DECREED that debtor's motion is **DENIED** for the reasons stated on the record at the hearing on October 23, 2020.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge