United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gary Richard Grimm  
Gary R. Grimm  
    Debtor(s)

Case No. 17-10625-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary R. Grimm, MAILING ADDRESS, 837 Swede Street, Norristown, PA 19401-3980 |
| db | + | Gary Richard Grimm, 404 Ross Rd., King of Prussia, PA 19406-2111 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALEXANDER MORETSKY | on behalf of Attorney Alex Moretsky amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |

Case 17-10625-mdc   Doc 364   Filed 12/17/20   Entered 12/18/20 01:17:04   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| CARLA ARIAS | on behalf of Commonwealth of PA UCTS carias@pa.gov |
| ERIK B. JENSEN | on behalf of Debtor Grimm Brothers Realty Co. jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| GLENN A. BROWN | on behalf of Interested Party GLENN A. BROWN glenn.brown@realworldlaw.com noticeme.realworldlaw@gmail.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Municipal Waste Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMES W. ADELMAN | on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com |
| JEFFREY KURTZMAN | on behalf of Trustee TERRY P. DERSHAW Kurtzman@kurtzmansteady.com |
| JOSHUA LOUIS THOMAS | on behalf of Debtor Grimm Brothers Realty Co. joshualthomas@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LEO M. GIBBONS | on behalf of JCPR LLC lgibbons@macelree.com |
| LEO M. GIBBONS | on behalf of JCPR LLC lgibbons@macelree.com |
| LEO M. GIBBONS | on behalf of John Campion lgibbons@macelree.com |
| LYNN R. ZACK | on behalf of Creditor 2301 Market Street S23-1 lynn.zack@exeloncorp.com, Jennifer.brodheim@exeloncorp.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| ROBERT MITCHELL MORRIS | on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com |
| STEVEN KAPUSTIN | on behalf of Creditor Madeline Rice skapustin@regerlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com wedwardmiller@gmail.com |
| WILLIAM J LEVANT | on behalf of Creditor Madeline Rice efile.wjl@kaplaw.com |
| WILLIAM J LEVANT | on behalf of Creditor Tyler Shipley efile.wjl@kaplaw.com |

TOTAL: 30

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gary Richard Grimm <br>         Debtor <br><br> M&T Bank <br>         Secured Creditor <br> vs. <br> Gary Richard Grimm <br>         Debtor <br><br> William C. Miller, Esq. <br>         Trustee | CHAPTER 13 <br><br> NO. 17-10625 MDC <br><br> 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. M&T Bank and Debtor have entered into a loan modification on or about September 1, 2020 with regards to M&T Bank's mortgage against the Property located at 646 Forge Springs Way F/K/A 404 Ross Road F/K/A 609 Valley Forge Road, King of Prussia, PA 19406 ("the Property").

2. This loan modification has resolved all prepetition arrears and has brought the loan current through March 1, 2021.

3. A foreclosure action in the Court of Common Pleas of Montgomery County is currently pending under docket 2013-14525.

4. An order granting M&T Bank summary judgment within the foreclosure had been entered on or about May 5, 2017.

5. Debtor appealed that Order, and there is currently an appellate action pending in the Superior Court of Pennsylvania, 1753 EDA 2017.

6. Both state court actions have been placed on hold due to the instant bankruptcy and the automatic stay.

7. As the current loan modification has resolved the default, M&T Bank now seeks to:

    a. Vacate the Summary Judgment Order;

    b. Reinstate the Mortgage as a continuing lien on the Property consistent with the loan modification agreement and underlying loan documents;

    c. Discontinue and end the state foreclosure action without prejudice; and

    d. Discontinue the appellate action as moot in light of the modification.

8. M&T Bank and Debtor hereby agree that M&T Bank may take all steps necessary, including any filings within the state courts, to effect the above mentioned actions.

9. M&T Bank and Debtor agree that none of these actions will be in violation of the automatic bankruptcy state.

10. The automatic stay will otherwise remain in place as to M&T Bank's loan.

11. M&T Bank agrees to not take any other actions beyond those listed, including any collection activity, while the automatic stay remains in place.

12. The parties agree that a facsimile signature shall be considered an original signature.

Date: 12/3/2020

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Attorney for Secured Creditor

Date: 12/2/20

*Gary Grimm*
Gary Richard Grimm
Debtor, PRO SE

Approved by the Court this 15th day of December, 2020. However, the court retains discretion regarding entry of any further order.

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE