# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-10625-MDC

GARY RICHARD GRIMM

837 SWEDE STREET

NORRISTOWN, PA 19401-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GARY RICHARD GRIMM

837 SWEDE STREET

NORRISTOWN, PA 19401-

Counsel for debtor(s), by electronic notice only.

    PRO-SE
*
*
*, * *
 ,

                                      /S/ William C. Miller

Date: 3/5/2021                          _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee