Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

MAR 19 2021

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | * | Chapter 13 |
| GARY RICHARD GRiMM | * | Bankruptcy No. 17-10625-MDC |
| DEBTOR | * | |

### DEBTOR'S RESPONSE TO CHAPTER 13 STANDING TRUSTEES MOTION FOR DISMISSAL

1. Debtor denies that they have not made payments to the trustee.

2. Upon the withdrawal of the claim of the mortgage company there remained less than $12,000 of claims attributed to 337 East Marshall St., Norristown, PA 19401.

3. Debtor must depend on the income of Marshall Street to support the payments to the trustee.

4. At the previous hearing the court accepted the payment of the balance of the claims through the year 2021.

5. Debtor has made 2 -$1000 payments to the trustee.

6. Debtor would have made a third payment except for the garnishment by the chapter 7 trustee of the Grimm Brothers Realty Company of the account that help the payments of the tenants for Marshall Street.

7. Chapter 7 trustee refused to return the monies to the debtor.

8. Debtor plans on making continued payments to the trustee through the balance of the year 2021.

**WHEREFORE** the debtor respectfully request that this Court denies the motion of the Chapter 13 trustee for dismissal of their bankruptcy case.

_____
Gary Grimm

Gary R Grimm
837 Swede St.
Norristown, PA 19401
610-275-5855
Garyrgrimm@hotmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

MAR 19 2021

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| Gary GRIMM | : | |
| | : | Case No. 17-10625 (MDC) |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DEBTOR'S RESPONSE TO CHAPTER 13 STANDING TRUSTEES MOTION FOR DISMISSAL** was served upon the following:

William C. Miller Trustee
Septa Building
1234 Market Street
Suite 1813
Philadelphia, Pa 19107

Manner of Service:
x Mail
☐ Other :

*Gary Grimm* (signature)
Gary Grimm