United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10625-mdc |
| Gary Richard Grimm | Chapter 13 |
| Gary R. Grimm | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 13874013 | Email/Text: camanagement@mtb.com | Apr 17 2021 03:32:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 18, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALEXANDER MORETSKY | on behalf of Attorney Alex Moretsky amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CARLA ARIAS | on behalf of Commonwealth of PA UCTS carias@pa.gov |
| ERIK B. JENSEN | on behalf of Debtor Grimm Brothers Realty Co. erik@jensenbagnatolaw.com |

Case 17-10625-mdc    Doc 374    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: trc | Total Noticed: 1 |

jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

GLENN A. BROWN
on behalf of Interested Party GLENN A. BROWN glenn.brown@realworldlaw.com noticeme.realworldlaw@gmail.com;tiana.royal@realworldlaw.com

JAMES RANDOLPH WOOD
on behalf of Creditor Norristown Municipal Waste Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD
on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD
on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES W. ADELMAN
on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

JEFFREY KURTZMAN
on behalf of Trustee TERRY P. DERSHAW Kurtzman@kurtzmansteady.com

JOSHUA LOUIS THOMAS
on behalf of Debtor Grimm Brothers Realty Co. joshualthomas@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LEO M. GIBBONS
on behalf of JCPR  LLC lgibbons@macelree.com

LEO M. GIBBONS
on behalf of JCPR LLC lgibbons@macelree.com

LEO M. GIBBONS
on behalf of John Campion lgibbons@macelree.com

LYNN R. ZACK
on behalf of Creditor 2301 Market Street  S23-1 lynn.zack@exeloncorp.com, Jennifer.brodheim@exeloncorp.com

MATTEO SAMUEL WEINER
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

MICHAEL D. VAGNONI
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

REBECCA ANN SOLARZ
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

ROBERT MITCHELL MORRIS
on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

STEVEN KAPUSTIN
on behalf of Creditor Madeline Rice skapustin@regerlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD MILLER
on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com bankruptcy@friedmanvartolo.com

WILLIAM J LEVANT
on behalf of Creditor Madeline Rice efile.wjl@kaplaw.com

WILLIAM J LEVANT
on behalf of Creditor Tyler Shipley efile.wjl@kaplaw.com

TOTAL: 30

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10625-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Gary Richard Grimm
404 Ross Rd.
King of Prussia PA 19401

Gary R. Grimm
MAILING ADDRESS
837 Swede Street
Norristown PA 19401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/16/2021.

Name and Address of Alleged Transferor(s):

Claim No. 4: M&T Bank, PO Box 840, Buffalo, NY 14240-0840

Name and Address of Transferee:

Community Loan Servicing, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/18/21

Tim McGrath
**CLERK OF THE COURT**