## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **GARY RICHARD GRIMM** | : | |
| Debtor | : | Bankruptcy No.  17-10625 MDC |

### <u>CHAPTER 13 STANDING TRUSTEE'S CLAIM STATUS</u>

**AND NOW, WILLIAM C. MILLER, ESQUIRE,** Chapter 13 standing trustee, upon receipt of an amended proof of claim by creditor Montgomery County Tax Bureau, submits this Claim Status, directed by Chief Judge Coleman on January 7, 2021, as follows:

The total amounts to be paid by the standing trustee are shown on the Case Status Report attached as Exhibit A, in the column entitled "Debt/Value." The amounts which have been paid, to date, are shown in the column entitled "Principal Paid." The balances are shown in the last column, entitled "Balance Uns Paid."

The total of the Principal Balance column is -                    $20,512.70.

The standing trustee is currently holding receipts totaling -        <u>$15,072.81.</u>

The additional amount necessary to pay all claims is -              $5,439.89.

Debtor has been making periodic $1,000 payments. The court wants the plan to be paid off no later than January, 2022, which is approximately seven months from now. Thus, debtor must continue to make the $1,000 payments between now and then. Beyond January, 2022, additional interest may accrue on certain claims.

**WHEREFORE**, the standing trustee requests that the Court enter an Order confirming the numbers set forth herein as those necessary for debtor to complete his chapter 13 plan.

Date:   June 29, 2021

/s/ William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 13** |
| Gary Richard Grimm | : | |
| | : | |
| Debtor(s) | : | **Bankruptcy No. 17-10625-mdc** |

### Order Regarding Confirmed Plan

**AND NOW,** this    16th    day of    July    2021, upon review of the Chapter 13 Standing Trustee's Claim Status and Exhibit "A" (Trustee's Status Report), a copy of which is attached hereto,

**AND**, considering the changes which have occurred since this Court's Confirmation Order of October 21, 2019, including without limitation those involving certain claims, it is hereby

**ORDERED,** that the confirmed plan shall be modified as set forth herein, and further

**ORDERED**, that the standing trustee may distribute funds currently being held by him to creditors; debtor's plan payments shall be paid to the standing trustee; and such further plan payments may be disbursed by the standing trustee, all as set forth in the Trustee's Status Report.

**BY THE COURT**

_Magdeline D. Coleman_
_____
**Magdeline D. Coleman**
**CHIEF U.S. BANKRUPTCY JUDGE**

**Debtor**
Gary Richard Grimm
404 Ross Rd.
King of Prussia, PA 19401

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. box 40119
Philadelphia, PA  19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA  19107

**Others listed, by electronic notice only**:

Leo M, Gibbons, on behalf of JCPR, LLC

John Campion Kevin G. McDonald, on behalf of M & T Bank

William E. Miller, on behalf of M & T Bank

Rebecca Ann Solarz, on behalf of M & T Bank

Matteo Samuel Weiner, on behalf of M & T Bank

James Randolph Wood, on behalf of Norristown

Michael D. Vagnoni, on behalf of Montgomery County Tax Claim Bureau

Christian Fellman

Cavalry

IRS

Case Status Report

Eastern District of Pennsylvania William C Miller Standing Chapter 13 Trustee                    Page      1

Status of Case as of          06/29/2021    09:58 AM                                                      Chapter 13

**17-10625-MDC**

GARY RICHARD GRIMM                                                               **7 Rmng of 60 Mos.**

837 SWEDE STREET                              Atty: PRO-SE                       SSN: xxx-xx-0444  xxx-xx-
                                                                                 Debtor Plan Payment: $2,157.86 / M
NORRISTOWN PA 19401-

Debtor Type: Business      Business: 2          Emplyr:
                                                ----- Last 6 Payments -----
Filed             01/27/2017       06/22/2021   $1,000.00   04/13/2021   $1,000.00      Total Paid In         $49,976.29
First Mtg Reset   01/31/2018       05/18/2021   $1,000.00   03/26/2021   $1,000.00      Base Amount           $73,839.83
Confirmed         10/21/2019       05/03/2021   $1,000.00   03/09/2021   $1,000.00      Addtl Amount              $0.00
Plan Filed        08/03/2017                                                            Total Base Amount     $73,839.83
Start Pmts        02/27/2017
Bar Date          04/10/2018

                      Debtor Graduated Payments
          Start Date 2/27/2017   End Date   8/27/2019   $11,262.00      Per =           $11,262.00
          Start Date 9/27/2019   End Date   1/27/2022   $2,157.86       Per Month   =   $62,577.94
          SEE NOTES -UPDATED PLAN-/ LOAN MOD GRANTED. -- HOLD CASE PER BILL 1/7/2021         Okay to Pay:   Y

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRO-SE | | | 000-0 | | Lgl | | | 13 | $0.00 | | | | $0.00 |
| PECO | | | 001-0 | | Uns | | | 33 | $2,617.28 | | $2,617.28 | | $2,617.28 0.00 |
| MONTGOMERY COUNTY TAX CLAIM BU | | | 002-0 | 11/10/2020 | Sec | | | 24 | $25,787.69 | $9,636.07 | $25,787.69 | | $16,151.62 |
| Christian Fellman | | | 003-0 | | Pri | | | 23 | $0.00 | | $10,496.00 | | Disallwd |
| Community Loan Servicing, LLC | | | 004-0 | 5/8/2020 | Sec | | | 24 | $14,232.75 | $14,232.75 | $74,318.39 | | $0.00 |
| INTERNAL REVENUE SERVICE | | | 005-0 | | Sec | | | 24 | $0.00 | | $33,166.29 | | $0.00 |
| INTERNAL REVENUE SERVICE | | | 005-1 | 4/8/2020 | Pri | | | 23 | $6,215.87 | $6,215.87 | | | $0.00 |
| MUNICIPALITY OF NORRISTOWN | | | 006-0 | 11/10/2020 | Sec | | | 24 | $2,118.00 | $809.40 | $2,118.00 | | $1,308.60 |
| Cavalry Investments, LLC | | | 007-0 | | Uns | | | 33 | $0.00 | | $2,517.23 | | Disallwd |
| William Miller | | | TRS-0 | 6/22/2021 | Tru | | | 00 | $4,444.59 | $4,009.39 | | | $435.20 |
| Total | | | | | | | | | $55,416.18 | $34,903.48 | | $0.00 | |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - Amount Available | $15,072.81 |
| Total Debt | $42,138.44 | $6,215.87 | $2,617.28 | $0.00 | $0.00 | $0.00 | $4,444.59 | - Funds Held | $0.00 |
| Total Paid | $24,678.22 | $6,215.87 | $0.00 | $0.00 | $0.00 | $0.00 | $4,009.39 | Principal Balance | $5,439.89 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | Debtor Refunds | $0.00 |
| Total Direct Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $17,460.22 | $0.00 | $2,617.28 | $0.00 | $0.00 | | $435.20 | Base Amount Bal | $23,863.54 |
| | | | | | | | | Delinquent | $6,750.56 |



**EXHIBIT "A"**