United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10625-mdc |
| Gary Richard Grimm | Chapter 13 |
| Gary R. Grimm | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary R. Grimm, MAILING ADDRESS, 837 Swede Street, Norristown, PA 19401-3980 |
| db | + | Gary Richard Grimm, 404 Ross Rd., King of Prussia, PA 19406-2111 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 21, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALEXANDER MORETSKY | on behalf of Attorney Alex Moretsky amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CARLA ARIAS | |

Case 17-10625-mdc    Doc 381    Filed 07/21/21    Entered 07/22/21 00:36:41    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Commonwealth of PA UCTS carias@pa.gov |
| ERIK B. JENSEN | on behalf of Debtor Grimm Brothers Realty Co. erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| GLENN A. BROWN | on behalf of Interested Party GLENN A. BROWN glenn.brown@realworldlaw.com noticeme.realworldlaw@gmail.com;tiana.royal@realworldlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Municipal Waste Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMES W. ADELMAN | on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com |
| JEFFREY KURTZMAN | on behalf of Trustee TERRY P. DERSHAW Kurtzman@kurtzmansteady.com |
| JOSHUA LOUIS THOMAS | on behalf of Debtor Grimm Brothers Realty Co. joshualthomas@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LEO M. GIBBONS | on behalf of JCPR  LLC lgibbons@macelree.com |
| LEO M. GIBBONS | on behalf of JCPR LLC lgibbons@macelree.com |
| LEO M. GIBBONS | on behalf of John Campion lgibbons@macelree.com |
| LYNN R. ZACK | on behalf of Creditor 2301 Market Street  S23-1 lynn.zack@exeloncorp.com, Jennifer.brodheim@exeloncorp.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| ROBERT MITCHELL MORRIS | on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com |
| STEVEN KAPUSTIN | on behalf of Creditor Madeline Rice skapustin@regerlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| WILLIAM J LEVANT | on behalf of Creditor Madeline Rice efile.wjl@kaplaw.com |
| WILLIAM J LEVANT | |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jul 19, 2021 Form ID: pdf900 Total Noticed: 2

on behalf of Creditor Tyler Shipley efile.wjl@kaplaw.com

TOTAL: 31

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| GARY RICHARD GRIMM | : | |
| Debtor | : | Bankruptcy No. 17-10625 MDC |

### CHAPTER 13 STANDING TRUSTEE'S CLAIM STATUS

**AND NOW, WILLIAM C. MILLER, ESQUIRE,** Chapter 13 standing trustee, upon receipt of an amended proof of claim by creditor Montgomery County Tax Bureau, submits this Claim Status, directed by Chief Judge Coleman on January 7, 2021, as follows:

The total amounts to be paid by the standing trustee are shown on the Case Status Report attached as Exhibit A, in the column entitled "Debt/Value." The amounts which have been paid, to date, are shown in the column entitled "Principal Paid." The balances are shown in the last column, entitled "Balance Uns Paid."

| | |
|---|---|
| The total of the Principal Balance column is - | $20,512.70. |
| The standing trustee is currently holding receipts totaling - | $15,072.81. |
| The additional amount necessary to pay all claims is - | $5,439.89. |

Debtor has been making periodic $1,000 payments. The court wants the plan to be paid off no later than January, 2022, which is approximately seven months from now. Thus, debtor must continue to make the $1,000 payments between now and then. Beyond January, 2022, additional interest may accrue on certain claims.

**WHEREFORE**, the standing trustee requests that the Court enter an Order confirming the numbers set forth herein as those necessary for debtor to complete his chapter 13 plan.

Date:   June 29, 2021                                   /s/ William C. Miller
                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :       Chapter 13
Gary Richard Grimm                  :
                                    :
            Debtor(s)               :       Bankruptcy No. 17-10625-mdc

### Order Regarding Confirmed Plan

**AND NOW,** this    16th    day of    July    2021, upon review of the Chapter 13 Standing Trustee's Claim Status and Exhibit "A" (Trustee's Status Report), a copy of which is attached hereto,

**AND**, considering the changes which have occurred since this Court's Confirmation Order of October 21, 2019, including without limitation those involving certain claims, it is hereby

**ORDERED,** that the confirmed plan shall be modified as set forth herein, and further

**ORDERED**, that the standing trustee may distribute funds currently being held by him to creditors; debtor's plan payments shall be paid to the standing trustee; and such further plan payments may be disbursed by the standing trustee, all as set forth in the Trustee's Status Report.

BY THE COURT

_____
**Magdeline D. Coleman**
**CHIEF U.S. BANKRUPTCY JUDGE**

**Debtor**
Gary Richard Grimm
404 Ross Rd.
King of Prussia, PA 19401

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. box 40119
Philadelphia, PA  19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA  19107

**Others listed, by electronic notice only**:

Leo M, Gibbons, on behalf of JCPR, LLC

John Campion Kevin G. McDonald, on behalf of M & T Bank

William E. Miller, on behalf of M & T Bank

Rebecca Ann Solarz, on behalf of M & T Bank

Matteo Samuel Weiner, on behalf of M & T Bank

James Randolph Wood, on behalf of Norristown

Michael D. Vagnoni, on behalf of Montgomery County Tax Claim Bureau

Christian Fellman

Cavalry

IRS

| | | |
|---|---|---|
| Case Status Report | | Page 1 |
| Eastern District of Pennsylvania William C Miller Standing Chapter 13 Trustee | | |
| Status of Case as of 06/29/2021   09:58 AM | | Chapter 13 |

**17-10625-MDC**

GARY RICHARD GRIMM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7 Rmng of 60 Mos.

837 SWEDE STREET　　　　　　　　　　　　Atty: PRO-SE　　　　　　　　　　　SSN: xxx-xx-0444   xxx-xx-
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor Plan Payment: $2,157.86 / M
NORRISTOWN PA 19401-

Debtor Type: Business    Business: 2    Emplyr:

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 01/27/2017 | 06/22/2021 | $1,000.00 | 04/13/2021 | $1,000.00 | Total Paid In $49,976.29 |
| First Mtg Reset | 01/31/2018 | 05/18/2021 | $1,000.00 | 03/26/2021 | $1,000.00 | Base Amount $73,839.83 |
| Confirmed | 10/21/2019 | 05/03/2021 | $1,000.00 | 03/09/2021 | $1,000.00 | Addtl Amount $0.00 |
| Plan Filed | 08/03/2017 | | | | | Total Base Amount $73,839.83 |
| Start Pmts | 02/27/2017 | | | | | |
| Bar Date | 04/10/2018 | | | | | |

**Debtor Graduated Payments**

Start Date 2/27/2017　End Date 8/27/2019　$11,262.00　Per =　$11,262.00
Start Date 9/27/2019　End Date 1/27/2022　$2,157.86　Per Month =　$62,577.94
SEE NOTES -UPDATED PLAN-/ LOAN MOD GRANTED. -- HOLD CASE PER BILL 1/7/2021　　Okay to Pay: Y

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRO-SE | | | 000-0 | | Lgl | | | 13 | $0.00 | | | | $0.00 |
| PECO | | | 001-0 | | Uns | | | 33 | $2,617.28 | | $2,617.28 | | $2,617.28 0.00 |
| MONTGOMERY COUNTY TAX CLAIM BU | | | 002-0 | 11/10/2020 | Sec | | | 24 | $25,787.69 | $9,636.07 | $25,787.69 | | $16,151.62 |
| Christian Fellman | | | 003-0 | | Pri | | | 23 | $0.00 | | $10,496.00 | | Disallwd |
| Community Loan Servicing, LLC | | | 004-0 | 5/8/2020 | Sec | | | 24 | $14,232.75 | $14,232.75 | $74,318.39 | | $0.00 |
| INTERNAL REVENUE SERVICE | | | 005-0 | | Sec | | | 24 | $0.00 | | $33,166.29 | | $0.00 |
| INTERNAL REVENUE SERVICE | | | 005-1 | 4/8/2020 | Pri | | | 23 | $6,215.87 | $6,215.87 | | | $0.00 |
| MUNICIPALITY OF NORRISTOWN | | | 006-0 | 11/10/2020 | Sec | | | 24 | $2,118.00 | $809.40 | $2,118.00 | | $1,308.60 |
| Cavalry Investments, LLC | | | 007-0 | | Uns | | | 33 | $0.00 | | $2,517.23 | | Disallwd |
| William Miller | | | TRS-0 | 6/22/2021 | Tru | | | 00 | $4,444.59 | $4,009.39 | | | $435.20 |
| Total | | | | | | | | | $55,416.18 | $34,903.48 | | $0.00 | |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $42,138.44 | $6,215.87 | $2,617.28 | $0.00 | $0.00 | $0.00 | $4,444.59 | - Amount Available | $15,072.81 |
| Total Paid | $24,678.22 | $6,215.87 | $0.00 | $0.00 | $0.00 | $0.00 | $4,009.39 | - Funds Held | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | $5,439.89 |
| Total Direct Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Debtor Refunds | $0.00 |
| Balance Due | $17,460.22 | $0.00 | $2,617.28 | $0.00 | $0.00 | | $435.20 | Base Amount Bal | $23,863.54 |
| | | | | | | | | Delinquent | $6,750.56 |

# EXHIBIT "A"