United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10625-mdc |
| Gary Richard Grimm | Chapter 13 |
| Gary R. Grimm | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2022 | Form ID: 212 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary R. Grimm, MAILING ADDRESS, 837 Swede Street, Norristown, PA 19401-3980 |
| db | + | Gary Richard Grimm, 404 Ross Rd., King of Prussia, PA 19406-2111 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 05, 2022 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | |
| | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALBERT JAMES MILLAR | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALEXANDER MORETSKY | |
| | on behalf of Attorney Alex Moretsky amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| ANTHONY ST. JOSEPH | |
| | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |

Case 17-10625-mdc    Doc 391    Filed 03/05/22    Entered 03/06/22 00:28:56    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 212 | Total Noticed: 2 |

**CARLA ARIAS**
on behalf of Commonwealth of PA UCTS carias@pa.gov

**ERIK B. JENSEN**
on behalf of Debtor Grimm Brothers Realty Co. erik@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

**GLENN A. BROWN**
on behalf of Interested Party GLENN A. BROWN glenn.brown@realworldlaw.com
noticeme.realworldlaw@gmail.com;tiana.royal@realworldlaw.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Norristown Municipal Waste Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

**JAMES W. ADELMAN**
on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

**JEFFREY KURTZMAN**
on behalf of Trustee TERRY P. DERSHAW Kurtzman@kurtzmansteady.com

**JOSHUA LOUIS THOMAS**
on behalf of Debtor Grimm Brothers Realty Co. joshualthomas@gmail.com

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**KEVIN G. MCDONALD**
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

**KEVIN P. CALLAHAN**
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**LEO M. GIBBONS**
on behalf of JCPR  LLC lgibbons@macelree.com

**LEO M. GIBBONS**
on behalf of JCPR LLC lgibbons@macelree.com

**LEO M. GIBBONS**
on behalf of John Campion lgibbons@macelree.com

**LYNN R. ZACK**
on behalf of Creditor 2301 Market Street  S23-1 lynn.zack@exeloncorp.com, Jennifer.brodheim@exeloncorp.com

**MATTEO SAMUEL WEINER**
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

**MICHAEL D. VAGNONI**
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

**REBECCA ANN SOLARZ**
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

**REBECCA ANN SOLARZ**
on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

**ROBERT MITCHELL MORRIS**
on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

**STEVEN KAPUSTIN**
on behalf of Creditor Madeline Rice skapustin@regerlaw.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD MILLER**
on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com bankruptcy@friedmanvartolo.com

**WILLIAM J LEVANT**
on behalf of Creditor Madeline Rice efile.wjl@kaplaw.com

**WILLIAM J LEVANT**
on behalf of Creditor Tyler Shipley efile.wjl@kaplaw.com

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Mar 03, 2022　　　　　　　　　　Form ID: 212　　　　　　　　　　　Total Noticed: 2
TOTAL: 30

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:  Chapter: 13

    Gary Richard Grimm

Debtor(s)  Case No: 17−10625−mdc

_____

*ORDER*

AND NOW, March 3, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Magdeline D. Coleman

Chief Judge ,United States Bankruptcy Court

390
Form 212