

Certificate Number: 14912-PAE-DE-036461596

Bankruptcy Case Number: 17-10625

14912-PAE-DE-036461596

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 8, 2022, at 1:43 o'clock PM EDT, Gary Grimm completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 8, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor