United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10625-mdc

Gary Richard Grimm     Chapter 13

Gary R. Grimm

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Apr 18, 2022     Form ID: 138OBJ     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary R. Grimm, MAILING ADDRESS, 837 Swede Street, Norristown, PA 19401-3980 |
| db | + | Gary Richard Grimm, 404 Ross Rd., King of Prussia, PA 19406-2111 |
| 14575502 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 13932460 | + | M&T Bank, c/o William E. Miller, Esq., Stern & Eisenberg PC, 1581 Main St., Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 13870957 | + | M&T Bank, c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14515168 | + | Madeline Rice, c/o William J. Levant, Esquire, KAPLIN STEWART MELOFF, REITER & STEIN, P.C., 910 Harvest Drive, PO Box 3037 Blue Bell, PA 19422-0765 |
| 13887232 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street Philadelphia, PA 19102-2100 |
| 13963706 | + | Municipality of Norristown, c/o James R. Wood, Esq., Portnoff Law Assocs Ltd., 2700 Horizon Dr., Ste. 100, King of Prussia, PA 19406-2726 |
| 13963017 | + | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14516878 | + | Tyler Shipley, c/o William J. Levant, Esquire, KAPLIN STEWART MELOFF, REITER & STEIN, P.C., 910 Harvest Drive PO Box 3037 Blue Bell, PA 19422-0765 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 18 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14070240 | + | Email/Text: bankruptcy@cavps.com | Apr 18 2022 23:44:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13874014 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2022 23:44:00 | Dept. of the Treasury, IRS, PO Box 7346, Phila., PA 19101-7346 |
| 13935703 | | Email/Text: camanagement@mtb.com | Apr 18 2022 23:44:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 13874013 | | Email/Text: camanagement@mtb.com | Apr 18 2022 23:44:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 13874012 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 18 2022 23:44:00 | PECO, 2301 Market St., Phila., PA 19103-1380 |
| 13879235 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 18 2022 23:44:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA |

Case 17-10625-mdc   Doc 398   Filed 04/20/22   Entered 04/21/22 00:29:34   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 138OBJ | Total Noticed: 20 |

| 13869026 | + Email/PDF: rmscedi@recoverycorp.com | Apr 18 2022 23:50:05 | 19103-1380<br>PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14599726 | | Community Loan Servicing,, LLC |
| 14070241 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13922040 | ##+ | Christian Fellman, 80 Gordon Drive, Media, PA 19063-1972 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022                Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| ALBERT JAMES MILLAR | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| ALEXANDER MORETSKY | on behalf of Attorney Alex Moretsky amoretsky@moretskylaw.com  G18782@notify.cincompass.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov  mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CARLA ARIAS | on behalf of Commonwealth of PA UCTS carias@pa.gov |
| ERIK B. JENSEN | on behalf of Debtor Grimm Brothers Realty Co. erik@jensenbagnatolaw.com  jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| GLENN A. BROWN | on behalf of Interested Party GLENN A. BROWN glenn.brown@realworldlaw.com  noticeme.realworldlaw@gmail.com;tiana.royal@realworldlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Municipal Waste Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

Case 17-10625-mdc    Doc 398    Filed 04/20/22    Entered 04/21/22 00:29:34    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 18, 2022 | Form ID: 138OBJ | Total Noticed: 20 |

| | |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JAMES W. ADELMAN | on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com |
| JEFFREY KURTZMAN | on behalf of Trustee TERRY P. DERSHAW Kurtzman@kurtzmansteady.com |
| JOSHUA LOUIS THOMAS | on behalf of Debtor Grimm Brothers Realty Co. joshualthomas@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LEO M. GIBBONS | on behalf of John Campion lgibbons@macelree.com |
| LEO M. GIBBONS | on behalf of JCPR  LLC lgibbons@macelree.com |
| LEO M. GIBBONS | on behalf of JCPR LLC lgibbons@macelree.com |
| LYNN R. ZACK | on behalf of Creditor 2301 Market Street  S23-1 lynn.zack@exeloncorp.com, Jennifer.brodheim@exeloncorp.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT MITCHELL MORRIS | on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com |
| STEVEN KAPUSTIN | on behalf of Creditor Madeline Rice skapustin@regerlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD MILLER | on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| WILLIAM J LEVANT | on behalf of Creditor Tyler Shipley efile.wjl@kaplaw.com |
| WILLIAM J LEVANT | on behalf of Creditor Madeline Rice efile.wjl@kaplaw.com |

TOTAL: 30

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gary Richard Grimm
           Debtor(s)

Case No: 17−10625−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/18/22

397 − 389
Form 138OBJ