United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10625-mdc |
| Gary Richard Grimm | Chapter 13 |
| Gary R. Grimm | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 06, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Richard Grimm, 404 Ross Rd., King of Prussia, PA 19406-2111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| ALEXANDER MORETSKY | on behalf of Attorney Alex Moretsky amoretsky@moretskylaw.com G18782@notify.cincompass.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CARLA ARIAS | on behalf of Commonwealth of PA UCTS carias@pa.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 195 | Total Noticed: 1 |

ERIK B. JENSEN
  on behalf of Debtor Grimm Brothers Realty Co. erik@jensenbagnatolaw.com
  jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

GLENN A. BROWN
  on behalf of Interested Party GLENN A. BROWN glenn.brown@realworldlaw.com
  noticeme.realworldlaw@gmail.com;tiana.royal@realworldlaw.com

JAMES RANDOLPH WOOD
  on behalf of Creditor Norristown Municipal Waste Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD
  on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD
  on behalf of Creditor Norristown Municipal Waste Authority and Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES W. ADELMAN
  on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

JEFFREY KURTZMAN
  on behalf of Trustee TERRY P. DERSHAW Kurtzman@kurtzmansteady.com

JOSHUA LOUIS THOMAS
  on behalf of Debtor Grimm Brothers Realty Co. joshualthomas@gmail.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
  on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
  on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LEO M. GIBBONS
  on behalf of JCPR LLC lgibbons@macelree.com

LEO M. GIBBONS
  on behalf of John Campion lgibbons@macelree.com

LEO M. GIBBONS
  on behalf of JCPR  LLC lgibbons@macelree.com

LYNN R. ZACK
  on behalf of Creditor 2301 Market Street  S23-1 lynn.zack@exeloncorp.com, Jennifer.brodheim@exeloncorp.com

MATTEO SAMUEL WEINER
  on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

MICHAEL D. VAGNONI
  on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
  Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

REBECCA ANN SOLARZ
  on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT MITCHELL MORRIS
  on behalf of Debtor Grimm Brothers Realty Co. mail@morrisadelman.com

STEVEN KAPUSTIN
  on behalf of Creditor Madeline Rice skapustin@regerlaw.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
  on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com bankruptcy@friedmanvartolo.com

WILLIAM J LEVANT
  on behalf of Creditor Madeline Rice efile.wjl@kaplaw.com

WILLIAM J LEVANT
  on behalf of Creditor Tyler Shipley efile.wjl@kaplaw.com

TOTAL: 30

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Gary Richard Grimm : Case No. 17−10625−mdc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , May 6, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

400
Form 195